**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Aqueous Film-Forming Foams (AFFF) Products Liability Litigation | MDL Docket No. \_\_\_\_\_ |

# EXHIBIT B

# Federal Aviation Administration

## National Part 139 CertAlert

****Advisory****Cautionary****Non-Directive****Advisory****Cautionary****Non-Directive****Advisory****Cautionary****

| | | |
|---|---|---|
| Date: | September 1, 2016 | No. 16-05 |
| To: | **Airport Operators, FAA Airport Certification Safety Inspectors, ARFF Departments and Mutual Aid Units** | |
| Subject: | **Update on Mil-Spec Aqueous Film Forming Foam (AFFF)** | |
| Point of Contact: | Marc Tonnacliff, AAS-300 | |
| | marc.tonnacliff@faa.gov, (202) 267-8732 | |

1. **Purpose.** The purpose of this CertAlert is to:

    a. Cancel CertAlert 06-02, *Aqueous Film Forming Foam (AFFF) Meeting MIL-F-24385,* and CertAlert 11-02, *Identifying Mil-Spec Aqueous Film Forming Foam (AFFF).*

    b. Update the web address where airport operators may find qualified products on the Department of Defense (DoD) Qualified Product Database (QPD):
    http://qpldocs.dla.mil/search/parts.aspx?qpl=1910&param=QPL-24385&type=256

    c. Alert readers that the QPD web site no longer requires the user to register and log in.

2. **Background.** CertAlert 06-02, *Aqueous Film Forming Foam (AFFF) Meeting MIL-F-24385,* and Advisory Circular 150/5210-6 (as of version D), *Aircraft Fire and Rescue Facilities and Extinguishing Agents,* require that all purchases of AFFF made after July 1, 2006, by airport operators holding an FAA Airport Operating Certificate conform to MIL-F-24385, *Fire Extinguishing Agent, Aqueous Film Forming Foam (AFFF) Liquid Concentrate, for Fresh and Seawater.*

    Prior to issuing AC 150/5210-6D, airports were able to use AFFF that met UL 162, *Standard for Foam Equipment and Liquid Concentrates.* However, after the issuance of AC 150/5210-6D, and research done by the Naval Sea Systems Command (NAVSEA), UL 162 is no longer authorized for use at Certificated Part 139 airports. UL 162 AFFF manufactured by different companies may not be compatible with each other and are not compatible with MIL-F-24385.

    If an airport is still using UL 162 AFFF, it may continue to do so until the supply is gone; however, it may not purchase additional UL 162 AFFF.

AC 150/5210-6, paragraph 3, Application, states: "This AC is not mandatory and does not constitute a regulation. However the information it contains provides an acceptable methodology for complying with Title 14 of the Code of Federal Regulations (CFR), Part 139, *Certification of Airports* (Part 139)." Chapter 6, Performance Requirements, then states: "AFFF agents must meet the requirements of Mil-F-24385."

There are several reasons for using MIL-F-24385 AFFF.

- AFFF meeting the Military Specification will always be compatible with other Military Specification AFFF, no matter the manufacturer. (AFFF from different manufacturers that meets UL 162 standards but not MIL-F-24385 might not be compatible when mixed.)

- AFFF meeting the Military Specification requires less agent when extinguishing a fire of the same size.

- The requirement to use the Military Specification is in concert with the National Fire Protection Association (NFPA) National Fire Code 403, paragraph 5.1.2.1.

3. **Actions.**

    a. Airport operators must ensure any AFFF purchased after July 1, 2006, meets Mil-Spec standards.

        i. AFFF meets Mil-Spec standards if the AFFF appears on the DoD QPD web site.

        ii. If the AFFF is **NOT** on the QPD, the AFFF is **NOT** authorized for use at Part139 airports.

    b. However, if a Part 139 airport operator:

        i. Purchased the previous AFFF standard of UL 162 prior to July 1, 2006, the airport operator can continue to use the current inventory until depleted or the AFFF reaches the manufacturers' expiration date; or

        ii. Purchased AFFF listed on the QPD after July 1, 2006, but that AFFF is no longer listed on the current QPD, the airport operator can continue to use the current inventory until depleted or the AFFF reaches the manufacturers' expiration date.

4. **Additional Guidance.**

    a. Since the QPD is updated periodically, the FAA recommends airports check the DoD QPD web site before each AFFF purchase.

    b. Airport operators can identify which manufacturers are on the DoD QPD Mil-Spec web site by following these steps:

        i. Go to: http://qpldocs.dla.mil/search/parts.aspx?qpl=1910&param=QPL-24385&type=256.

        ii. Check the current date at the top of the page above the Qualified Product List table (see Figure 1).

      iii. In the table at the bottom of the page, select the desired AFFF percentage – three or six percent ("type 3" or "type 6") – in the "Govt Designation" column (see Figures 2 and 3).  (If you get an error message, you might need to try accessing the site in a different browser.) The system will then display a list of certified manufacturers. The stoplight in the "CAGE code" column indicates the status of each listing.
- A green light indicates the AFFF information is current and up to date.
- A yellow light indicates the source is due for certification.
- A red light indicates the source is overdue for certification.  The AFFF is still acceptable.

**5. References.**

    a. Advisory Circular 150/5210-6, *Aircraft Fire and Rescue Facilities and Extinguishing Agents.*
http://www.faa.gov/airports/resources/advisory_circulars/index.cfm/go/document current/documentNumber/150_5210-6

    b. FAA Airport CertAlert 06-02.  Canceled

    c. FAA Airport CertAlert 11-02.  Canceled

_____

Brian Rushforth, Manager
Airport Safety and Operations Division, AAS-300

**Figure 1. Screenshot of QPD Main Page**



**Figure 2. Screenshot of Click Type 3 Selection for List of Manufacturers (example)That Results When Type 3 Is Selected (Example)**



4

**Figure 3. Screenshot of Type 6 That Results When Type 3 Is Selected (Example)**

