UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.

GREGORY BELL;
JOSE ACEVEDO; and
DENISE DURBIN, individually and as
parent and next friend of
K.D. and B.D.;
for themselves and on behalf of all
others similarly situated,

Plaintiffs,

v.

THE 3M COMPANY (f/k/a Minnesota
Mining and Manufacturing Co.);
THE ANSUL COMPANY; and
NATIONAL FOAM,

Defendants.

---

**CLASS ACTION COMPLAINT FOR PROPERTY RELATED DAMAGES AND DEMAND FOR JURY TRIAL**

---

Plaintiffs GREGORY BELL, JOSE ACEVEDO, and DENISE DURBIN, individually, and as parent and next friend of K.D. and B.D. (collectively, "Plaintiffs") for themselves individually and on behalf of all others similarly situated, by and through their attorneys, and for their complaint against Defendants, THE 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Co.), THE ANSUL COMPANY, and NATIONAL FOAM (collectively, "Defendants"), allege as follows:

## INTRODUCTION

1. Plaintiffs bring this action against Defendants for property related damages because their water supplies and real property have been contaminated by chemicals Defendants manufactured, distributed and sold with knowledge of and with inadequate warning of the toxic effects these chemicals would cause if they contaminated the environment, and without regard to Plaintiffs and the Plaintiff Class who would forseeably be exposed to these chemicals once they infiltrated the environment, including the groundwater. For decades the Defendants manufactured and sold Aqueous Film Forming Foam ("AFFF"), a firefighting suppressant, to the United States Air Force, including Peterson Air Force Base in El Paso County, Colorado ("Peterson").

2. Residents in the area near Peterson have obtained and continue to obtain their drinking water from groundwater pumped by wells. For decades, residents near Peterson have been drinking water containing toxic chemicals, including Perfluorinated Compounds ("PFCs"), which include perfluorooctane sulfonate ("PFOS") and perfluorooctanoic acid ("PFOA"), perfluoroheptanoic acid (PFHpA) and other species of PFCs. When consumed, PFCs can cause numerous and serious health impacts. Additionally, the presence of PFCs in household water in residential homes interferes with property rights.

3. The Defendants manufactured AFFF that contained fluorochemical surfactants, believed to include PFOS, PFOA, and/or certain other PFCs that degrade into PFOS or PFOA. As the manufacturers of AFFF, the Defendants knew or should have known that the inclusion of PFCs in AFFF presented an unreasonable risk to human health and the environment. Defendants also knew or should have known that PFCS are highly soluble in water, and highly mobile and highly

persistent in the environment, and highly likely to contaminate water supplies if released to the environment.

4. Defendants marketed and sold their products with knowledge that large quantities of toxic AFFF would be used in training exercises and in emergency situations at Air Force bases in such a manner that dangerous chemicals would be released into the environment.

5. The residents in the communities in the Class Geographic Area and their individual properties have been exposed for years, if not decades, to PFCs including at concentrations hazardous to human health. Residents had no way to know that they were consuming water contaminated with PFCs until the contamination was disclosed to them.

6. The Plaintiffs bring this suit on behalf of themselves and all those similarly situated to recover for property related damages.

**PARTIES**

7. Plaintiff Gregory Bell is an owner and occupant of real property in the Security Water District located at 270 Dix Circle, Colorado Springs, Colorado 80911. He has owned the property since July 2000, and has consumed water there.

8. Plaintiff Jose Acevedo is an owner and occupant of real property in the Security Water district located at 4831 Pathfinder Drive, Colorado Springs, Colorado 80911, and also owns and formerly occupied property located at 335 Oneil Court, Colorado Springs, Colorado 80911. He has resided in and consumed water in these properties since November 2014.

9. Plaintiff Denise Durbin is an occupant of real property located in the Security Water District at 513 Aspen Drive, Colorado Springs, Colorado 80911. She is the natural mother and

guardian of her daughters K.D. and B.D., both minors. Ms. Durbin and her daughters have resided in and consumed water in the property since October 2008.

10. Defendant The 3M Company (f/k/a Minnesota Mining and Manufacturing Company) ("3M") is a corporation organized and existing under the laws of the state of Delaware, having its principal place of business at 3M Center, St. Paul, Minnesota 55133. Beginning before 1970 and until at least 2002, 3M manufactured and distributed PFOS-based AFFF that contained fluorocarbon surfactants containing PFCs.

11. Defendant The Ansul Company (hereinafter "Ansul ") is a Wisconsin corporation, having a principal place of business at One Stanton Street, Marinette, Wisconsin 54143. At all times relevant, Ansul manufactured fire suppression products, including AFFF that contained fluorocarbon surfactants containing PFCs.

12. National Foam, Inc. (a/k/a Chubb National Foam) (National Foam, Inc. and Chubb National Foam are collectively referred to as "National Foam") is a Pennsylvania corporation, having a principal place of business at 350 East Union Street, West Chester, Pennsylvania 19382.

13. At all times relevant, National Foam manufactured fire suppression products, including AFFF that contained fluorocarbon surfactants containing PFCs.

**JURISDICTION AND VENUE**

14. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(d) because members of the proposed Plaintiff classes are citizens of states different from at least some of Defendants' home states, and the aggregate amount in controversy exceeds $5,000,000, exclusive of interest and costs.

15. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because the events or omissions by Defendants giving rise to the claims asserted herein occurred in this District, have caused harm to Class Members residing in and to real property in this District, and Plaintiffs reside in this District.

**GENERAL FACTUAL ALLEGATIONS**

16. PFCs are manmade chemicals that do not exist in nature. There are numerous chemicals in the PFC family, including PFOS and PFOA. Defendants manufactured and used PFCs to make AFFF.

17. PFCs are persistent. Due to the strength of multiple carbon-fluorine bonds, PFCs break down very slowly in the environment. PFCs are chemically biologically stable and resistant to environmental degradation. PFCs can persist in the environment for decades. PFCs are also water soluble, making them mobile in groundwater and the environment.

18. Toxicology studies show that PFCs are readily absorbed after oral exposure and accumulate in the human body. There are a number of health risks associated with exposure to PFCs. For example, PFOS and PFOA exposure is associated with increased risk in humans of testicular cancer and kidney cancer, disorders such as thyroid disease, high cholesterol, ulcerative colitis, and pregnancy-induced hypertension, as well as other conditions.[1] EPA has also advised that exposure to PFCs may result in developmental effects to fetuses during pregnancy or to breast-fed infants. *Id.*

[1]https://www.epa.gov/sites/production/files/2016-05/documents/drinkingwaterhealthadvisories_pfoa_pfos_5_19_16.final_.1.pdf

19. AFFF that contained PFCs was developed in the 1960s as an alternative to existing firefighting foam.

20. Upon information and belief, 3M, Ansul and National Foam each manufactured AFFF containing PFCs, among other reasons, for sale to the Department of Defense, and Defendants sold AFFF that was used at Peterson.

21. In the early 1960's, 3M and the United States Naval Research Laboratory developed AFFF, a product created to extinguish jet fuel fires, which are largely impervious to water, by smothering them. 3M AFFF, which is produced through a 3M process called electrochemical fluorination, or ECF, contained PFCs. Other formulations of the foam purchased by the Department of Defense, manufactured by Defendants Ansul and National Foam to compete with 3M, are synthesized through telomerization, containing PFCs, and producing compounds that can break down into PFOA and other PFCs.

22. It estimated that 75% of the military AFFF inventory is ECF-based product. This is not surprising since for most of the past 30 years 3M was the primary supplier of AFFF to the DOD [Department of Defense] stock system.[2]

23. The military Qualified Products Database listed 3M AFFF products as early as 1970, National Foam products by 1973, and Ansul products as early as 1976.[3]

---

[2] Fire Fighting Foam Coalition, "Estimated Quantities Of Aqueous Film Forming Foam in the United States", August, 2004.

[3] http://dcppe.org/Systems/AFFF/MIL-F-24385%20QPL%20History%20for%20Type%206%20AFFF.pdf

24. According to a 2011 Department of Defense risk alert document, "through 2001, the DoD purchased AFFF from 3M and/or Ansul, Inc. 3M supplied PFOS-based AFFF under the product name, 3M Light Water AFFF."[4]

25. At any given time during its operation, Peterson housed and used thousands of gallons of AFFF concentrate manufactured by Defendants. The AFFF was expected to reach Peterson without substantial change in the condition in which it was sold to the Air Force, and it did.

26. Air Force personnel conducted training exercises at Peterson including firefighting and explosion training that used of AFFF manufactured by Defendants for decades.

27. Upon information and belief, instructions and warning labels and material safety data sheets that were provided with the AFFF by the Defendants, which, at least at significant times, did not fully describe the health and environmental hazards of AFFF which they knew or should have known.

28. Upon information and belief, Defendants had known of these health and environmental hazards for years. For example, by the mid-1980s, 3M began a major program to review personnel handling of fluorochemicals and determined that fluorochemicals could bioaccumulate.

29. 3M, who was the predominant manufacturer of AFFF, ceased production of PFOS-based AFFF in 2002. Under pressure from the EPA, on May 16, 2000, 3M announced it would phase out production of two synthetic chemicals, PFOS and PFOA, that it had developed more than fifty years earlier.[5]

---

[4] DoD Risk Alert #03-11, "Aqueous Film Forming Foam", http://www.denix.osd.mil/cmrmp/ecmr/ecprogrambasics/resources/chemical-material-emerging-risk-alert-for-afff/

[5] 3M press release, "3M Phasing Out Some Of Its Specialty Materials", May 16, 2000, http://www.chemicalindustryarchives.org/dirtysecrets/scotchgard/pdfs/226-0641.pdf#page=1

30. An EPA internal memo on the day of 3M's phase out announcement stated: "3M data supplied to EPA indicated that these chemicals are very persistent in the environment, have a strong tendency to accumulate in human and animal tissues and could potentially pose a risk to human health and the environment over the long term… . [PFOS] appears to combine Persistence, Bioaccumulation, and Toxicity properties to an extraordinary degree."[6]

31. In contrast, 3M's news release insisted that "our products are safe" while extolling their "principles of responsible environmental management" as driving the cessation of production.[7]

32. Testing data released by the EPA in January, 2016 identified measurable levels of PFOS and PFOA in 94 public water systems across the nation, including three southwest El Paso County systems proximate to Peterson Air Force Base: Security, Wakefield, and Fountain.[8]

33. An August, 2016 U.S. Army Corps of Engineers study, "Preliminary Assessment Report for Perfluorinated Compounds at Peterson Air Force Base", confirmed the use of AFFF at Peterson and that the fire training areas on the base were possible sources of PFC contamination of the groundwater supply.[9]

34. For example, "It has reached the point where the water in all 32 of the Security Water and Sanitation District's municipal wells is contaminated with PFCs at levels exceeding an EPA health advisory limit of 70 parts per trillion. At one well, PFCs have hit1,370 PPT, federal data

---

[6] EPA internal memo, "Phaseout of PFOS", May 16, 2000, http://www.chemicalindustryarchives.org/dirtysecrets/scotchgard/pdfs/226-0629.pdf#page=2

[7] 3M press release, "3M Phasing Out Some Of Its Specialty Materials", May 16, 2000, http://www.chemicalindustryarchives.org/dirtysecrets/scotchgard/pdfs/226-0641.pdf#page=1

[8] John Hazelhurst, "Water Districts Close Wells In 'Abundance of Caution'", The Colorado Springs Business Journal, January 21, 2016, http://www.csbj.com/2016/01/21/water-districts-close-wells-in-abundance-of-caution/

[9] U.S. Army Corps of Engineers, "Final Preliminary Assessment Report for Perfluorinated Compounds at Peterson Air Force Base El Paso County, Colorado", August, 2016.

show—nearly 20 times higher than the EPA health advisory. EPA officials recommended that pregnant women and small children should not drink local water."[10]

35. Upon information and belief, personnel at Peterson continued to use AFFF containing PFCs for training and emergencies after 2002.

36. In May 2016, Plaintiffs and the Plaintiff class were advised that their household water was contaminated with PFCs at hazardous levels and advised to seek alternate drinking water supplies.

37. The concentrations of PFCs found in the water near Peterson has been caused by or contributed to by releases of AFFF on Peterson to the environment. As was reasonably forseeable by Defendants, the training and other exercises and fire response occurred on open ground and at times were discharged to open ground and surface waters. As was reasonably foreseeable by Defendants, the foam and its contents, including PFCs, migrated into and through the soil in and around Peterson to the groundwater under Peterson, and from there migrated to groundwater wells in the Class Geographic Area that have been contaminated. The PFC contamination is therefore directly linked to Defendants' manufacture, distribution and sale of AFFF.

38. It was reasonably foreseeable to Defendants that Plaintiffs and the Plaintiff Class, as users of groundwater that supplied wells near Peterson, would use and consume groundwater affected by AFFF releases at Peterson, and would be damaged by such releases.

---

[10] Bruce Finley, "Drinking Water In Three Colorado Cities Contaminated With Toxic Chemicals Above EPA Limits", The Denver Post, June 15, 2016, http://www.denverpost.com/2016/06/15/colorado-widefield-fountain-security-water-chemicals-toxic-epa/

39. Defendants knowingly manufactured, sold, and distributed a dangerous and defective product, failed to provide sufficient warnings to protect bystanders, such as the Plaintiffs and the Plaintiff class, and failed to recall their products when they took them off the market.

40. Groundwater wells tested within the Class Area have shown elevated concentrations of PFCs.

41. As a direct and proximate result of the contaminated groundwater and contaminated household water near Peterson, Plaintiffs and the Plaintiff class have suffered annoyance and discomfort, loss of use and loss of use and enjoyment of their properties, certain costs and their property rights have been affected.

**CLASS ACTION ALLEGATIONS**

42. Plaintiffs incorporate the foregoing paragraphs of this Complaint as though fully set forth herein.

43. Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a), (b)(2) and (b)(3) on behalf of a Class consisting of all other persons similarly situated as members of the proposed classes:

44. This action is brought by the Plaintiffs on their own behalf and as representatives of the Class defined herein.

45. The Members of the Class are defined as:

> All persons who own or occupy residential properties in the geographic area defined by the geographic areas of the City of Fountain Water District, the Security Water and Sanitation District and the Widefield Water and Sanitation District, and the geographic area bounded by the southern boundary of the Fountain Water District on the north, I-25 on the West, southernmost point of Hanover Road on the south and the Eastern Boundary of the Widefield Water District extended to Hanover Road ("the Class Geographic Area"). *See* Appendix A attached hereto (outlining the Class Geographic Area and incorporated herein).

46. Excluded from the Class are: (a) Defendants, any entity or division in which Defendants have a controlling interest, and their legal representatives, officers, directors, assigns, and successors; (b) the Judge to whom this case is assigned and the Judge's staff; (c) any class counsel or their immediate family members; (d) any State or any of its agencies; and (e) the municipalities of Fountain, Security and Widefield and the respective water districts.

47. The Class satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of Fed. R. Civ. P. 23.

**Numerosity**

48. The members of the Class are so numerous that joinder of all members is impracticable. The population in the Class Geographic Area is estimated to include well over 5,000 residents. Plaintiffs believe that there are thousands of members of the Class who own and/or occupy properties have been impacted by PFCs from Defendants' AFFF as described herein. Members can be easily identified from public records, such as property tax records, municipal water records, and other public records and notified of the pendency of this action by mail or via other public forums.

**Typicality**

49. Plaintiffs' claims are typical of the claims of the members of the Class since all members of the Class are similarly affected by Defendants' conduct resulting in injury to all members of the Class.

**Adequate Representation**

50. Plaintiffs will fairly and adequately protect the interests of members of the Class and have retained counsel competent and experienced in class action and environmental litigation.

51. Plaintiffs and their counsel are committed to vigorously prosecuting this action on behalf of the Class and have the resources to do so.

52. Neither Plaintiffs nor their counsel has interests adverse to any of the Classes.

**Predominance of Common Questions**

53. Plaintiffs bring this action under Rule 23(b)(3) because numerous questions of law and fact common to class members predominate over any question affecting only individual members. The answers to these common questions will advance resolution of the litigation as to all class members. These common legal and factual issues include:

a. Whether Defendants owed a duty to Plaintiffs and members of the Subclasses and whether Defendants breached that duty;

b. Whether Defendants knew or should have known that their manufacture of AFFF containing PFCs and perhaps other toxic chemicals was unreasonably dangerous;

c. Whether Defendants knew or should have known that their AFFF contained persistent, stable and mobile chemicals that were likely to contaminate groundwater water supplies;

d. Whether Defendants failed to sufficiently warn users of the potential for harm that resulted from use of their products;

e. Whether Defendants became aware of health and environmental harm caused by PFCs in their AFFF products and failed to warn users and Plaintiffs and the Class of same; and

f. Whether the members of the Classes have sustained damages and the proper measure of damages.

g. Whether Defendants are strictly liable to Plaintiffs and the Class for their actions;

h. Whether Defendants were unjustly enriched by their actions at the expense of Plaintiffs and the Plaintiff class.

**Superiority**

55. A class action is superior to other available methods for the fair and efficient adjudication of this controversy because joinder of all members is impracticable.

56. Defendants have acted on grounds generally applicable to the Class, thereby making appropriate final legal and equitable relief with respect to the class as a whole.

57. Furthermore, the expense and burden of individual litigation outweighs the individual damages suffered by individual Class members, making it impossible for members of the Class to individually redress the wrongs done to them.

58. Class treatment of common questions of law and fact will conserve the resources of the courts and the litigants, and will promote consistency and efficiency of adjudication.

59. There will be no difficulty in the management of this action as a class action.

**CLAIMS FOR RELIEF**

**FIRST CLAIM FOR RELIEF**
**(NEGLIGENCE)**

60. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

61. Defendants had a duty to manufacture, market, and sell their AFFF in a manner that avoided harm to those who forseeably would come into contact with it.

62. Defendants knew or should have known that the manufacture of AFFF containing PFCs was hazardous to human health and the environment.

63. Defendants further knew or should have known that it was unsafe and/or unreasonably dangerous to manufacture AFFF using PFCs because it was highly probable that the chemicals would migrate into the environment, including Air Force bases such as Peterson, and contaminate the groundwater used to supply household water.

64. Knowing of the dangerous and hazardous properties of the AFFF, Defendants had the duty to warn of the hazards of ingesting water containing PFCs.

65. The Plaintiffs and the Class were foreseeable victims of the harm caused by Defendants' AFFF.

66. Defendants negligently designed, engineered, developed, fabricated and tested AFFF and PFCs, and the associated warnings, and thereby failed to exercise reasonable care to prevent the AFFF and the components from presenting an unreasonable risk of harm to human health and the environment and persons who would come in contact with it, including Plaintiffs and the Plaintiff Class.

67. As a result of Defendants' breaches of their legal duties, the groundwater water in and around the Peterson including the affected groundwater in the Class Geographic Area, has been, and at continues to be, contaminated with PFCs.

68. As a result of Defendants' negligent, reckless and/or intentional acts and omissions alleged herein, groundwater supplying household water has been contaminated with PFCs.

69. Defendants' negligent manufacture, sale, or distribution of AFFF and their negligent misrepresentation and failure to warn, Defendants have interefered with the property rights of Plaintiffs and the Plaintiff Class.

70. Defendants' acts were willful, wanton or reckless and conducted with a reckless indifference to the rights of Plaintiffs and members of the Class.

71. As a result of Defendants' conduct and the resulting contamination, the value and marketability of the property and property rights of Plaintiff owners and the Class Member owners have been and will continue to be diminished. Plaintiffs and the Class Members have suffered the need for and the cost of remediation of their properties and or mitigation systems for those properties, and the additional financial burdens of the cost of alterative water. As a result of the contamination, Plaintiffs and the Class Members have lost use and enjoyment of their properties and have suffered annoyance and discomfort, inconvenience and loss of use of their properties as a direct and proximate result of the contamination of their municipal water supplies and properties by Defendants.

**SECOND CLAIM FOR RELIEF**
**(DEFECTIVE PRODUCT - FAILURE TO WARN)**

72. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if they were fully set forth herein.

73. At all times relevant, Defendants were in the business of, among other things, manufacturing, selling and distributing AFFF.

74. As manufacturers, sellers, and distributors of a commercial product, the Defendants had a duty to provide adequate, full instructions and warnings about the risks of injury posed by their products.

75. Defendants knew or should have known that the foreseeable storage, use and disposal of the AFFF that they manufactured, sold, and distributed to Air Force bases, including Peterson, had

the capacity to enter the water supply, to persist there for decades, and to cause risk to human health and the environment and harm to property.

76. At the time of the design, manufacture, sale and distribution of the AFFF, Defendants knew or should have known of the dangerous properties of their AFFF containing PFCs.

77. Upon information and belief, the Defendants at significant times failed to provide sufficient warnings to the users of AFFF, including Peterson, that use and release of Defendants' AFFF to the environment would result in the contamination of groundwater and drinking water supplies and risks to those exposed through water supplies.

78. Upon information and belief, the Defendants at significant times failed to provide adequate warnings to the users of the dangers to human health and the environment if their AFFF was permitted to contaminate the groundwater and water supplies.

79. Adequate instructions and warnings would have reduced or avoided the foreseeable risks of harm posed by the use and release the AFFF.

80. Had Defendants provided adequate warnings, the users of their AFFF would have taken measures to store, use, and dispose of AFFF so as to reduce or eliminate groundwater and drinking water contamination from AFFF.

81. As a direct and proximate result of Defendants' failure to warn against the likelihood of contamination from their AFFF, the groundwater and household water in the Class Geographic Area has been contaminated with PFCs.

82. As a direct and proximate result of Defendants' failure to warn of the environmental and health impacts caused by their AFFF and the release thereof, the groundwater in and around the

Class Geographic Area became contaminated with PFCs and has caused contamination of and damage to the real property interests of Plaintiffs and the Class.

83. Defendants' failure to provide adequate warnings or instructions renders Defendants' AFFF a defective product.

84. As a result of Defendants' conduct and the resulting contamination, the value and marketability of the property has been and will continue to be diminished. Plaintiffs and the Class Members have suffered the need for and the cost of remediation of their properties and or mitigation systems for those properties, and the cost of alterative water. As a result of the contamination, Plaintiffs and the Plaintiff Class have lost use and enjoyment of their properties and have suffered annoyance and discomfort, inconvenience and annoyance as a consequence of the contamination of their properties by Defendants.

85. As a result of Defendants' manufacture, sale or distribution of a defective product, Defendants are strictly liable in damages to the Plaintiffs and the Plaintiff Class.

86. Defendants' acts were willful, wanton or reckless and conducted with a reckless indifference to the rights of Plaintiffs and members of the Plaintiff Class.

**THIRD CLAIM FOR RELIEF**
**(DEFECTIVE PRODUCT - DESIGN DEFECT)**

87. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

88. At all times relevant, Defendants were in the business of, among other things, manufacturing, selling or otherwise distributing AFFF.

89. It was foreseeable that toxic chemicals from the AFFF that Defendants manufactured, sold and distributed would enter the water supply of the Plaintiffs and the Plaintiff Class and cause exposure and damage to their persons and property.

90. Alternative designs and formulations of AFFF were available, technologically feasible and practical, and would have reduced or prevented the reasonably foreseeable risks of harm to Plaintiffs and the Class.

91. Further, design, formulation, manufacture, sale and distribution of a product containing toxic chemicals that were so toxic and so mobile and persistent in the environment was unreasonably dangerous.

92. The AFFF manufactured, sold or distributed by the Defendants was defective in design because the foreseeable risk of harm posed by the AFFF could have been reduced or eliminated by the adoption of a reasonable alternative design, and because it was unreasonably dangerous.

93. Defendants' products were defective at the time of manufacture, thus, at the time they left Defendants' control.

94. As a result of Defendants' manufacture, sale or distribution of a defectively designed product, the groundwater wells and water supplies and properties in and around Peterson became contaminated with toxic PFCs and damaged the Plaintiffs and the Plaintiff Class.

95. As a direct and proximate result of Defendants' design, formulation,manufacture, sale and distribution of a defective product and the resulting contamination, the value and marketability of the property and property rights of Plaintiff owners and the Class Members owners have been and will continue to be diminished. Plaintiffs and the Class Members have suffered the need for and the

cost of remediation of their properties and or mitigation systems for those properties, and the cost of alterative water. As a result of the contamination, Plaintiffs and the Class Members have lost use and enjoyment of their properties and have suffered annoyance and discomfort, inconvenience and annoyance as a consequence of the contamination of their properties by Defendants.

96. As a result of Defendants' design, formulation, manufacture, sale and distribution of a defective product, Defendants are strictly liable in damages to the Plaintiffs and the Plaintiff Class.

97. Defendants' acts were willful, wanton or reckless and conducted with a reckless indifference to the rights of Plaintiffs and the Plaintiff Class.

**FOURTH CLAIM FOR RELIEF - UNJUST ENRICHMENT**

98. Plaintiffs incorporates the allegations contained in the preceding paragraphs as if fully set forth herein.

99. Defendants profited from the manufacture and sale of PFC-containing AFFF, and continued to do so long after they were aware of the health and environmental risks of their products. Further, Defendants have failed to recall their products to prevent the further release of their AFFF into groundwater and onto Plaintiff's and Class Members' properties. Through Defendants' actions and inaction at the expense of Plaintiff and the Class Members, Defendants have been unjustly enriched.

100. The Court should award as a remedy the expenditures saved and the profits obtained by Defendants at the expense of Plaintiff and the Class Members.

**DAMAGES SOUGHT BY THE CLASS**

101. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if they were set forth at length herein.

102. Plaintiffs and the Plaintiff Class seek compensation for decrease in the value and marketability of the property and property rights of Plaintiff owners and the Class Member owners have been and will continue to be diminished, the need for and the cost of remediation of class properties and/or mitigation systems for those properties, and the cost s incurred for alterative water. Plaintiffs and the Plaintiff seek compensation for the loss of use, loss of use and enjoyment of their properties, and their annoyance and discomfort, and inconvenience caused by the contamination of their properties by Defendants' PFCs.

103. Plaintiffs and the Class seek exemplary damages in an amount sufficient to deter Defendants' similar wrongful conduct in the future.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, on behalf of themselves and all others similarly situated, request the Court to enter judgment against the Defendants, as follows:

A. An order certifying the Class pursuant to Fed.R.Civ.P. 23, designating Plaintiffs as the named representatives of the Class, and designating the undersigned as Class Counsel;

B. An order certifying the Class under Fed.R.Civ.P. 23;

C. An award to Plaintiffs and Class Members of compensatory damages, including interest, in an amount to be proven at trial;

D. For disgorgement of the profits and savings which were obtained by the unjust enrichment of Defendants through their use of and at the expense of the properties of Plaintiff and the Class Members;

E. For an award of exemplary damages;

F. An award of attorneys' fees and costs as allowed by law;

G. An award of prejudgment and postjudgment interest, as provided by law; and

H. Such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs demand a trial by jury.

Dated: September 18, 2016

**THE HANNON LAW FIRM, LLC**

By: */s/ Kevin S. Hannon*
Kevin S. Hannon
Justin D. Blum
1641 Downing Street
Denver, CO 80218
(303) 861-8800 - Telephone
(303) 861-8855 - Facsimile
khannon@hannonlaw.com
jblum@hannonlaw.com

Counsel for the Plaintiffs and Plaintiff Class

Plaintiffs' Addresses:
Gregory Bell
270 Dix Circle
Colorado Springs, CO 80911

Jose Acevedo
4831 Pathfinder Drive
Colorado Springs, CO 80911

Denise Durbin
513 Aspen Drive
Colorado Springs, CO 80911

LEAD,MJ CIV PP,STAYED

# U.S. District Court - District of Colorado
# District of Colorado (Denver)
# CIVIL DOCKET FOR CASE #: 1:16-cv-02351-RBJ

Bell et al v. 3M Company, The et al
Assigned to: Judge R. Brooke Jackson
Cause: 28:1332 Diversity-Property Damage

Date Filed: 09/18/2016
Jury Demand: Both
Nature of Suit: 240 Torts to Land
Jurisdiction: Diversity

**Plaintiff**

**David Bell** represented by

**David P. Hersh**
Burg Simpson Eldredge Hersh & Jardine, PC-Englewood
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
Fax: 303-708-0527
Email: dhersh@burgsimpson.com
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
Burg Simpson Eldredge Hersh & Jardine, PC-Englewood
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
Fax: 303-708-0527
Email: kkube@burgsimpson.com
*ATTORNEY TO BE NOTICED*

**Lisa Rey Marks**
Burg Simpson Eldredge Hersh & Jardine, PC-Englewood
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
Fax: 303-708-0527
Email: lmarks@burgsimpson.com
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
Napoli Shkolnik PLLC-Miami
2665 Souith Bayshore Drive
Suite 220
Miami, FL 33133

786-837-5442
Fax: 786-441-2140
Email: LCaro@napolilaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deanne Lopez** represented by **David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Rey Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rose Francis** represented by **Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judy Barstad** represented by **David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Rey Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yvonne Strachan** represented by **David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Rey Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorencio Atchley** represented by **David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Rey Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Atchley** represented by **David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Rey Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Flathers** represented by **David P. Hersh**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Rey Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Walter Gale** represented by **David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Rey Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pennie Gale** represented by **David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Rey Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marilyn Bennett** represented by **David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Rey Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phyllis Taylor** represented by **David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Rey Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Taylor** represented by **Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marnello Boddie** represented by **David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Rey Marks**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janet Bahner** represented by **David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Rey Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Niemetz**
*for themselves and on behalf of all others similarly situated* represented by **David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Rey Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Alan Davis** represented by **Kelly A. Hyman**
McDivitt Law Firm, P.C.-Colorado Springs
19 East Cimarron Street
Colorado Springs, CO 80903

719-471-3700
Fax: 719-471-9782
Email: khyman@mcdivittlaw.com
*TERMINATED: 08/28/2018*
*LEAD ATTORNEY*

**Michael W. McDivitt**
McDivitt Law Firm, P.C.-Colorado Springs
19 East Cimarron Street
Colorado Springs, CO 80903
719-471-3700
Fax: 719-471-9782
Email: mmcdivitt@mcdivittlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Dean Batchelder**
Burg Simpson Eldredge Hersh & Jardine, PC-Englewood
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
Fax: 303-708-0527
Email: dbatchelder@burgsimpson.com
*ATTORNEY TO BE NOTICED*

**David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hunter Jay Shkolnik**
Napoli Shkolnik PLLC-New York
360 Lexington Avenue
11th Floor
New York, NY 10017
212-397-1000
Fax: 646-843-7603
Email: Hunter@napolilaw.com
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Caroline Garrett**
McDivitt Law Firm, P.C.-Colorado Springs
19 East Cimarron Street

Colorado Springs, CO 80903
719-417-3700
Email: lgarrett@mcdivittlaw.com
*ATTORNEY TO BE NOTICED*

**Lewis Alan Osterman**
Burg Simpson Eldredge Hersh &
Jardine, PC-Englewood
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
Fax: 303-708-0527
Email: losterman@burgsimpson.com
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meghan C. Quinlivan**
Burg Simpson Eldredge Hersh &
Jardine, PC-Englewood
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
Fax: 303-708-0572
Email: mquinlivan@burgsimpson.com
*ATTORNEY TO BE NOTICED*

**Michael David Eric McDivitt**
McDivitt Law Firm, P.C.-Colorado
Springs
19 East Cimarron Street
Colorado Springs, CO 80903
719-471-3700
Fax: 719-471-9782
Email: litigation@mcdivittlaw.com
*ATTORNEY TO BE NOTICED*

**Patrick James Lanciotti**
Napoli Shkolnik PLLC-Melville
400 Broadhollow Road
Suite 305
Melville, NY 11747
212-397-1000
Fax: 646-843-7603
Email: planciotti@napolilaw.com
*ATTORNEY TO BE NOTICED*

**Seth Alan Katz**
Burg Simpson Eldredge Hersh & Jardine, PC-Englewood
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
Fax: 303-708-0527
Email: skatz@burgsimpson.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Leslie Davis** represented by **Anthony Dean Tracy**
McDivitt Law Firm, P.C.-Colorado Springs
19 East Cimarron Street
Colorado Springs, CO 80903
719-471-3700
Fax: 719-471-9782
Email: ttracy@mcdivittlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren A. Natvig**
Ramos Law, LLC
3000 Youngfield Street
Suite 200
Wheat Ridge, CO 80215
303-733-6353
Fax: 303-865-5666
Email: darren@ramoslaw.com
*TERMINATED: 06/19/2017*
*LEAD ATTORNEY*

**Hunter Jay Shkolnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly A. Hyman**
(See above for address)
*TERMINATED: 08/28/2018*
*LEAD ATTORNEY*

**Michael W. McDivitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick James Lanciotti**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Dean Batchelder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Caroline Garrett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lewis Alan Osterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meghan C. Quinlivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Eric McDivitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seth Alan Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Donald Easter** represented by **Anthony Dean Tracy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren A. Natvig**
(See above for address)
*TERMINATED: 06/19/2017*

*LEAD ATTORNEY*

**Hunter Jay Shkolnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly A. Hyman**
(See above for address)
*TERMINATED: 08/28/2018*
*LEAD ATTORNEY*

**Michael W. McDivitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick James Lanciotti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Dean Batchelder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Caroline Garrett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lewis Alan Osterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meghan C. Quinlivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Eric McDivitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seth Alan Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Theresa Easter** represented by **Anthony Dean Tracy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren A. Natvig**
(See above for address)
*TERMINATED: 06/19/2017*
*LEAD ATTORNEY*

**Hunter Jay Shkolnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly A. Hyman**
(See above for address)
*TERMINATED: 08/28/2018*
*LEAD ATTORNEY*

**Michael W. McDivitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick James Lanciotti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Dean Batchelder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Caroline Garrett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lewis Alan Osterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meghan C. Quinlivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Eric McDivitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seth Alan Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Billy Long** represented by **Anthony Dean Tracy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren A. Natvig**
(See above for address)
*TERMINATED: 06/19/2017*
*LEAD ATTORNEY*

**Hunter Jay Shkolnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly A. Hyman**
(See above for address)
*TERMINATED: 08/28/2018*
*LEAD ATTORNEY*

**Michael W. McDivitt**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick James Lanciotti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Dean Batchelder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Caroline Garrett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lewis Alan Osterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meghan C. Quinlivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Eric McDivitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seth Alan Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Linda Long** represented by **Anthony Dean Tracy**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Darren A. Natvig**
(See above for address)
*TERMINATED: 06/19/2017*
*LEAD ATTORNEY*

**Hunter Jay Shkolnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly A. Hyman**
(See above for address)
*TERMINATED: 08/28/2018*
*LEAD ATTORNEY*

**Michael W. McDivitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick James Lanciotti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Dean Batchelder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Caroline Garrett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lewis Alan Osterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Meghan C. Quinlivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Eric McDivitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seth Alan Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Joyce Moore** represented by **Anthony Dean Tracy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren A. Natvig**
(See above for address)
*TERMINATED: 06/19/2017*
*LEAD ATTORNEY*

**Hunter Jay Shkolnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly A. Hyman**
(See above for address)
*TERMINATED: 08/28/2018*
*LEAD ATTORNEY*

**Michael W. McDivitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick James Lanciotti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Dean Batchelder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Caroline Garrett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lewis Alan Osterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meghan C. Quinlivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Eric McDivitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seth Alan Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Lonnie Rouser**
*SR,*

represented by **Anthony Dean Tracy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren A. Natvig**
(See above for address)
*TERMINATED: 06/19/2017*
*LEAD ATTORNEY*

**Hunter Jay Shkolnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly A. Hyman**

(See above for address)
*TERMINATED: 08/28/2018*
*LEAD ATTORNEY*

**Michael W. McDivitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick James Lanciotti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Dean Batchelder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Caroline Garrett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lewis Alan Osterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meghan C. Quinlivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Eric McDivitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seth Alan Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Rhonda Sharkey** represented by **Anthony Dean Tracy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren A. Natvig**
(See above for address)
*TERMINATED: 06/19/2017*
*LEAD ATTORNEY*

**Hunter Jay Shkolnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly A. Hyman**
(See above for address)
*TERMINATED: 08/28/2018*
*LEAD ATTORNEY*

**Michael W. McDivitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick James Lanciotti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Dean Batchelder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David P. Hersh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirsten N. Kube**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Caroline Garrett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lewis Alan Osterman**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meghan C. Quinlivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Eric McDivitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seth Alan Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M Company, The**
*formerly known as*
Minnesota Mining and Manufacturing Co.

represented by **Aamer Ravji**
Brewer Attorneys & Counselors-Dallas
1717 Main Street
Comerica Bank Tower
Suite 5900
Dallas, TX 75201
214-653-4000
Fax: 214-653-1015
Email: arr@brewerattorneys.com
*TERMINATED: 03/23/2018*

**Beth A. Landes**
Brewer, Attorneys & Counselors-New York
750 Madison Avenue
14th Floor
New York, NY 10016
212-224-8806
Email: bal@brewerattorneys.com
*TERMINATED: 03/23/2018*

**Christopher H. Dolan**
Faegre Baker Daniels LLP-Minneapolis
90 South 7th Street
Wells Fargo Center
Suite 2200
Minneapolis, MN 55402-3901
612-766-7000

Fax: 612-766-1600
Email: chris.dolan@faegrebd.com
*ATTORNEY TO BE NOTICED*

**Daniel Leslie Ring**
Mayer Brown LLP-Chicago
71 South Wacker Drive
Chicago, IL 60606
312-701-8520
Fax: 312-701-7711
Email: dring@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Heather Campbell Burgess**
Faegre Baker Daniels LLP-Chicago
311 South Wacker Drive
Suite 4400
Chicago, IL 60606-6622
312-356-5012
Email: heather.burgess@faegrebd.com
*ATTORNEY TO BE NOTICED*

**Heather Carson Perkins**
Faegre Baker Daniels LLP-Denver
1700 Lincoln Street
Wells Fargo Center
Suite 3200
Denver, CO 80203-4532
303-607-3500
Fax: 303-607-3600
Email: heather.perkins@faegrebd.com
*ATTORNEY TO BE NOTICED*

**Joshua Dietrich Yount**
Mayer Brown LLP-Chicago
71 South Wacker Drive
Chicago, IL 60606
312-782-0600
Fax: 312-706-8521
Email: jyount@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Kellen N. Wittkop**
Davis Graham & Stubbs, LLP-Denver
1550 17th Street
Suite 500
Denver, CO 80202
303-892-7232
Fax: 303-893-1379

Email: kellen.wittkop@dgslaw.com
*TERMINATED: 06/29/2018*

**Matthew Dumont Clark**
Faegre Baker Daniels LLP-Boulder
1470 Walnut Street
Suite 300
Boulder, CO 80302-5335
303-447-7700
Fax: 303-447-7800
Email: matthew.clark@FaegreBD.com
*ATTORNEY TO BE NOTICED*

**Maxwell D. Herman**
Brewer Attorneys & Counselors-New York
750 Lexington Avenue
14th Floor
New York, NY 10022
212-224-1400
Fax: 212-751-2849
Email: mwh@brewerattorneys.com
*TERMINATED: 03/23/2018*

**Stephanie L. Gase**
Brewer, Attorneys & Counselors-Dallas
1717 Main Street
Comerica Bank Tower
Suite 5900
Dallas, TX 75201
214-653-4000
Fax: 214-653-1015
Email: szg@brewerattorneys.com
*TERMINATED: 03/23/2018*

**Timothy S. Bishop**
Mayer Brown LLP-Chicago
71 South Wacker Drive
Chicago, IL 60606
312-781-0600
Fax: 312-706-8607
Email: tbishop@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**William A. Brewer , III**
Brewer Attorneys & Counselors-Dallas
1717 Main Street
Comerica Bank Tower
Suite 5900

Dallas, TX 75201
214-653-4000
Fax: 214-653-1015
Email: wab@brewerattorneys.com
*TERMINATED: 03/23/2018*

**Defendant**

**Tyco Fire Products, L.P.** represented by **Andrew Christopher Efaw**
Wheeler Trigg O'Donnell, LLP-Denver
370 17th Street
Suite 4500
Denver, CO 80202-5647
303-244-1873
Fax: 294-1879
Email: efaw@wtotrial.com
*ATTORNEY TO BE NOTICED*

**Daniel Edward Rohner**
Shook Hardy & Bacon, LLP-Denver
1660 17th Street
Suite 450
Denver, CO 80202
303-285-5300
Fax: 303-285-5301
Email: drohner@shb.com
*ATTORNEY TO BE NOTICED*

**David S. Weinraub**
Dechert, LLP-New York
1095 Avenue of the Americas
Three Bryant Park
New York, NY 10036
212-698-3500
Email: david.weinraub@dechert.com
*ATTORNEY TO BE NOTICED*

**Douglas E. Fleming , III**
Dechert, LLP-New York
1095 Avenue of the Americas
Three Bryant Park
New York, NY 10036
212-698-3500
Email: douglas.fleming@dechert.com
*ATTORNEY TO BE NOTICED*

**Emily L. Van Tuyl**
Dechert, LLP-New York
1095 Avenue of the Americas
Three Bryant Park

New York, NY 10036
212-698-3500
Email: emily.vantuyl@dechert.com
*ATTORNEY TO BE NOTICED*

**Jae Hong Lee**
Dechert LLP-San Francisco
One Bush Street
Suite 1600
San Francisco, CA 94104
415-262-4500
Fax: 415-262-4555
Email: jae.lee@dechert.com
*ATTORNEY TO BE NOTICED*

**Joseph G Petrosinelli**
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, DC 20005-5901
202-434-5000
Fax: 202-434-5029
Email: jpetrosinelli@wc.com
*ATTORNEY TO BE NOTICED*

**Katherine Anne Armstrong**
Dechert, LLP-New York
1095 Avenue of the Americas
Three Bryant Park
New York, NY 10036
212-698-3500
Email:
katherine.armstrong@dechert.com
*ATTORNEY TO BE NOTICED*

**Mark S. Cheffo**
Dechert, LLP-New York
1095 Avenue of the Americas
Three Bryant Park
New York, NY 10036
212-698-3500
Fax: 212-698-3599
Email: mark.cheffo@dechert.com
*ATTORNEY TO BE NOTICED*

**Stephen Kirk Ingebretsen**
Shook Hardy & Bacon, LLP-Denver
1660 17th Street
Suite 450
Denver, CO 80202

303-285-5300
Fax: 303-285-5301
Email: kingebretsen@shb.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Buckeye Fire Equipment Co.** represented by **Jesse Daniel Rodgers**
Lewis Brisbois Bisgaard & Smith, LLP-Denver
1700 Lincoln Street
Wells Fargo Center
Suite 4000
Denver, CO 80203
303-861-7760
Fax: 303-861-7767
Email: jesse.rodgers@lewisbrisbois.com
*ATTORNEY TO BE NOTICED*

**Ronald Lyle Hellbusch**
Lewis Brisbois Bisgaard & Smith, LLP-Denver
1700 Lincoln Street
Wells Fargo Center
Suite 4000
Denver, CO 80203
303-861-7760
Fax: 303-861-7761
Email: ronald.hellbusch@lewisbrisbois.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Foam, Inc.** represented by **Keith Edward Smith**
Greenberg Traurig, LLP-Philadelphia
2001 Market Street
Two Commerce Square
Suite 2700
Philadelphia, PA 19103
215-988-7843
Fax: 215-988-7801
Email: smithkei@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kidde Fire Fighting, Inc.**
*individually and as successor in interest to National Foam, Inc.*
*formerly known as*

Chubb National Foam, Inc.
*formerly known as*
National Foam, Inc.

**Defendant**

**Kidde PLC, Inc.**
*individually and as successor in interest to National Foam, Inc.*
*formerly known as*
Williams US Inc.
*formerly known as*
Williams Holdings, Inc.

represented by **John W. Cerreta**
Day Pitney, LLP-Hartford
242 Trumbull Street
Hartford, CT 06103-1212
860-275-0665
Fax: 860-881-2517
Email: jcerreta@daypitney.com
*ATTORNEY TO BE NOTICED*

**Jonathan Isaac Handler**
Day Pitney, LLP-Boston
One International Place
Boston, MA 02110
617-345-4734
Fax: 617-206-9324
Email: JHandler@daypitney.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kidde-Fenwal, Inc.**
*individually and as successor in interest to National Foam, Inc.*

represented by **John W. Cerreta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Isaac Handler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**UTC Fire & Security Americas Corporation, Inc.**
*individually and as successor in interest to National Foam, Inc.*
*formerly known as*
GE Interlogix, Inc.

represented by **John W. Cerreta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Isaac Handler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Enterra Corporation**
*individually and as successor in interest to National Foam, Inc.*
*TERMINATED: 04/05/2018*

**Defendant**

**Williams Holdings, Inc.**
*individually and as successor in interest to National Foam, Inc.*

V.

**Consol Defendant**

**Ansul Company, The** represented by **David S. Weinraub**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas E. Fleming , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Anne Armstrong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Anthony Williams**
Shook, Hardy & Bacon, LLP-Denver
1660 17th Street
Suite 450
Denver, CO 80202
303-285-5300
Fax: 303-285-5301
Email: pwilliams@shb.com
*ATTORNEY TO BE NOTICED*

**Stephen Kirk Ingebretsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Angus Fire** represented by **Keith Edward Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**National Foam** represented by **Albert G. Bixler**
Eckert Seamans Cherin & Mellott, LLC-Philadelphia
50 South 16th Street
Two Liberty Place

22nd Floor
Philadelphia, PA 19102
215-851-8412
Fax: 215-851-8383
Email: abixler@eckertseamans.com
*TERMINATED: 01/31/2018*
*LEAD ATTORNEY*

**Ronald M. Eddy**
Sherman & Howard, L.L.C.-Denver
633 17th Street
Suite 3000
Denver, CO 80202-3622
303-299-8338
Fax: 303-298-0940
Email: reddy@shermanhoward.com
*TERMINATED: 01/30/2018*
*LEAD ATTORNEY*

**Keith Edward Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter George Koclanes**
Sherman & Howard, L.L.C.-Denver
633 17th Street
Suite 3000
Denver, CO 80202-3622
303-297-2900
Fax: 303-298-0940
Email:
pkoclanes@shermanhoward.com
*TERMINATED: 01/30/2018*

**Stephen Kirk Ingebretsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Buckeye Fire Protection Co.** represented by **Aaron August Boschee**
Squire Patton Boggs (US) LLP-Denver
1801 California Street
Suite 4900
Denver, CO 80202
303-830-1776
Fax: 303-894-9239
Email: aaron.boschee@squirepb.com
*TERMINATED: 05/16/2017*
*LEAD ATTORNEY*

**Brent Rollow Owen**
Squire Patton Boggs (US) LLP-Denver
1801 California Street
Suite 4900
Denver, CO 80202
303-894-6111
Fax: 303-894-9239
Email: brent.owen@squirepb.com
*TERMINATED: 05/17/2017*
*LEAD ATTORNEY*

**Jesse Daniel Rodgers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Lyle Hellbusch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd R. Seelman**
Lewis Brisbois Bisgaard & Smith, LLP-Denver
1700 Lincoln Street
Wells Fargo Center
Suite 4000
Denver, CO 80203
720-931-3200
Fax: 720-931-3201
Email: Todd.Seelman@lewisbrisbois.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Salazar , Jr.**
Lewis Brisbois Bisgaard & Smith, LLP-Sacramento
2020 West El Camino Avenue
Suite 700
Sacramento, CA 95833
916-564-5400
Fax: 916-564-5444
Email: Joe.Salazar@lewisbrisbois.com
*ATTORNEY TO BE NOTICED*

**Michael Luther Carpenter**
Gray Layton Kersh Solomon Furr &

Smith, P.A.
P.O. Box 2636
516 South New Hope Road
Gastonia, NC 28053
704-865-4400
Fax: 704-866-8010
Email: mcarpenter@gastonlegal.com
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Chemguard** represented by **Andrew Christopher Efaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Edward Rohner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David S. Weinraub**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas E. Fleming , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily L. Van Tuyl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jae Hong Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph G Petrosinelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Anne Armstrong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Anthony Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Kirk Ingebretsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Widefield W&S District**
8495 Fontaine Blvd.
Colorado Springs, CO 80925

represented by **Joseph W. Norris**
Collins Cockrel & Cole, P.C.
390 Union Boulevard
Suite 400
Denver, CO 80228
303-218-7120
Fax: 720-939-1408
Email: jnorris@cccfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Bell**
*TERMINATED: 02/22/2018*

represented by **Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul J. Napoli**
Napoli Shkolnik PLLC-Melville
400 Broadhollow Road
Suite 305
Melville, NY 11747
212-397-1000
Email: pnapoli@napolilaw.com
*ATTORNEY TO BE NOTICED*

**Tate James Kunkle**
Napoli Shkolnik PLLC-Melville
400 Broadhollow Road
Suite 305
Melville, NY 11747
212-397-1000
Fax: 646-843-7603
Email: tkunkle@napolilaw.com
*ATTORNEY TO BE NOTICED*

**Kevin Scott Hannon**
Hannon Law Firm, LLC
1641 Downing Street
Denver, CO 80218
303-861-8800
Fax: 861-8855
Email: khannon@hannonlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Acevedo**
*TERMINATED: 02/22/2018*

represented by **Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul J. Napoli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tate James Kunkle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Scott Hannon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Durbin**
*individually and as parent and next friend of*
*TERMINATED: 02/22/2018*
*next friend*
K.D.
*TERMINATED: 02/22/2018*
*next friend*
B.D.
*TERMINATED: 02/22/2018*

represented by **Louise Rita Caro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul J. Napoli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tate James Kunkle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Scott Hannon**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ansul Company, The**
*TERMINATED: 11/29/2016*

represented by **Douglas E. Fleming , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Foam**
*TERMINATED: 11/29/2016*

represented by **Candace Headen Ududebor**
Greenberg Traurig, LLP-Denver
1200 17th Street
The Tabor Center
Suite 2400
Denver, CO 80202

303-572-6559
Email: udueborc@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Jennifer Marie Little**
Greenberg Traurig, LLP-Denver
1200 17th Street
The Tabor Center
Suite 2400
Denver, CO 80202
303-572-6564
Fax: 720-904-7664
Email: littleje@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Jillian Cheryl Kirn**
Greenberg Traurig, LLP-Philadelphia
2001 Market Street
Suite 2700
Philadelphia, PA 19103
303-572-6553
Email: kirnj@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Keith Edward Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter George Koclanes**
(See above for address)
*TERMINATED: 01/30/2018*

**Defendant**

**Ansul, Incorporated**
*TERMINATED: 09/22/2017*
*formerly known as*
Ansul Company, The

represented by **David S. Weinraub**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas E. Fleming , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Anne Armstrong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Anthony Williams**
Shook Hardy & Bacon, LLP-Denver
1660 17th Street
Suite 450
Denver, CO 80202
303-285-5300
Fax: 303-285-5301
Email: pwilliams@shb.com
*ATTORNEY TO BE NOTICED*

**Stephen Kirk Ingebretsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2016 | 1 | COMPLAINT *Class Action Complaint for Property Related Damages and Demand for Jury Trial* against National Foam, The 3M Company, The Ansul Company (Filing fee $ 400,Receipt Number 1082-5159333)Attorney Kevin Scott Hannon added to party Jose Acevedo(pty:pla), Attorney Kevin Scott Hannon added to party Gregory Bell(pty:pla), Attorney Kevin Scott Hannon added to party Denise Durbin(pty:pla), filed by Gregory Bell, Denise Durbin, Jose Acevedo. (Attachments: # 1 Appendix Appendix A)(Hannon, Kevin) Modified on 9/22/2016 to restrict to Level 1 pursuant to 5 Minute Order. (nmarb, ). (Entered: 09/18/2016) |
| 09/18/2016 | 2 | Civil Cover Sheet (Filing fee $ 400,Receipt Number 1082-5159345), filed by Gregory Bell, Denise Durbin, Jose Acevedo.(Hannon, Kevin) Modified on 9/19/2016 to correct docket text. Refund pending, filing fee paid in error (jgonz, ). Modified on 9/22/2016 to a Level 1 Restriction pursuant to 5 Minute Order. (nmarb, ). (Entered: 09/18/2016) |
| 09/18/2016 | 3 | Case assigned to Magistrate Judge Craig B. Shaffer. Text Only Entry. (jgonz, ) (Entered: 09/19/2016) |
| 09/19/2016 | 4 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (jgonz, ) (Entered: 09/19/2016) |
| 09/22/2016 | 5 | MINUTE ORDER. It is ORDERED that Docket Nos. 1 and 2 shall be restricted at Level One, the caption on the Electronic Court Filing system as well as on all future pleadings shall comport with the caption on the present order, and on or before September 26, 2016, plaintiff Denise Durbin shall refile Docket Nos. 1 and 2 without restriction with redactions that comply with Fed. R. Civ. P. 5.2(a). By Magistrate Judge Craig B. Shaffer on 9/22/2016. (cbslc1) (Entered: 09/22/2016) |
| 09/22/2016 | 6 | COMPLAINT *Redacted Class Action Complaint for Property Related Damages and Demand for Jury Trial* against 3M Company, The, Ansul Company, The, National Foam (Filing fee $ 400,Receipt Number 1082-5165317), filed by Gregory Bell, Denise Durbin, Jose Acevedo. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Civil Cover Sheet, # 2 Appendix Appendix A to Complaint)(Hannon, Kevin) (Entered: 09/22/2016) |
| 09/25/2016 | 7 | NOTICE OF CASE ASSOCIATION *Notice of Related Cases* by Kevin Scott Hannon on behalf of Jose Acevedo, Gregory Bell, Denise Durbin, Denise (I) Durbin (Hannon, Kevin) (Entered: 09/25/2016) |
| 09/30/2016 | 8 | MINUTE ORDER. A Scheduling Conference is set for 11/15/2016 at 09:00 AM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. The parties shall adhere to the deadlines and instructions as set forth in Preparation for Rule 16(b) Scheduling Conference, located on the court's website under "Judicial Officers." case has been directly assigned to Magistrate Judge Craig B. Shaffer pursuant to 28 U.S.C. § 636(c) and D.C.COLO.LCivR 40.1(c). FURTHER ORDERED that not later than 14 DAYS PRIOR to the Scheduling Conference, the parties shall complete and file the Consent/Non-Consent Form indicating either unanimous consent of the parties or that consent has been declined. Any of record out of state counsel may appear in person or by telephone; if more than one call will come in, counsel shall initiate a conference call amongst themselves before calling the court at (303) 844-2117 at the scheduled time. Plaintiffs shall promptly serve a copy of this order to Defendants. By Magistrate Judge Craig B. Shaffer on 9/30/2016. Text Only Entry (cbslc1) (Entered: 09/30/2016) |
| 10/03/2016 | 9 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin, Denise (I) Durbin All parties do not consent.. (Hannon, Kevin) (Entered: 10/03/2016) |
| 10/04/2016 | 10 | CASE REASSIGNED. All parties do not consent. This case is reassigned to Judge Richard P. Matsch. All future pleadings should be designated as 16-cv-02351-RPM. (Text Only Entry) (slibi, ) (Entered: 10/04/2016) |
| 10/05/2016 | 11 | ORDER OF RECUSAL Because my wife owns stock in Defendant The 3M Company, it is ORDERED that the Clerk of this Court shall reassign this civil action, by Judge Richard P. Matsch on 10/5/2016. (evana, ) (Entered: 10/05/2016) |
| 10/05/2016 | 12 | CASE REASSIGNED pursuant to 11 Order of Recusal. This case is reassigned to Judge R. Brooke Jackson. All future pleadings should be designated as 16-cv- 2351 RBJ. (Text Only Entry) (evana, ) (Entered: 10/05/2016) |
| 10/06/2016 | 13 | ORDER TO SET SCHEDULING CONFERENCE: This matter comes before the Court sua sponte. In light of the decline of consent to a magistrate judge by one or more of the parties in this case and its reassignment to this Court, the Scheduling Conference set November 15, 2016 before Magistrate Judge Craig B. Shaffer is VACATED. The parties are ordered to set an initial scheduling conference in this Court (with Judge Jackson) pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1. The parties are directed to jointly contact Chambers by telephone at (303) 844-4694 or by email at Jackson_Chambers@cod.uscourts.gov to obtain a scheduling conference date within 14 days of the date of this order. Please see the order for additional details. By Judge R. Brooke Jackson on 10/6/16. (rbjsec.) (Entered: 10/06/2016) |

| | | |
|---|---|---|
| 11/29/2016 | 14 | AMENDED COMPLAINT *For Property Related Damages and Demand for Jury Trial* against 3M Company, The, Ansul Company, The, filed by Gregory Bell, Denise Durbin, Denise (I) Durbin, Jose Acevedo. (Attachments: # 1 Appendix A)(Hannon, Kevin) (Entered: 11/29/2016) |
| 11/29/2016 | 15 | SUMMONS REQUEST as to 3M re 3 Case Assigned to Judge, 13 Order,,, 1 Complaint,, 2 Complaint, 6 Complaint, 10 Case Reassigned, 9 Consent to Jurisdiction of Magistrate Judge, 11 Order of Recusal, 5 Minute Order, 8 Minute Order,,,,, 12 Case Reassigned, 4 Magistrate Judge, 7 Notice of Case Association, 14 Amended Complaint by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin. (Hannon, Kevin) (Entered: 11/29/2016) |
| 11/29/2016 | 16 | SUMMONS REQUEST as to The Ansul Company re 3 Case Assigned to Judge, 13 Order,,, 1 Complaint,, 2 Complaint, 6 Complaint, 10 Case Reassigned, 9 Consent to Jurisdiction of Magistrate Judge, 11 Order of Recusal, 5 Minute Order, 8 Minute Order,,,,, 12 Case Reassigned, 4 Magistrate Judge, 7 Notice of Case Association, 14 Amended Complaint by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin. (Hannon, Kevin) (Entered: 11/29/2016) |
| 11/30/2016 | 17 | SUMMONSES issued by Clerk. (athom, ) (Entered: 11/30/2016) |
| 12/02/2016 | 18 | AFFIDAVIT *of Service to The 3M Company and Affidavit of Service to Ansul Incorporated* by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin. (Attachments: # 1 Affidavit)(Hannon, Kevin) (Entered: 12/02/2016) |
| 12/02/2016 | 19 | Utility Setting Deadlines: 3M Company, The served on 12/1/2016, answer due 12/22/2016; Ansul, Incorporated served on 12/1/2016, answer due 12/22/2016 per 18 Affidavit of Service. Text Only Entry (athom, ) (Entered: 12/02/2016) |
| 12/12/2016 | 20 | Joint MOTION for Extension of Time to File Answer or Otherwise Respond re 14 Amended Complaint *(Unopposed)* by Defendant 3M Company, The. (Attachments: # 1 Proposed Order (PDF Only))(Perkins, Heather) (Entered: 12/12/2016) |
| 12/13/2016 | 21 | ORDER granting 20 Joint MOTION for Extension of Time to File Answer or Otherwise Respond re 14 Amended Complaint (Unopposed). The 3M Company, and Ansul's response or answer to the Amended Complaint is now due by January 23, 2017. By Judge R. Brooke Jackson on 12/13/16. Text Only Entry (rbjsec. ) (Entered: 12/13/2016) |
| 01/06/2017 | 22 | NOTICE of Entry of Appearance by Beth A. Landes on behalf of 3M Company, TheAttorney Beth A. Landes added to party 3M Company, The (pty:dft) (Landes, Beth) (Entered: 01/06/2017) |
| 01/06/2017 | 23 | NOTICE of Entry of Appearance by Stephanie L. Gase on behalf of 3M Company, TheAttorney Stephanie L. Gase added to party 3M Company, The (pty:dft) (Gase, Stephanie) (Entered: 01/06/2017) |
| 01/06/2017 | 24 | NOTICE of Entry of Appearance by William A. Brewer, III on behalf of 3M Company, TheAttorney William A. Brewer, III added to party 3M Company, The(pty:dft) (Brewer, William) (Entered: 01/06/2017) |
| 01/09/2017 | 25 | |

| | | |
|---|---|---|
| | | NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 22 Notice of Entry of Appearance, 23 Notice of Entry of Appearance, 24 Notice of Entry of Appearance. Attorneys Beth A. Landes; Stephanie L. Gase; William A. Brewer, III have failed to comply with D.C.COLO.LCivR5.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Civil Cases), which mandate the correct form for an attorneys signature block. These documents do not have a s/ signature and must be re-filed. (Text Only Entry) (athom, ) (Entered: 01/09/2017) |
| 01/09/2017 | 26 | NOTICE of Entry of Appearance by Beth A. Landes on behalf of 3M Company, TheAttorney Beth A. Landes added to party 3M Company, The (pty:dft) (Landes, Beth) (Entered: 01/09/2017) |
| 01/09/2017 | 27 | NOTICE of Entry of Appearance by William A. Brewer, III on behalf of 3M Company, TheAttorney William A. Brewer, III added to party 3M Company, The(pty:dft) (Brewer, William) (Entered: 01/09/2017) |
| 01/09/2017 | 28 | NOTICE of Entry of Appearance by Stephanie L. Gase on behalf of 3M Company, TheAttorney Stephanie L. Gase added to party 3M Company, The (pty:dft) (Gase, Stephanie) (Entered: 01/09/2017) |
| 01/13/2017 | 29 | NOTICE of Entry of Appearance by Paul Anthony Williams on behalf of Ansul, Incorporated. Attorney Paul Anthony Williams added to party Ansul, Incorporated (pty:dft) (Williams, Paul) Modified on 1/13/2017 to correct filers (athom, ). (Entered: 01/13/2017) |
| 01/17/2017 | 30 | Joint MOTION for Extension of Time to File Answer or Otherwise Respond re 14 Amended Complaint *(Unopposed)* by Defendant 3M Company, The. (Attachments: # 1 Exhibit A - Bell II Notice of Related Cases Dkt 10 in case 16-cv-02352, # 2 Exhibit B - Bell II Minute Order Dkt 30 in case 16-cv-02352, # 3 Exhibit C - Davis Minute Order Dkt 47 in case 16-cv-02394, # 4 Proposed Order (PDF Only) Proposed Order Granting Defendants' Joint Unopposed Motion to Extend Their Time to Answer)(Perkins, Heather) (Entered: 01/17/2017) |
| 01/17/2017 | 31 | ORDER granting 30 Joint MOTION for Extension of Time to File Answer or Otherwise Respond re 14 Amended Complaint (Unopposed). The 3M Company and The Ansul Company's answer is now due 2/28/2017. By Judge R. Brooke Jackson on 1/17/17. Text Only Entry (rbjsec. ) (Entered: 01/17/2017) |
| 01/31/2017 | 32 | Joint MOTION to Consolidate Cases by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin, Denise (I) Durbin. (Attachments: # 1 Appendix Joint Memorandum of Law In Support of Consolidation, # 2 Proposed Order (PDF Only))(Hannon, Kevin) (Entered: 01/31/2017) |
| 01/31/2017 | 33 | MOTION to Appoint Counsel *Bell Plaintiffs' Motion to Appoint The Hannon Law Firm, LLC as Lead Interim Class Counsel* by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin, Denise (I) Durbin. (Hannon, Kevin) (Entered: 01/31/2017) |
| 02/01/2017 | 34 | Joint MOTION to Amend/Correct/Modify *Case Caption* by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin, Denise (I) Durbin. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Appendix Second Amended Complaint, # 2 Proposed Order (PDF Only)) (Hannon, Kevin) (Entered: 02/01/2017) |
| 02/21/2017 | 35 | RESPONSE to 33 MOTION to Appoint Counsel *Bell Plaintiffs' Motion to Appoint The Hannon Law Firm, LLC as Lead Interim Class Counsel* filed by Defendant Ansul, Incorporated. (Ingebretsen, Stephen) Modified on 2/23/2017 to correct filers and text (athom, ). (Entered: 02/21/2017) |
| 02/21/2017 | 36 | RESPONSE to 33 MOTION to Appoint Counsel *Bell Plaintiffs' Motion to Appoint The Hannon Law Firm, LLC as Lead Interim Class Counsel (Amended)* filed by Defendant Ansul, Incorporated. (Ingebretsen, Stephen) (Entered: 02/21/2017) |
| 02/21/2017 | 37 | RESPONSE to 33 MOTION to Appoint Counsel *Bell Plaintiffs' Motion to Appoint The Hannon Law Firm, LLC as Lead Interim Class Counsel* filed by Defendant 3M Company, The. (Landes, Beth) (Entered: 02/21/2017) |
| 02/21/2017 | 38 | RESPONSE to 33 MOTION to Appoint Counsel *Bell Plaintiffs' Motion to Appoint The Hannon Law Firm, LLC as Lead Interim Class Counsel* Attorney Hunter Jay Shkolnik added to party Alan Davis(pty:ip) filed by Interested Party Alan Davis. (Shkolnik, Hunter) (Entered: 02/21/2017) |
| 02/21/2017 | 39 | RESPONSE to 32 Joint MOTION to Consolidate Cases filed by Interested Party Alan Davis. (Shkolnik, Hunter) (Entered: 02/21/2017) |
| 02/21/2017 | 40 | RESPONSE to 32 Joint MOTION to Consolidate Cases Attorney Keith Edward Smith added to party National Foam(pty:dft) filed by Defendant National Foam. (Smith, Keith) (Entered: 02/21/2017) |
| 02/21/2017 | 68 | MOTION for Appointment as Interim Lead and Liason [sic] Counsel by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey pursuant to 57 Order. (dkals, ) (Entered: 07/24/2017) |
| 02/24/2017 | 41 | Joint MOTION to Stay re 31 Order on Motion for Extension of Time to Answer or Otherwise Respond, by Defendant Ansul, Incorporated. (Ingebretsen, Stephen) (Entered: 02/24/2017) |
| 02/27/2017 | 42 | ORDER denying 41 Joint MOTION to Stay re 31 Order on Motion for Extension of Time to Answer or Otherwise Respond. By Judge R. Brooke Jackson on 2/27/17. Text Only Entry (rbjsec. ) (Entered: 02/27/2017) |
| 02/28/2017 | 43 | ANSWER to 14 Amended Complaint *and Demand for Jury Trial* by Ansul, Incorporated.(Ingebretsen, Stephen) (Entered: 02/28/2017) |
| 02/28/2017 | 44 | MOTION to Dismiss *Plaintiffs' First Amended Class Action Complaint for Property Related Damages and Demand for Jury Trial* by Defendant 3M Company, The. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting 3M's Motion to Dismiss)(Landes, Beth) (Entered: 02/28/2017) |
| 03/06/2017 | 45 | REPLY to Response to 32 Joint MOTION to Consolidate Cases filed by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin, Denise (I) Durbin. (Hannon, Kevin) (Entered: 03/06/2017) |
| 03/06/2017 | 46 | |

| | | |
|---|---|---|
| | | REPLY to Response to 32 Joint MOTION to Consolidate Cases *by Davis Plaintiffs* filed by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin, Denise (I) Durbin. (Hannon, Kevin) (Entered: 03/06/2017) |
| 03/07/2017 | 47 | RESPONSE to 32 Joint MOTION to Consolidate Cases filed by Defendant Ansul, Incorporated. (Attachments: # 1 Exhibit A)(Ingebretsen, Stephen) (Entered: 03/07/2017) |
| 03/07/2017 | 48 | REPLY to Response to 33 MOTION to Appoint Counsel *Bell Plaintiffs' Motion to Appoint The Hannon Law Firm, LLC as Lead Interim Class Counsel by Davis Plaintiffs* filed by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin, Denise (I) Durbin. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C)(Hannon, Kevin) (Entered: 03/07/2017) |
| 03/14/2017 | 69 | RESPONSE to 68 MOTION to Appoint filed by Consol Defendants Chemguard, Tyco Fire Products, L.P. pursuant to 57 Order. (dkals, ) (Entered: 07/24/2017) |
| 03/14/2017 | 70 | RESPONSE to 68 MOTION to Appoint filed by Defendant 3M Company, The pursuant to 57 Order. (dkals, ) (Entered: 07/24/2017) |
| 03/19/2017 | 49 | Unopposed MOTION for Extension of Time to File Response/Reply as to 44 MOTION to Dismiss *Plaintiffs' First Amended Class Action Complaint for Property Related Damages and Demand for Jury Trial* by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin, Denise (I) Durbin. (Attachments: # 1 Proposed Order (PDF Only))(Hannon, Kevin) (Entered: 03/19/2017) |
| 03/21/2017 | 50 | ORDER granting 49 Unopposed MOTION for Extension of Time to File Response/Reply as to 44 MOTION to Dismiss Plaintiffs' First Amended Class Action Complaint for Property Related Damages and Demand for Jury Trial. The response is now due by March 31, 2017. By Judge R. Brooke Jackson on 3/21/17. Text Only Entry (rbjsec. ) (Entered: 03/21/2017) |
| 03/28/2017 | 71 | REPLY to Response to 68 MOTION to Appoint filed by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey pursuant to 57 Order. (dkals, ) (Entered: 07/24/2017) |
| 03/31/2017 | 51 | RESPONSE to 44 MOTION to Dismiss *Plaintiffs' First Amended Class Action Complaint for Property Related Damages and Demand for Jury Trial* filed by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin, Denise (I) Durbin. (Hannon, Kevin) (Entered: 03/31/2017) |
| 04/14/2017 | 52 | REPLY to 51 Response to Motion, *and in support of 44 Motion to Dismiss* by Defendant 3M Company, The. (Landes, Beth) (Entered: 04/14/2017) |
| 04/17/2017 | 53 | NOTICE of Entry of Appearance by Katherine Anne Armstrong on behalf of Ansul, IncorporatedAttorney Katherine Anne Armstrong added to party Ansul, Incorporated(pty:dft) (Armstrong, Katherine) (Entered: 04/17/2017) |
| 05/08/2017 | 72 | MOTION to Dismiss Plaintiffs' Second Amended Class Action Complaint for Medical Monitoring and Demand for Jury Trial by Defendant 3M Company, The pursuant to 57 Order. (dkals, ) (Entered: 07/24/2017) |

| | | |
|---|---|---|
| 06/06/2017 | 54 | NOTICE of Entry of Appearance by Mark S. Cheffo on behalf of Ansul, IncorporatedAttorney Mark S. Cheffo added to party Ansul, Incorporated (pty:dft) (Cheffo, Mark) (Entered: 06/06/2017) |
| 06/06/2017 | 55 | NOTICE of Entry of Appearance by Douglas E. Fleming, III on behalf of Ansul, IncorporatedAttorney Douglas E. Fleming, III added to party Ansul, Incorporated(pty:dft) (Fleming, Douglas) (Entered: 06/06/2017) |
| 06/06/2017 | 56 | NOTICE of Entry of Appearance by David S. Weinraub on behalf of Ansul, IncorporatedAttorney David S. Weinraub added to party Ansul, Incorporated (pty:dft) (Weinraub, David) (Entered: 06/06/2017) |
| 06/08/2017 | 57 | ORDER granting 32 Joint MOTION to Consolidate Cases. Bell et al. v. The 3M Company et al., 1:16-CV-02352-PAB-MJW and Davis et al. v. The 3M Company et al., 1:16-CV-02394-RM-MEH are consolidated into this action. This action shall be the lead case and all further pleading should be filed into Bell et al. v. The 3M Company et al., 1:16-CV-02351-RBJ. By Judge R. Brooke Jackson on 6/8/17. Text Only Entry (rbjsec. ) (Entered: 06/08/2017) |
| 06/09/2017 | 58 | ORDER granting 34 Joint MOTION to Amend/Correct/Modify Case Caption. The First Amended Complaint at ECF No. 34-1 is accepted for filing to the extent that it amends the caption. By Judge R. Brooke Jackson on 6/9/17. Text Only Entry (rbjsec. ) (Entered: 06/09/2017) |
| 06/09/2017 | 59 | MINUTE ORDER: In light of the recent consolidation of cases 16-cv-02351, 16-cv-02352, and 16-cv-02394, the Court requests that counsel jointly contact Chambers at Jackson_chambers@cod.uscourts.gov or (303) 844-4694 within 14 days to set a scheduling conference. By Judge R. Brooke Jackson on 6/9/17. Text Only Entry (rbjsec. ) (Entered: 06/09/2017) |
| 06/09/2017 | 60 | AMENDED COMPLAINT against 3M Company, The, Ansul Company, The, Tyco Fire Products, L.P., filed by Denise (I) Durbin, Jose Acevedo, Gregory Bell, Denise Durbin.(jhawk, ) (Entered: 06/09/2017) |
| 06/13/2017 | 61 | NOTICE of Entry of Appearance by Joseph A. Salazar, Jr on behalf of Buckeye Fire Protection Co.Attorney Joseph A. Salazar, Jr added to party Buckeye Fire Protection Co.(pty:condft) (Salazar, Joseph) (Entered: 06/13/2017) |
| 06/19/2017 | 62 | MOTION to Withdraw as Attorney by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Attachments: # 1 Proposed Order (PDF Only) for Withdrawal)(Natvig, Darren) (Entered: 06/19/2017) |
| 06/19/2017 | 63 | ORDER granting 62 Motion to Withdraw as Attorney. Attorney Darren A. Natvig is withdrawn. By Judge R. Brooke Jackson on 6/19/17. Text Only Entry (rbjsec. ) (Entered: 06/19/2017) |
| 06/23/2017 | 64 | MINUTE ORDER: A Scheduling Conference is set for August 24, 2017 at 10:00 a.m. in Courtroom A 902 before Judge R. Brooke Jackson. By Judge R. Brooke Jackson on 6/23/17. Text Only Entry (rbjsec. ) (Entered: 06/23/2017) |
| 07/14/2017 | 65 | RESPONSE *IN OPPOSITION TO DEFENDANT 3M COMPANY'S MOTION TO DISMISS BELL PLAINTIFFS' SECOND AMENDED CLASS ACTION* |

| | | |
|---|---|---|
| | | *COMPLAINT FOR MEDICAL MONITORING (1:16-CV-02352-PAB-MJW)* by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin, Denise (I) Durbin. (Hannon, Kevin) (Entered: 07/14/2017) |
| 07/14/2017 | 73 | RESPONSE to 72 MOTION to Dismiss filed by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin, Denise (I) Durbin pursuant to 57 Order. (dkals, ) (Entered: 07/24/2017) |
| 07/21/2017 | 66 | MOTION to Stay by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Attachments: # 1 Exhibit Proposed Order)(Lanciotti, Patrick) (Entered: 07/21/2017) |
| 07/24/2017 | 67 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 66 MOTION to Stay filed by attorneyHunter Jay Shkolnik.The s/signature did not match the filers name on the account for which the login and password are registered. **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (dkals, ) (Entered: 07/24/2017) |
| 07/25/2017 | 74 | ORDER granting 66 Joint Motion to Stay. By Judge R. Brooke Jackson on 7/25/17. Text Only Entry (rbjsec.) (Entered: 07/25/2017) |
| 08/08/2017 | 75 | NOTICE of Entry of Appearance by Michael Luther Carpenter on behalf of Buckeye Fire Protection Co.Attorney Michael Luther Carpenter added to party Buckeye Fire Protection Co.(pty:condft) (Carpenter, Michael) (Entered: 08/08/2017) |
| 08/14/2017 | 76 | NOTICE of Entry of Appearance by Seth Alan Katz on behalf of Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda SharkeyAttorney Seth Alan Katz added to party Alan Davis(pty:conpla), Attorney Seth Alan Katz added to party Leslie Davis(pty:conpla), Attorney Seth Alan Katz added to party Donald Easter (pty:conpla), Attorney Seth Alan Katz added to party Theresa Easter (pty:conpla), Attorney Seth Alan Katz added to party Billy Long(pty:conpla), Attorney Seth Alan Katz added to party Linda Long(pty:conpla), Attorney Seth Alan Katz added to party Joyce Moore(pty:conpla), Attorney Seth Alan Katz added to party Lonnie Rouser(pty:conpla), Attorney Seth Alan Katz added to party Rhonda Sharkey(pty:conpla) (Katz, Seth) (Entered: 08/14/2017) |
| 08/14/2017 | 77 | NOTICE of Entry of Appearance by Meghan C. Quinlivan on behalf of Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda SharkeyAttorney Meghan C. Quinlivan added to party Alan Davis(pty:conpla), Attorney Meghan C. Quinlivan added to party Leslie Davis(pty:conpla), Attorney Meghan C. Quinlivan added to party Donald Easter(pty:conpla), Attorney Meghan C. Quinlivan added to party Theresa Easter(pty:conpla), Attorney Meghan C. Quinlivan added to party Billy Long(pty:conpla), Attorney Meghan C. Quinlivan added to party Linda Long(pty:conpla), Attorney Meghan C. Quinlivan added to party Joyce Moore (pty:conpla), Attorney Meghan C. Quinlivan added to party Lonnie Rouser |

| | | |
|---|---|---|
| | | (pty:conpla), Attorney Meghan C. Quinlivan added to party Rhonda Sharkey (pty:conpla) (Quinlivan, Meghan) (Entered: 08/14/2017) |
| 08/15/2017 | 78 | NOTICE of Entry of Appearance by David P. Hersh on behalf of Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda SharkeyAttorney David P. Hersh added to party Alan Davis(pty:conpla), Attorney David P. Hersh added to party Leslie Davis(pty:conpla), Attorney David P. Hersh added to party Donald Easter (pty:conpla), Attorney David P. Hersh added to party Theresa Easter (pty:conpla), Attorney David P. Hersh added to party Billy Long(pty:conpla), Attorney David P. Hersh added to party Linda Long(pty:conpla), Attorney David P. Hersh added to party Joyce Moore(pty:conpla), Attorney David P. Hersh added to party Lonnie Rouser(pty:conpla), Attorney David P. Hersh added to party Rhonda Sharkey(pty:conpla) (Hersh, David) (Entered: 08/15/2017) |
| 08/17/2017 | 79 | Proposed Scheduling Order by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin, Denise (I) Durbin. (Hannon, Kevin) (Entered: 08/17/2017) |
| 08/21/2017 | 80 | Supplemental MOTION to Appoint Counsel by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Attachments: # 1 Exhibit Seth A. Katz Biography, # 2 Exhibit David P. Hersh Biography, # 3 Exhibit Meghan C. Quinlivan Biography)(Shkolnik, Hunter) (Entered: 08/21/2017) |
| 08/22/2017 | 81 | NOTICE of Entry of Appearance by Louise Rita Caro on behalf of Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda SharkeyAttorney Louise Rita Caro added to party Alan Davis(pty:conpla), Attorney Louise Rita Caro added to party Leslie Davis(pty:conpla), Attorney Louise Rita Caro added to party Donald Easter (pty:conpla), Attorney Louise Rita Caro added to party Theresa Easter (pty:conpla), Attorney Louise Rita Caro added to party Billy Long(pty:conpla), Attorney Louise Rita Caro added to party Linda Long(pty:conpla), Attorney Louise Rita Caro added to party Joyce Moore(pty:conpla), Attorney Louise Rita Caro added to party Lonnie Rouser(pty:conpla), Attorney Louise Rita Caro added to party Rhonda Sharkey(pty:conpla) (Caro, Louise) (Entered: 08/22/2017) |
| 08/24/2017 | 82 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Scheduling Conference held on 8/24/2017; 44 Motion to Dismiss is DENIED. 72 Motion to Dismiss is DENIED. 33 Motion to Appoint Counsel is DENIED. 68 Motion to Appoint Counsel is DENIED. 80 Motion to Appoint Counsel is DENIED. Telephone Status Conference set for 11/16/2017 at 8:30 AM in Courtroom A 902 before Judge R. Brooke Jackson. Motion Hearing on Class Certification set for 12/20/2017 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Discovery due by 8/31/2018., Dispositive Motions due by 9/28/2018. Four week Jury Trial set to commence 4/29/2019 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson with a Trial Preparation Conference set for 2/1/2019 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 08/24/2017) |

| | | |
|---|---|---|
| 08/30/2017 | 83 | TRANSCRIPT of Scheduling Conference held on August 24, 2017 before Judge Jackson. Pages: 1-50. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 08/30/2017) |
| 09/07/2017 | 84 | Proposed Scheduling Order by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Hersh, David) (Entered: 09/07/2017) |
| 09/08/2017 | 85 | SCHEDULING ORDER: by Judge R. Brooke Jackson on 9/8/17. (jdyne, ) (Entered: 09/08/2017) |
| 09/22/2017 | 86 | WITHDRAWN - MOTION to Certify Class by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Hersh, David) Modified on 11/16/2017 to withdraw document pursuant to COURTROOM MINUTES dated 11/16/17(jdyne, ). (Entered: 09/22/2017) |
| 09/22/2017 | 87 | BRIEF in Support of 86 MOTION to Certify Class filed by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Attachments: # 1 Exhibit 1 - Expert Report of Paul Rosenfeld, # 2 Attachment A to Ex 1, # 3 Attachment B to Ex 1, # 4 Attachment C to Ex 1, # 5 Attachment D to Ex 1, # 6 Attachment E to Ex 1, # 7 Attachment F to Ex 1, # 8 Attachment G to Ex 1, # 9 Attachment H to Ex 1, # 10 Attachment I to Ex 1, # 11 Attachment J to Ex 1, # 12 Attachment K to Ex 1, # 13 Attachment L to Ex 1, # 14 Attachment M to Ex 1, # 15 Attachment N to Ex 1, # 16 Attachment O to Ex 1, # 17 Attachment P to Ex 1, # 18 Attachment Q to Ex 1, # 19 Attachment R to Ex 1, # 20 Attachment S to Ex 1, # 21 Attachment T to Ex 1, # 22 Attachment U to Ex 1, # 23 Attachment V to Ex 1 (Expert Report of Jim Kornberg), # 24 Exhibit 2 - Expert Report of Stephen King, # 25 Exhibit 3 - Expert Report of Patricia Pacey)(Hersh, David) (Entered: 09/22/2017) |
| 09/22/2017 | 88 | AMENDED COMPLAINT against 3M Company, The, Ansul Company, The, Ansul, Incorporated, Buckeye Fire Protection Co., Chemguard, National Foam, National Foam, Tyco Fire Products, L.P., filed by Lonnie Rouser, Joyce Moore, Billy Long, Theresa Easter, Linda Long, Donald Easter, Leslie Davis, Alan Davis.(Hersh, David) (Entered: 09/22/2017) |
| 10/05/2017 | 89 | Joint MOTION for Extension of Time to *Joint, Unopposed Motion for Extension of Time to Submit Proposed Protective Order and ESI Protocol to October 12, 2017* by Defendant 3M Company, The. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Joint, Unopposed |

| | | |
|---|---|---|
| | | Motion for Extension of Time to Submit Proposed Protective Order and ESI Protocol to October 12, 2017)(Perkins, Heather) (Entered: 10/05/2017) |
| 10/06/2017 | 90 | ORDER granting 89 Motion for Extension of Time. Proposed protective order and ESI protocol due October 12, 2017. by Judge R. Brooke Jackson on 10/6/17. Text Only Entry (jdyne, ) (Entered: 10/06/2017) |
| 10/11/2017 | 91 | NOTICE of Entry of Appearance by Kellen N. Wittkop on behalf of 3M Company, TheAttorney Kellen N. Wittkop added to party 3M Company, The (pty:dft) (Wittkop, Kellen) (Entered: 10/11/2017) |
| 10/11/2017 | 92 | NOTICE of Entry of Appearance by Daniel Edward Rohner on behalf of Chemguard, Tyco Fire Products, L.P.Attorney Daniel Edward Rohner added to party Chemguard(pty:condft), Attorney Daniel Edward Rohner added to party Tyco Fire Products, L.P.(pty:dft) (Rohner, Daniel) (Entered: 10/11/2017) |
| 10/11/2017 | 93 | Unopposed MOTION for Extension of Time to *File Response to Class Certification Motion and Extension of Other Deadlines Related to the Same* by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Attachments: # 1 Exhibit Exhibit A)(Rohner, Daniel) (Entered: 10/11/2017) |
| 10/12/2017 | 94 | ORDER granting 93 Unopposed MOTION for Extension of Time to File Response to Class Certification Motion and Extension of Other Deadlines Related to the Same. The following deadlines are extended as noted: Depositions of Plaintiffs and Plaintiffs' experts who have submitted affidavits in support of class certification due by March 26, 2018; Defendants' response to Class Certification Motion is now due March 26, 2018; Depositions of Defendants' experts submitting affidavits in response to Class Certification Motion are due by April 9, 2018; and Plaintiffs' Reply to Defendants' Response to Class Certification Motion is due April 9, 2018. The Hearing on the Class Certification Motion is reset from December 20, 2017 to April 19, 2018 at 9:00am in Courtroom A 902 before Judge R. Brooke Jackson. By Judge R. Brooke Jackson on 10/12/17. Text Only Entry (rbjsec. ) (Entered: 10/12/2017) |
| 10/12/2017 | 95 | NOTICE of Entry of Appearance by Christopher H. Dolan on behalf of 3M Company, TheAttorney Christopher H. Dolan added to party 3M Company, The(pty:dft) (Dolan, Christopher) (Entered: 10/12/2017) |
| 10/12/2017 | 96 | Joint MOTION for Extension of Time to *Submit ESI Protocol to October 19, 2017* by Defendant 3M Company, The. (Attachments: # 1 Proposed Order (PDF Only))(Perkins, Heather) (Entered: 10/12/2017) |
| 10/12/2017 | 97 | STIPULATION *and Protective Order* by Defendants Ansul Company, The, Ansul, Incorporated, Tyco Fire Products, L.P.. (Fleming, Douglas) (Entered: 10/12/2017) |
| 10/16/2017 | 98 | ORDER granting 96 Joint MOTION for Extension of Time to Submit ESI Protocol to October 19, 2017. By Judge R. Brooke Jackson on 10/16/17. Text Only Entry (rbjsec. ) (Entered: 10/16/2017) |
| 10/16/2017 | 99 | STIUPLATED PROTECTIVE ORDER by Judge R. Brooke Jackson on 10/16/17. (jdyne, ) (Entered: 10/16/2017) |
| 10/19/2017 | 100 | |

| | | |
|---|---|---|
| | | MOTION for Discovery *PLAINTIFFS MOTION IN SUPPORT OF ENTRY OF PROPOSED ORDER ON DISCOVERY OF ELECTRONICALLY STORED INFORMATION* by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Hersh, David) (Entered: 10/19/2017) |
| 10/19/2017 | 101 | MOTION for Discovery *of Documents and Electronically Stored Information* by Defendant 3M Company, The. (Attachments: # 1 Proposed Order (PDF Only) Exhibit A, # 2 Exhibit B)(Perkins, Heather) (Entered: 10/19/2017) |
| 10/20/2017 | 102 | MOTION to Dismiss *Plaintiffs' Amended Class Action Complaint and Demand for Jury Trial* by Defendant 3M Company, The. (Perkins, Heather) (Entered: 10/20/2017) |
| 10/23/2017 | 103 | NOTICE of Entry of Appearance by David Dean Batchelder on behalf of Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda SharkeyAttorney David Dean Batchelder added to party Alan Davis(pty:conpla), Attorney David Dean Batchelder added to party Leslie Davis(pty:conpla), Attorney David Dean Batchelder added to party Donald Easter(pty:conpla), Attorney David Dean Batchelder added to party Theresa Easter(pty:conpla), Attorney David Dean Batchelder added to party Billy Long(pty:conpla), Attorney David Dean Batchelder added to party Linda Long(pty:conpla), Attorney David Dean Batchelder added to party Joyce Moore(pty:conpla), Attorney David Dean Batchelder added to party Lonnie Rouser(pty:conpla), Attorney David Dean Batchelder added to party Rhonda Sharkey(pty:conpla) (Batchelder, David) (Entered: 10/23/2017) |
| 10/25/2017 | 104 | NOTICE of Entry of Appearance *Entry of Appearance of Counsel* by Maxwell D. Herman on behalf of 3M Company, TheAttorney Maxwell D. Herman added to party 3M Company, The(pty:dft) (Herman, Maxwell) (Entered: 10/25/2017) |
| 10/26/2017 | 105 | NOTICE of Entry of Appearance by Paul J. Napoli on behalf of All Plaintiffs Attorney Paul J. Napoli added to party Jose Acevedo(pty:pla), Attorney Paul J. Napoli added to party Gregory Bell(pty:pla), Attorney Paul J. Napoli added to party Denise Durbin(pty:pla), Attorney Paul J. Napoli added to party Denise (I) Durbin(pty:pla) (Napoli, Paul) (Entered: 10/26/2017) |
| 10/26/2017 | 106 | NOTICE of Entry of Appearance by Tate James Kunkle on behalf of All Plaintiffs Attorney Tate James Kunkle added to party Jose Acevedo(pty:pla), Attorney Tate James Kunkle added to party Gregory Bell(pty:pla), Attorney Tate James Kunkle added to party Denise Durbin(pty:pla), Attorney Tate James Kunkle added to party Denise (I) Durbin(pty:pla) (Kunkle, Tate) (Entered: 10/26/2017) |
| 10/26/2017 | 107 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 104 Notice of Entry of Appearance filed by attorneyMaxwell D. Herman. **DO NOT REFILE THE DOCUMENT. Action to take -** counsel must submit a change of contact request through the Attorney Services Portal Account pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the |

| | | |
|---|---|---|
| | | Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (dkals, ) (Entered: 10/26/2017) |
| 10/31/2017 | 108 | *Affirmative Defenses and* ANSWER to 88 Amended Complaint, *and Demand for Jury Trial* by Chemguard, Tyco Fire Products, L.P..(Ingebretsen, Stephen) (Entered: 10/31/2017) |
| 10/31/2017 | 109 | *Defendant Buckeye Fire Protection Company's* ANSWER to 88 Amended Complaint, *Affirmative Defenses to Amended Class Action Complaint and Demand for Jury Trial* by Buckeye Fire Protection Co..(Seelman, Todd) (Entered: 10/31/2017) |
| 10/31/2017 | 110 | *Defendant 3M Company's* ANSWER to 88 Amended Complaint, by 3M Company, The.(Perkins, Heather) (Entered: 10/31/2017) |
| 11/01/2017 | 111 | ANSWER to 88 Amended Complaint, by National Foam.(Smith, Keith) (Entered: 11/01/2017) |
| 11/09/2017 | 112 | NOTICE of Entry of Appearance *of Kirsten N. Kube* by Kirsten N. Kube on behalf of Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda SharkeyAttorney Kirsten N. Kube added to party Alan Davis(pty:conpla), Attorney Kirsten N. Kube added to party Leslie Davis(pty:conpla), Attorney Kirsten N. Kube added to party Donald Easter(pty:conpla), Attorney Kirsten N. Kube added to party Theresa Easter(pty:conpla), Attorney Kirsten N. Kube added to party Billy Long(pty:conpla), Attorney Kirsten N. Kube added to party Linda Long (pty:conpla), Attorney Kirsten N. Kube added to party Joyce Moore (pty:conpla), Attorney Kirsten N. Kube added to party Lonnie Rouser (pty:conpla), Attorney Kirsten N. Kube added to party Rhonda Sharkey (pty:conpla) (Kube, Kirsten) (Entered: 11/09/2017) |
| 11/09/2017 | 113 | RESPONSE to 101 MOTION for Discovery *of Documents and Electronically Stored Information* filed by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Hersh, David) (Entered: 11/09/2017) |
| 11/09/2017 | 114 | Unopposed MOTION for Order to *Appoint Liaison Counsel* by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Attachments: # 1 Exhibit 1, # 2 Proposed Order (PDF Only))(Hersh, David) (Entered: 11/09/2017) |
| 11/09/2017 | 115 | RESPONSE to 101 MOTION for Discovery *of Documents and Electronically Stored Information* filed by Defendants 3M Company, The, Ansul Company, The, Ansul, Incorporated, National Foam, Tyco Fire Products, L.P., Consol Defendants Ansul Company, The, Buckeye Fire Protection Co.. (Perkins, Heather) (Entered: 11/09/2017) |
| 11/14/2017 | 116 | ORDER granting 114 Unopposed Motion for Appointment of Liaison Counsel. The Court accepts lead counsel's representation and implied representation that appointment of Mr. Napoli as "liaison counsel" would be of assistance to him and the prosecution of the case. by Judge R. Brooke Jackson on 11/14/17. Text Only Entry (jdyne, ) (Entered: 11/14/2017) |

| | | |
|---|---|---|
| 11/14/2017 | 117 | ORDER granting in part and denying in part 100 Motion for Discovery. The parties presented their respective ESI orders as if this were "baseball arbitration." The Court appreciates 3M's desire to do it like it has done it in other cases,. However, 3M has not shown specifically how plaintiff's approach would cause undue burden, with the exception of voice mails. Having to listen to a hundreds if not thousands of voice mails to see whether there might be something relevant is unduly burdensome. Accordingly, with that exception, and subject to one other caveat, the Court elects plaintiffs' proposal. The caveat is that if as to any specific category of requested discovery 3M can demonstrate with specificity how much burden it would impose, such as numbers of man hours or other specifics, then, after the parties have conferred and attempted in good faith to reach a compromise, 3M may bring the matter to the Court's attention for resolution. Please remember henceforth that I do not want written motions, responses or replies concerning discovery disputes. Rather, if the parties confer and cannot resolve a dispute, please contact Chambers, and we will set a telephone hearing during which I will listen to both sides and then, usually, rule at that time. If an immediate decision is not possible due to the nature of the dispute, I will, in consultation with counsel, determine the appropriate next step. The Court requests and expects substantial cooperation between and among counsel to resolve discovery disputes informally. by Judge R. Brooke Jackson on 11/14/17. Text Only Entry (rbj) (Entered: 11/14/2017) |
| 11/14/2017 | 118 | ORDER denying 101 Motion for Discovery. See order on plaintiff's motion. by Judge R. Brooke Jackson on 11/14/17. Text Only Entry (rbj) (Entered: 11/14/2017) |
| 11/14/2017 | 119 | STATEMENT *Plaintiffs' Statement in Anticipation of the Joint Status Conference* by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Hersh, David) (Entered: 11/14/2017) |
| 11/15/2017 | 120 | NOTICE of Entry of Appearance *of Lewis A. Osterman* by Lewis Alan Osterman on behalf of Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda SharkeyAttorney Lewis Alan Osterman added to party Alan Davis(pty:conpla), Attorney Lewis Alan Osterman added to party Leslie Davis(pty:conpla), Attorney Lewis Alan Osterman added to party Donald Easter(pty:conpla), Attorney Lewis Alan Osterman added to party Theresa Easter(pty:conpla), Attorney Lewis Alan Osterman added to party Billy Long(pty:conpla), Attorney Lewis Alan Osterman added to party Linda Long(pty:conpla), Attorney Lewis Alan Osterman added to party Joyce Moore(pty:conpla), Attorney Lewis Alan Osterman added to party Lonnie Rouser(pty:conpla), Attorney Lewis Alan Osterman added to party Rhonda Sharkey(pty:conpla) (Osterman, Lewis) (Entered: 11/15/2017) |
| 11/15/2017 | 121 | NOTICE of Entry of Appearance by Leah Caroline Garrett on behalf of Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda SharkeyAttorney Leah Caroline Garrett added to party Alan Davis(pty:conpla), Attorney Leah Caroline Garrett added to party Leslie Davis(pty:conpla), Attorney Leah Caroline Garrett added to party Donald Easter(pty:conpla), Attorney Leah Caroline Garrett added to |

| | | |
|---|---|---|
| | | party Theresa Easter(pty:conpla), Attorney Leah Caroline Garrett added to party Billy Long(pty:conpla), Attorney Leah Caroline Garrett added to party Linda Long(pty:conpla), Attorney Leah Caroline Garrett added to party Joyce Moore(pty:conpla), Attorney Leah Caroline Garrett added to party Lonnie Rouser(pty:conpla), Attorney Leah Caroline Garrett added to party Rhonda Sharkey(pty:conpla) (Garrett, Leah) (Entered: 11/15/2017) |
| 11/15/2017 | 122 | STATEMENT *Certain Defendants' Pre-Conference Statement* by Consol Defendants Ansul Company, The, Chemguard, Defendant Tyco Fire Products, L.P.. (Ingebretsen, Stephen) (Entered: 11/15/2017) |
| 11/16/2017 | 123 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Status Conference held on 11/16/2017. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 11/16/2017) |
| 11/17/2017 | 124 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 121 Notice of Entry of Appearance filed by attorneyLeah Caroline Garrett. **DO NOT REFILE THE DOCUMENT. Action to take -** counsel must submit a change of contact request through the Attorney Services Portal Account pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (dkals, ) (Entered: 11/17/2017) |
| 11/22/2017 | 125 | TRANSCRIPT of Status Conference held on November 16. 2017 before Judge Jackson. Pages: 1-79. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 11/22/2017) |
| 12/08/2017 | 126 | SECOND AMENDED CLASS COMPLAINT With Individual Claims and Demand for Jury Trial against All Defendants Attorney David P. Hersh added to party Lorencio Atchley(pty:pla), Attorney David P. Hersh added to party Patricia Atchley(pty:pla), Attorney David P. Hersh added to party Judy Barstad (pty:pla), Attorney David P. Hersh added to party Carol Flathers(pty:pla), Attorney David P. Hersh added to party Rose Francis(pty:pla), Attorney David P. Hersh added to party Deanne Lopez(pty:pla), Attorney David P. Hersh added to party Yvonne Strachan(pty:pla), filed by Billy Long, Linda Long, Rose Francis, Deanne Lopez, Donald Easter, Patricia Atchley, Lorencio Atchley, Alan Davis, Joyce Moore, Lonnie Rouser, Yvonne Strachan, Rhonda Sharkey, Theresa Easter, Judy Barstad, Carol Flathers, Leslie Davis.(Hersh, David) Modified on 12/11/2017 to correct document title(agarc, ). (Entered: 12/08/2017) |
| 12/14/2017 | 127 | Proposed Scheduling Order *on Status Conference, Including Amendments to Case Management Order Deadlines* by Consol Defendant Chemguard, |

| | | |
|---|---|---|
| | | Defendant Tyco Fire Products, L.P.. (Ingebretsen, Stephen) (Entered: 12/14/2017) |
| 12/15/2017 | 128 | AMENDED SCHEDULING ORDER: by Judge R. Brooke Jackson on 12/15/17. (jdyne, ) (Entered: 12/15/2017) |
| 12/15/2017 | 129 | NOTICE of Entry of Appearance by Emily L. Van Tuyl on behalf of Chemguard, Tyco Fire Products, L.P.Attorney Emily L. Van Tuyl added to party Chemguard(pty:condft), Attorney Emily L. Van Tuyl added to party Tyco Fire Products, L.P.(pty:dft) (Van Tuyl, Emily) (Entered: 12/15/2017) |
| 12/15/2017 | 130 | NOTICE of Entry of Appearance *of Counsel* by Joseph W. Norris on behalf of Widefield W&S DistrictAttorney Joseph W. Norris added to party Widefield W&S District(pty:misc) (Norris, Joseph) (Entered: 12/15/2017) |
| 12/18/2017 | 131 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 130 Notice of Entry of Appearance filed by attorney Joseph W. Norris.The document was scanned and not converted directly to portable document format (PDF). **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 1.3(f) of the Electronic Case Filing Procedures (Civil cases). (Text Only Entry) (dkals, ) (Entered: 12/18/2017) |
| 12/29/2017 | 132 | DESIGNATION OF NON-PARTY *Non-Parties At Fault* by Defendant 3M Company, The. (Perkins, Heather) (Entered: 12/29/2017) |
| 12/29/2017 | 133 | DESIGNATION OF NON-PARTY *Certain Defendants' Designation of Non-Parties Pursuant to Colo. Rev. Stat. 13-21-111.5* by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Ingebretsen, Stephen) (Entered: 12/29/2017) |
| 12/29/2017 | 134 | DESIGNATION OF NON-PARTY *Non-Parties at Fault* by Consol Defendant Buckeye Fire Protection Co.. (Rodgers, Jesse) (Entered: 12/29/2017) |
| 12/29/2017 | 135 | MOTION for Extension of Time to *Extend the Deadline to Designate NonParties Pursuant to Colo. Rev. Stat. 13-21-111.5* by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Attachments: # 1 Proposed Order (PDF Only))(Ingebretsen, Stephen) (Entered: 12/29/2017) |
| 01/03/2018 | 136 | ORDER granting 135 MOTION for Extension of Time to Extend the Deadline to Designate NonParties Pursuant to Colo. Rev. Stat. 13-21-111.5. By Judge R. Brooke Jackson on 1/3/18. Text Only Entry (rbjsec.) (Entered: 01/03/2018) |
| 01/09/2018 | 137 | SUMMONS REQUEST as to Kidde Fire Fighting Inc; UTC Fire & Security Americas Corporation Inc; Williams Holdings Inc; Kidde-Fenwal Inc; Kidde PLC Inc re 126 Amended Complaint,,, by Plaintiffs Lorencio Atchley, Patricia Atchley, Judy Barstad, Carol Flathers, Rose Francis, Deanne Lopez, Yvonne Strachan, Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons)(Hersh, David) (Entered: 01/09/2018) |
| 01/11/2018 | 138 | SUMMONS REQUEST as to Enterra Corporation by Plaintiffs Lorencio Atchley, Patricia Atchley, Carol Flathers, Rose Francis, Deanne Lopez, |

| | | |
|---|---|---|
| | | Yvonne Strachan, Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Hersh, David) (Entered: 01/11/2018) |
| 01/17/2018 | 139 | NOTICE of Entry of Appearance by Aamer Ravji on behalf of 3M Company, TheAttorney Aamer Ravji added to party 3M Company, The(pty:dft) (Ravji, Aamer) (Entered: 01/17/2018) |
| 01/25/2018 | 140 | Unopposed MOTION for Extension of Time to *Join Nonparties Designated Pursuant to Colo. Rev. Stat. S 13-21-111.5* by Plaintiffs Lorencio Atchley, Patricia Atchley, Judy Barstad, Carol Flathers, Rose Francis, Deanne Lopez, Yvonne Strachan. (Attachments: # 1 Proposed Order (PDF Only))(Hersh, David) (Entered: 01/25/2018) |
| 01/26/2018 | 141 | MOTION to Certify Class by Plaintiffs Lorencio Atchley, Patricia Atchley, Judy Barstad, Carol Flathers, Rose Francis, Deanne Lopez, Yvonne Strachan. (Caro, Louise) (Entered: 01/26/2018) |
| 01/26/2018 | 142 | BRIEF in Support of 141 MOTION to Certify Class filed by Plaintiffs Lorencio Atchley, Patricia Atchley, Judy Barstad, Carol Flathers, Rose Francis, Deanne Lopez, Yvonne Strachan. (Attachments: # 1 Exhibit EX. 1 SWAPE Supplemental Report 1.24.18, # 2 Exhibit EX. 2 AFB 2017 Action Memo Removal Action, # 3 Exhibit EX. 3 SWAPE Revised Preliminary Report, # 4 Exhibit EX. 4 William James Report 1.26.18, # 5 Exhibit Ex. 5 King First Supplemental Report 1.26.18, # 6 Exhibit EX. 6 Kornberg First Supplemental Report 1.26.18, # 7 Exhibit EX. 7 Ex. 76 to Minnesota v. 3M, # 8 Exhibit EX. 8 2015 - 3M Company Comments on PFOS)(Caro, Louise) (Entered: 01/26/2018) |
| 01/26/2018 | 143 | NOTICE of Entry of Appearance by Daniel Leslie Ring on behalf of 3M Company, TheAttorney Daniel Leslie Ring added to party 3M Company, The (pty:dft) (Ring, Daniel) (Entered: 01/26/2018) |
| 01/29/2018 | 144 | MOTION to Withdraw as Attorney *Peter G. Koclanes* by Defendant National Foam. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Motion for Withdrawal of Appearance of Peter G. Koclanes)(Koclanes, Peter) (Entered: 01/29/2018) |
| 01/29/2018 | 145 | MOTION to Withdraw as Attorney *Ronald M. Eddy* by Defendant National Foam. (Attachments: # 1 Proposed Order (PDF Only) Granting Motion for Withdrawal of Appearance of Ronald M. Eddy)(Koclanes, Peter) (Entered: 01/29/2018) |
| 01/29/2018 | 146 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 145 MOTION to Withdraw as Attorney *Ronald M. Eddy* filed by attorneyRonald M. Eddy.The s/signature did not match the filers name on the account for which the login and password are registered. **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (dkals, ) (Entered: 01/29/2018) |
| 01/30/2018 | 147 | |

| | | |
|---|---|---|
| | | ORDER granting 144 Motion to Withdraw as Attorney. Attorney Peter George Koclanes is withdrawn. By Judge R. Brooke Jackson on 1/30/18. Text Only Entry (rbjsec. ) (Entered: 01/30/2018) |
| 01/30/2018 | 148 | ORDER granting 145 Motion to Withdraw as Attorney. Attorney Ronald M. Eddy is withdrawn. By Judge R. Brooke Jackson on 1/30/18. Text Only Entry (rbjsec. ) (Entered: 01/30/2018) |
| 01/30/2018 | 149 | NOTICE of Entry of Appearance by Kelly A. Hyman on behalf of Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey (Hyman, Kelly) (Entered: 01/30/2018) |
| 01/31/2018 | 150 | MOTION to Withdraw as Attorney by Defendant National Foam. (Bixler, Albert) (Entered: 01/31/2018) |
| 01/31/2018 | 151 | ORDER granting 150 Motion to Withdraw as Attorney. Attorney Albert G. Bixler is withdrawn. By Judge R. Brooke Jackson on 1/31/18. Text Only Entry (rbjsec. ) (Entered: 01/31/2018) |
| 02/02/2018 | 152 | ANSWER to 126 Amended Complaint,,, by Buckeye Fire Protection Co.. (Carpenter, Michael) (Entered: 02/02/2018) |
| 02/02/2018 | 153 | ANSWER to 126 Amended Complaint,,, by Chemguard, Tyco Fire Products, L.P..(Ingebretsen, Stephen) (Entered: 02/02/2018) |
| 02/02/2018 | 154 | MOTION to Dismiss *Medical Monitoring Claims* by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Ingebretsen, Stephen) (Entered: 02/02/2018) |
| 02/02/2018 | 155 | MOTION for Order to *Certify Question to Colorado Supreme Court* by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Ingebretsen, Stephen) (Entered: 02/02/2018) |
| 02/02/2018 | 156 | MOTION to Amend/Correct/Modify *the Case Caption* by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Attachments: # 1 Proposed Order (PDF Only))(Osterman, Lewis) (Entered: 02/02/2018) |
| 02/02/2018 | 157 | MOTION to Dismiss *Plaintiffs' Medical Monitoring and Conspiracy Claims and Related Theories* by Defendant 3M Company, The. (Attachments: # 1 Exhibit 1, # 2 Proposed Order (PDF Only))(Perkins, Heather) (Entered: 02/02/2018) |
| 02/02/2018 | 158 | *Defendant 3M Company's* ANSWER to 126 Amended Complaint,,, by 3M Company, The.(Perkins, Heather) (Entered: 02/02/2018) |
| 02/02/2018 | 159 | MOTION for Joinder re 154 MOTION to Dismiss *Medical Monitoring Claims*, 157 MOTION to Dismiss *Plaintiffs' Medical Monitoring and Conspiracy Claims and Related Theories* by Consol Defendant Buckeye Fire Protection Co.. (Rodgers, Jesse) (Entered: 02/02/2018) |
| 02/02/2018 | 160 | MOTION to Dismiss for Failure to State a Claim by Consol Defendant National Foam. (Smith, Keith) (Entered: 02/02/2018) |

| | | |
|---|---|---|
| 02/02/2018 | 161 | ANSWER to 126 Amended Complaint,,, by National Foam.(Smith, Keith) (Entered: 02/02/2018) |
| 02/06/2018 | 162 | NOTICE of Entry of Appearance *of Jennifer M. Little* by Jennifer Marie Little on behalf of National FoamAttorney Jennifer Marie Little added to party National Foam(pty:dft) (Little, Jennifer) (Entered: 02/06/2018) |
| 02/06/2018 | 163 | NOTICE of Entry of Appearance by Jillian Cheryl Kirn on behalf of National FoamAttorney Jillian Cheryl Kirn added to party National Foam(pty:dft) (Kirn, Jillian) (Entered: 02/06/2018) |
| 02/06/2018 | 164 | NOTICE of Entry of Appearance by Candace Taylor Headen on behalf of National FoamAttorney Candace Taylor Headen added to party National Foam (pty:dft) (Headen, Candace) (Entered: 02/06/2018) |
| 02/09/2018 | 165 | ORDER granting 140 Unopposed MOTION for Extension of Time to Join Nonparties Designated Pursuant to Colo. Rev. Stat. S 13-21-111.5. By Judge R. Brooke Jackson on 2/9/18. Text Only Entry (rbjsec. ) (Entered: 02/09/2018) |
| 02/19/2018 | 166 | Unopposed MOTION for Extension of Time to *Serve Newly Named Defendants in Plaintiffs' Second Amended Complaint* by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Attachments: # 1 Proposed Order (PDF Only))(Hersh, David) (Entered: 02/19/2018) |
| 02/22/2018 | 167 | ORDER granting 156 MOTION to Amend/Correct/Modify the Case Caption. By Judge R. Brooke Jackson on 2/22/18. Text Only Entry (rbjsec. ) (Entered: 02/22/2018) |
| 02/22/2018 | 168 | ORDER granting 166 Unopposed MOTION for Extension of Time to Serve Newly Named Defendants in Plaintiffs' Second Amended Complaint. By Judge R. Brooke Jackson on 2/22/18. Text Only Entry (rbjsec.) (Entered: 02/22/2018) |
| 02/22/2018 | 169 | RESPONSE to 155 MOTION for Order to *Certify Question to Colorado Supreme Court* filed by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Hersh, David) (Entered: 02/22/2018) |
| 02/23/2018 | 170 | SUMMONS REQUEST as to Kidde Fire Fighting Inc; UTC Fire & Security Americas Corporation Inc; Williams Holdings Inc; Kidde-Fenwal Inc; Kidde PLC Inc; Enterra Corporation by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons)(Hersh, David) (Entered: 02/23/2018) |
| 02/23/2018 | 171 | RESPONSE to 155 MOTION for Order to *Certify Question to Colorado Supreme Court* filed by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin. (Hannon, Kevin) (Entered: 02/23/2018) |
| 02/26/2018 | 172 | SUMMONSES issued by Clerk. (dkals, ) (Entered: 02/26/2018) |
| 02/26/2018 | 173 | SUMMONS REQUEST as to Williams Holding, Inc. by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, |

| | | |
|---|---|---|
| | | Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Hersh, David) (Entered: 02/26/2018) |
| 02/27/2018 | 174 | MOTION for Extension of Time to File Response/Reply as to 160 MOTION to Dismiss for Failure to State a Claim , 154 MOTION to Dismiss *Medical Monitoring Claims*, 157 MOTION to Dismiss *Plaintiffs' Medical Monitoring and Conspiracy Claims and Related Theories*, 159 MOTION for Joinder re 154 MOTION to Dismiss *Medical Monitoring Claims*, 157 MOTION to Dismiss *Plaintiffs' Medical Monitoring and Conspiracy Claims and Related Theories* Attorney Louise Rita Caro added to party Lorencio Atchley(pty:pla), Attorney Louise Rita Caro added to party Patricia Atchley(pty:pla), Attorney Louise Rita Caro added to party Janet Bahner(pty:pla), Attorney Louise Rita Caro added to party Judy Barstad(pty:pla), Attorney Louise Rita Caro added to party David Bell(pty:pla), Attorney Louise Rita Caro added to party Marnello Boddie(pty:pla), Attorney Louise Rita Caro added to party Carol Flathers (pty:pla), Attorney Louise Rita Caro added to party Rose Francis(pty:pla), Attorney Louise Rita Caro added to party Pennie Gale(pty:pla), Attorney Louise Rita Caro added to party Walter Gale(pty:pla), Attorney Louise Rita Caro added to party Deanne Lopez(pty:pla), Attorney Louise Rita Caro added to party Mary Niemetz(pty:pla), Attorney Louise Rita Caro added to party Yvonne Strachan(pty:pla), Attorney Louise Rita Caro added to party Donald Taylor(pty:pla) by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marnello Boddie, Carol Flathers, Rose Francis, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Donald Taylor. (Attachments: # 1 Proposed Order (PDF Only))(Caro, Louise) (Entered: 02/27/2018) |
| 02/28/2018 | 175 | ORDER granting 174 Motion for Extension of Time to File Response/Reply as to 160 MOTION to Dismiss for Failure to State a Claim, 154 MOTION to Dismiss Medical Monitoring Claims, 157 MOTION to Dismiss Plaintiffs' Medical Monitoring and Conspiracy Claims and Related Theories, 159 MOTION for Joinder re 154 MOTION to Dismiss Medical Monitoring Claims. The response is now due March 14, 2018. Defendants reply shall be due by March 26, 2018. By Judge R. Brooke Jackson on 2/28/18. Text Only Entry (rbjsec. ) (Entered: 02/28/2018) |
| 02/28/2018 | 176 | SUMMONS issued by Clerk. (cthom, ) (Entered: 02/28/2018) |
| 03/12/2018 | 177 | Proposed Scheduling Order by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Weinraub, David) (Entered: 03/12/2018) |
| 03/13/2018 | 178 | CASE MANAGEMENT ORDER: by Judge R. Brooke Jackson on 3/13/18. (jdyne, ) (Entered: 03/13/2018) |
| 03/13/2018 | 179 | MINUTE ORDER: The Hearing set April 19, 2018 is vacated. The Court requests that counsel jointly contact Chambers at Jackson_chambers@cod.uscourts.gov within 12 days to reschedule. By Judge R. Brooke Jackson on 3/13/18. Text Only Entry (rbjsec. ) (Entered: 03/13/2018) |
| 03/14/2018 | 180 | |

| | | |
|---|---|---|
| | | RESPONSE to 157 MOTION to Dismiss *Plaintiffs' Medical Monitoring and Conspiracy Claims and Related Theories* filed by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin. (Hannon, Kevin) (Entered: 03/14/2018) |
| 03/14/2018 | 181 | RESPONSE to 154 MOTION to Dismiss *Medical Monitoring Claims* filed by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin. (Hannon, Kevin) (Entered: 03/14/2018) |
| 03/14/2018 | 182 | RESPONSE to 154 MOTION to Dismiss *Medical Monitoring Claims* filed by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Caro, Louise) (Entered: 03/14/2018) |
| 03/14/2018 | 183 | STRICKEN - RESPONSE to 157 MOTION to Dismiss *Plaintiffs' Medical Monitoring and Conspiracy Claims and Related Theories* filed by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Caro, Louise) Modified on 3/16/2018 to correct text (dkals, ). Modified on 3/19/2018 to strike pursuant to 186 Order (dkals, ). (Entered: 03/14/2018) |
| 03/14/2018 | 184 | RESPONSE to 157 MOTION to Dismiss *Plaintiffs' Medical Monitoring and Conspiracy Claims and Related Theories AMENDED* filed by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Caro, Louise) (Entered: 03/14/2018) |
| 03/14/2018 | 185 | MOTION to Withdraw Document re 183 Reply to Response to Motion,, by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marnello Boddie, Carol Flathers, Rose Francis, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Donald Taylor, Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order)(Caro, Louise) (Entered: 03/14/2018) |
| 03/16/2018 | 186 | ORDER granting 185 MOTION to Withdraw Document re 183 Response to Motion. The Court will direct the Clerk's office to strike Document No. 183. By Judge R. Brooke Jackson on 3/16/18. Text Only Entry (rbjsec. ) (Entered: 03/16/2018) |
| 03/16/2018 | 187 | SUMMONS Returned Executed by Linda Long, Donald Easter, Alan Davis, Joyce Moore, Lonnie Rouser, Rhonda Sharkey, Theresa Easter, Leslie Davis. Kidde Fire Fighting, Inc. served on 3/5/2018, answer due 3/26/2018. (Hersh, David) (Entered: 03/16/2018) |
| 03/16/2018 | 188 | SUMMONS Returned Executed by Linda Long, Donald Easter, Alan Davis, Joyce Moore, Lonnie Rouser, Rhonda Sharkey, Theresa Easter, Leslie Davis. |

| | | |
|---|---|---|
| | | UTC Fire & Security Americas Corporation, Inc. served on 3/5/2018, answer due 3/26/2018. (Hersh, David) (Entered: 03/16/2018) |
| 03/19/2018 | 189 | SUMMONS Returned Executed by Linda Long, Donald Easter, Alan Davis, Joyce Moore, Lonnie Rouser, Rhonda Sharkey, Theresa Easter, Leslie Davis. Enterra Corporation served on 3/5/2018, answer due 3/26/2018. (Hersh, David) (Entered: 03/19/2018) |
| 03/19/2018 | 190 | SUMMONS Returned Executed by Billy Long, Linda Long, Donald Easter, Alan Davis, Joyce Moore, Lonnie Rouser, Rhonda Sharkey, Theresa Easter, Leslie Davis. Kidde-Fenwal, Inc. served on 3/5/2018, answer due 3/26/2018. (Hersh, David) (Entered: 03/19/2018) |
| 03/19/2018 | 191 | SUMMONS Returned Executed by Linda Long, Donald Easter, Alan Davis, Joyce Moore, Lonnie Rouser, Rhonda Sharkey, Theresa Easter, Leslie Davis. Kidde PLC, Inc. served on 3/5/2018, answer due 3/26/2018. (Hersh, David) (Entered: 03/19/2018) |
| 03/21/2018 | 192 | Joint MOTION to Withdraw as Attorney by Defendant 3M Company, The. (Attachments: # 1 Proposed Order (PDF Only) Granting Motion to Withdraw Counsel)(Gase, Stephanie) (Entered: 03/21/2018) |
| 03/22/2018 | 193 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 126 Amended Complaint,,, by miscellaneous Weatherford International, LLC. (Flink, Marc) (Entered: 03/22/2018) |
| 03/23/2018 | 194 | ORDER granting 192 Motion to Withdraw as Attorney. Attorney Maxwell D. Herman; Beth A. Landes; Aamer Ravji; William A. Brewer, III and Stephanie L. Gase are withdrawn. By Judge R. Brooke Jackson on 3/23/18. Text Only Entry (rbjsec.) (Entered: 03/23/2018) |
| 03/23/2018 | 195 | ORDER granting 193 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 126 Amended Complaint. Weatherford International, LLC answer or response is due 4/16/2018. By Judge R. Brooke Jackson on 3/23/18. Text Only Entry (rbjsec.) (Entered: 03/23/2018) |
| 03/26/2018 | 196 | NOTICE of Entry of Appearance by Jonathan Isaac Handler on behalf of Kidde PLC, Inc., Kidde-Fenwal, Inc., UTC Fire & Security Americas Corporation, Inc.Attorney Jonathan Isaac Handler added to party Kidde PLC, Inc.(pty:dft), Attorney Jonathan Isaac Handler added to party Kidde-Fenwal, Inc.(pty:dft), Attorney Jonathan Isaac Handler added to party UTC Fire & Security Americas Corporation, Inc.(pty:dft) (Handler, Jonathan) (Entered: 03/26/2018) |
| 03/26/2018 | 197 | MOTION for Extension of Time to File Answer or Otherwise Respond re 126 Amended Complaint,,, by Defendants Kidde PLC, Inc., Kidde-Fenwal, Inc., UTC Fire & Security Americas Corporation, Inc.. (Handler, Jonathan) (Entered: 03/26/2018) |
| 03/26/2018 | 198 | BRIEF in Support of 157 MOTION to Dismiss *Plaintiffs' Medical Monitoring and Conspiracy Claims and Related Theories* filed by Defendant 3M Company, The. (Perkins, Heather) (Entered: 03/26/2018) |
| 03/26/2018 | 199 | |

| | | |
|---|---|---|
| | | REPLY to Response to 157 MOTION to Dismiss *Plaintiffs' Medical Monitoring and Conspiracy Claims and Related Theories* filed by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Ingebretsen, Stephen) (Entered: 03/26/2018) |
| 03/26/2018 | 200 | MOTION to Strike 180 Response to Motion *to Dismiss Medical Monitoring Claims* by Defendant 3M Company, The. (Attachments: # 1 Proposed Order (PDF Only))(Perkins, Heather) (Entered: 03/26/2018) |
| 03/26/2018 | 201 | REPLY to Response to 157 MOTION to Dismiss *Plaintiffs' Medical Monitoring and Conspiracy Claims and Related Theories* filed by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Ingebretsen, Stephen) (Entered: 03/26/2018) |
| 03/26/2018 | 202 | MOTION to Strike 171 Response to Motion, 181 Response to Motion *to Dismiss Medical Monitoring Claims and Opposition of "Individual Plaintiffs" to Motion to Certify Question to Colorado Supreme Court* by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Attachments: # 1 Proposed Order (PDF Only))(Ingebretsen, Stephen) (Entered: 03/26/2018) |
| 03/27/2018 | 203 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 202 MOTION to Strike, 201 Reply to Response to Motion filed by attorneyDouglas E. Fleming, III.The s/signature did not match the filers name on the account for which the login and password are registered. **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (dkals, ) (Entered: 03/27/2018) |
| 03/27/2018 | 204 | ORDER granting 197 Unopposed Motion for Extension of Time to Answer or Otherwise Respond. Kidde PLC, Inc., Kidde-Fenwal, Inc., and UTC Fire & Security Americas Corporation, Inc.'s answers are due by 4/17/2018. By Judge R. Brooke Jackson on 3/27/18. Text Only Entry (rbjsec. ) (Entered: 03/27/2018) |
| 03/27/2018 | 205 | JOINDER re 199 Reply to Response to Motion by Defendant National Foam. (Headen, Candace) (Entered: 03/27/2018) |
| 03/28/2018 | 206 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 205 Joinder filed by attorneyKeith Edward Smith.The s/signature did not match the filers name on the account for which the login and password are registered. **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (dkals, ) (Entered: 03/28/2018) |
| 03/28/2018 | 207 | MOTION for Judgment on the Pleadings *Against Certain "Dropped Plaintiffs" and/or To Deem Certain Plaintiffs to Have Been Dismissed From This Action* by Defendant Buckeye Fire Equipment Co., Consol Defendant Buckeye Fire Protection Co.. (Attachments: # 1 Exhibit Exhibit 1 Re Motion for Judgment on the Pleadings, # 2 Exhibit Exhibit 2 Re Motion for Judgment on the Pleadings)(Hellbusch, Ronald) (Entered: 03/28/2018) |

| | | |
|---|---|---|
| 03/28/2018 | 208 | NOTICE of Entry of Appearance by Jae Hong Lee on behalf of Chemguard, Tyco Fire Products, L.P.Attorney Jae Hong Lee added to party Chemguard (pty:condft), Attorney Jae Hong Lee added to party Tyco Fire Products, L.P. (pty:dft) (Lee, Jae) (Entered: 03/28/2018) |
| 03/29/2018 | 209 | SUMMONS Returned Executed by Billy Long, Linda Long, Donald Easter, Alan Davis, Joyce Moore, Lonnie Rouser, Rhonda Sharkey, Theresa Easter, Leslie Davis. Williams Holdings, Inc. served on 3/5/2018, answer due 3/26/2018. (Hersh, David) (Entered: 03/29/2018) |
| 04/04/2018 | 210 | NOTICE of Voluntary Dismissal of Party *Enterra Corporation (including Weatherford International, LLC)* by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey (Hersh, David) (Entered: 04/04/2018) |
| 04/11/2018 | 211 | Unopposed MOTION for Extension of Time to *Produce Certain Documents* by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Ingebretsen, Stephen) (Entered: 04/11/2018) |
| 04/12/2018 | 212 | Unopposed MOTION for Extension of Time to File Response/Reply as to 207 MOTION for Judgment on the Pleadings *Against Certain "Dropped Plaintiffs" and/or To Deem Certain Plaintiffs to Have Been Dismissed From This Action*, 202 MOTION to Strike 171 Response to Motion, 181 Response to Motion *to Dismiss Medical Monitoring Claims and Opposition of "Individual Plaintiffs" to Motion to Certify Question to Colorado Supreme Court*, 200 MOTION to Strike 180 Response to Motion *to Dismiss Medical Monitoring Claims* by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin. (Attachments: # 1 Proposed Order (PDF Only))(Hannon, Kevin) (Entered: 04/12/2018) |
| 04/13/2018 | 213 | ORDER granting 211 Unopposed MOTION for Extension of Time to Produce Certain Documents. By Judge R. Brooke Jackson on 4/13/18. Text Only Entry (rbjsec. ) (Entered: 04/13/2018) |
| 04/13/2018 | 214 | ORDER granting 212 Unopposed MOTION for Extension of Time to File Response/Reply as to 207 MOTION for Judgment on the Pleadings Against Certain "Dropped Plaintiffs" and/or To Deem Certain Plaintiffs to Have Been Dismissed From This Action, 202 MOTION to Strike 171 Response to Motion, 181 Response to Motion to Dismiss Medical Monitoring Claims and Opposition of "Individual Plaintiffs" to Motion to Certify Question to Colorado Supreme Court, 200 MOTION to Strike 180 Response to Motion to Dismiss Medical Monitoring Claims. The responses are now due by April 23, 2018. By Judge R. Brooke Jackson on 4/13/18. Text Only Entry (rbjsec) (Entered: 04/13/2018) |
| 04/13/2018 | 215 | Unopposed MOTION for Extension of Time to *Produce Documents and Accompanying Privilege Logs* by Defendant 3M Company, The. (Attachments: # 1 Proposed Order (PDF Only))(Perkins, Heather) (Entered: 04/13/2018) |
| 04/16/2018 | 216 | ORDER granting 215 Unopposed MOTION for Extension of Time to Produce Documents and Accompanying Privilege Logs. By Judge R. Brooke Jackson on 4/16/18. (rbjsec,.) (Entered: 04/16/2018) |
| 04/16/2018 | 217 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to *to Respond to Defendants Motion for Judgment on the Pleadings Against Certain "Dropped Plaintiffs" and/or to Deem Certain Plaintiffs to have been Dismissed from this Action* by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Attachments: # 1 Proposed Order (PDF Only))(Hersh, David) (Entered: 04/16/2018) |
| 04/16/2018 | 218 | MOTION for Extension of Time to *Produce Documents* by Defendant National Foam, Inc.. (Attachments: # 1 Proposed Order (PDF Only))(Smith, Keith) (Entered: 04/16/2018) |
| 04/17/2018 | 219 | MOTION for Joinder re 154 MOTION to Dismiss *Medical Monitoring Claims*, 199 Reply to Response to Motion by Defendants Kidde PLC, Inc., Kidde-Fenwal, Inc., UTC Fire & Security Americas Corporation, Inc.. (Handler, Jonathan) (Entered: 04/17/2018) |
| 04/18/2018 | 220 | ORDER granting 217 Unopposed MOTION for Extension of Time to Respond to Defendants Motion for Judgment on the Pleadings Against Certain "Dropped Plaintiffs" and/or to Deem Certain Plaintiffs to have been Dismissed from this Action. By Judge R. Brooke Jackson on 4/18/18. Text Only Entry (rbjsec.) (Entered: 04/18/2018) |
| 04/19/2018 | 221 | ORDER granting 218 Unopposed MOTION for Extension of Time to Produce Documents by Defendant National Foam. By Judge R. Brooke Jackson on 4/19/18. Text Only Entry (rbjsec. ) (Entered: 04/19/2018) |
| 04/20/2018 | 222 | MINUTE ORDER re: 141 MOTION to Certify Class. Pending in the consolidate Bell, et al. cases at ECF No. 141 is a motion to certify a class. No response has been filed. Now, some of the same plaintiffs' lawyers have filed Adams, 18cv705, drawn to Magistrate Judge Tafoya, joining dozens of individuals, seemingly making similar claims against the same or similar group of companies. The Court would appreciate a status report from lead counsel on both sides providing their understanding of the different approaches plaintiffs seem to be taking in these cases. By Judge R. Brooke Jackson on 4/20/18. Text Only Entry (rbjsec. ) (Entered: 04/20/2018) |
| 04/20/2018 | 223 | NOTICE of Entry of Appearance by Lisa Rey Marks on behalf of Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis TaylorAttorney Lisa Rey Marks added to party Lorencio Atchley(pty:pla), Attorney Lisa Rey Marks added to party Patricia Atchley(pty:pla), Attorney Lisa Rey Marks added to party Janet Bahner(pty:pla), Attorney Lisa Rey Marks added to party Judy Barstad(pty:pla), Attorney Lisa Rey Marks added to party David Bell(pty:pla), Attorney Lisa Rey Marks added to party Marilyn Bennett(pty:pla), Attorney Lisa Rey Marks added to party Marnello Boddie(pty:pla), Attorney Lisa Rey Marks added to party Carol Flathers(pty:pla), Attorney Lisa Rey Marks added to party Pennie Gale(pty:pla), Attorney Lisa Rey Marks added to party Walter Gale(pty:pla), Attorney Lisa Rey Marks added to party Deanne Lopez(pty:pla), Attorney Lisa Rey Marks added to party Mary Niemetz(pty:pla), Attorney Lisa |

| | | |
|---|---|---|
| | | Rey Marks added to party Yvonne Strachan(pty:pla), Attorney Lisa Rey Marks added to party Phyllis Taylor(pty:pla) (Marks, Lisa) (Entered: 04/20/2018) |
| 04/23/2018 | 224 | STATUS REPORT *in Response to April 20, 2018, Minute Order* by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Hersh, David) (Entered: 04/23/2018) |
| 04/23/2018 | 225 | RESPONSE to 200 MOTION to Strike 180 Response to Motion *to Dismiss Medical Monitoring Claims* filed by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C)(Hannon, Kevin) (Entered: 04/23/2018) |
| 04/23/2018 | 226 | RESPONSE to 202 MOTION to Strike 171 Response to Motion, 181 Response to Motion *to Dismiss Medical Monitoring Claims and Opposition of "Individual Plaintiffs" to Motion to Certify Question to Colorado Supreme Court* filed by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin. (Attachments: # 1 Appendix A, # 2 Appendix B)(Hannon, Kevin) (Entered: 04/23/2018) |
| 04/23/2018 | 227 | RESPONSE to 207 MOTION for Judgment on the Pleadings *Against Certain "Dropped Plaintiffs" and/or To Deem Certain Plaintiffs to Have Been Dismissed From This Action* filed by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin. (Hannon, Kevin) (Entered: 04/23/2018) |
| 04/23/2018 | 228 | SUPPLEMENT/AMENDMENT to 227 Response to Motion, *Corrected Certificate of Service* by Plaintiffs Jose Acevedo, Gregory Bell, Denise Durbin. (Hannon, Kevin) (Entered: 04/23/2018) |
| 04/24/2018 | 229 | NOTICE of Entry of Appearance by John W. Cerreta on behalf of Kidde PLC, Inc., Kidde-Fenwal, Inc., UTC Fire & Security Americas Corporation, Inc.Attorney John W. Cerreta added to party Kidde PLC, Inc.(pty:dft), Attorney John W. Cerreta added to party Kidde-Fenwal, Inc.(pty:dft), Attorney John W. Cerreta added to party UTC Fire & Security Americas Corporation, Inc.(pty:dft) (Cerreta, John) (Entered: 04/24/2018) |
| 04/25/2018 | 230 | MOTION for Extension of Time to File Response/Reply as to 207 MOTION for Judgment on the Pleadings *Against Certain "Dropped Plaintiffs" and/or To Deem Certain Plaintiffs to Have Been Dismissed From This Action* by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Attachments: # 1 Exhibit, # 2 Proposed Order (PDF Only))(Marks, Lisa) (Entered: 04/25/2018) |
| 04/26/2018 | 231 | ORDER granting 230 Second Unopposed Motion for Extension of Time to File Response/Reply as to 207 MOTION for Judgment on the Pleadings Against Certain "Dropped Plaintiffs" and/or To Deem Certain Plaintiffs to Have Been Dismissed From This Action. The response is now due by May 2, 2018. By Judge R. Brooke Jackson on 4/26/18. Text Only Entry (rbjsec. ) (Entered: 04/26/2018) |
| 04/26/2018 | 232 | |

| | | |
|---|---|---|
| | | STATUS REPORT *in Response to April 20, 2018 Minute Order* by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Ingebretsen, Stephen) (Entered: 04/26/2018) |
| 05/01/2018 | 233 | RESPONSE to 219 MOTION for Joinder re 154 MOTION to Dismiss *Medical Monitoring Claims*, 199 Reply to Response to Motion Attorney David P. Hersh added to party Lorencio Atchley(pty:pla), Attorney David P. Hersh added to party Patricia Atchley(pty:pla), Attorney David P. Hersh added to party Janet Bahner(pty:pla), Attorney David P. Hersh added to party Judy Barstad(pty:pla), Attorney David P. Hersh added to party David Bell(pty:pla), Attorney David P. Hersh added to party Marilyn Bennett(pty:pla), Attorney David P. Hersh added to party Marnello Boddie(pty:pla), Attorney David P. Hersh added to party Carol Flathers(pty:pla), Attorney David P. Hersh added to party Pennie Gale (pty:pla), Attorney David P. Hersh added to party Walter Gale(pty:pla), Attorney David P. Hersh added to party Deanne Lopez(pty:pla), Attorney David P. Hersh added to party Mary Niemetz(pty:pla), Attorney David P. Hersh added to party Yvonne Strachan(pty:pla), Attorney David P. Hersh added to party Phyllis Taylor(pty:pla) filed by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Hersh, David) (Entered: 05/01/2018) |
| 05/02/2018 | 234 | RESPONSE to 207 MOTION for Judgment on the Pleadings *Against Certain "Dropped Plaintiffs" and/or To Deem Certain Plaintiffs to Have Been Dismissed From This Action* filed by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hersh, David) (Entered: 05/02/2018) |
| 05/04/2018 | 235 | Second MOTION for Extension of Time to *Produce Documents* by Defendant National Foam. (Headen, Candace) (Entered: 05/04/2018) |
| 05/07/2018 | 236 | REPLY to Response to 207 MOTION for Judgment on the Pleadings *Against Certain "Dropped Plaintiffs" and/or To Deem Certain Plaintiffs to Have Been Dismissed From This Action* filed by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Ingebretsen, Stephen) (Entered: 05/07/2018) |
| 05/07/2018 | 237 | REPLY to Response to 200 MOTION to Strike 180 Response to Motion *to Dismiss Medical Monitoring Claims* filed by Defendant 3M Company, The. (Perkins, Heather) (Entered: 05/07/2018) |
| 05/07/2018 | 238 | REPLY to Response to 154 MOTION to Dismiss *Medical Monitoring Claims*, 155 MOTION for Order to *Certify Question to Colorado Supreme Court* filed by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Attachments: # 1 Exhibit Exhibit A)(Ingebretsen, Stephen) (Entered: 05/07/2018) |
| 05/07/2018 | 239 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 235 Second MOTION for Extension of Time to *Produce Documents* filed by attorneyKeith Edward Smith.The s/signature did |

| | | |
|---|---|---|
| | | not match the filers name on the account for which the login and password are registered. **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (dkals, ) (Entered: 05/07/2018) |
| 05/14/2018 | 240 | MINUTE ORDER : A full-day Hearing on Class Certification is rescheduled for August 2, 2018 at 9:00 a.m. in Courtroom A 902 before Judge R. Brooke Jackson. By Judge R. Brooke Jackson on 5/14/18. Text Only Entry (rbjsec. ) (Entered: 05/14/2018) |
| 05/14/2018 | 241 | RESPONSE to 235 Second MOTION for Extension of Time to *Produce Documents* Attorney Louise Rita Caro added to party Marilyn Bennett(pty:pla), Attorney Louise Rita Caro added to party Phyllis Taylor(pty:pla) filed by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Caro, Louise) (Entered: 05/14/2018) |
| 05/15/2018 | 242 | Joint MOTION to Amend/Correct/Modify 85 Scheduling Order by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Attachments: # 1 Proposed Order (PDF Only) [Proposed] Amended Case Management Order) (Ingebretsen, Stephen) (Entered: 05/15/2018) |
| 05/15/2018 | 243 | ORDER granting in part and denying in part 235 Second MOTION for Extension of Time to Produce Documents. The Court extends the deadline to produce documents to May 31, 2018. No further extensions will be granted. By Judge R. Brooke Jackson on 5/15/18. Text Only Entry (rbjsec. ) (Entered: 05/15/2018) |
| 05/16/2018 | 244 | REPLY to Response to 207 MOTION for Judgment on the Pleadings *Against Certain "Dropped Plaintiffs" and/or To Deem Certain Plaintiffs to Have Been Dismissed From This Action* Attorney Jesse Daniel Rodgers added to party Buckeye Fire Equipment Co.(pty:dft) filed by Defendant Buckeye Fire Equipment Co., Consol Defendant Buckeye Fire Protection Co.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Rodgers, Jesse) (Entered: 05/16/2018) |
| 05/22/2018 | 245 | ORDER granting in part and denying in part 242 Motion to Amend/Correct/Modify. Granted as to dates before the class certification hearing but denied as to the dates after that hearing. This Court needs to have a better understanding as to not only this case (Bell and Davis consolidated cases) but also the 26 other related cases involving more than 4000 individual plaintiffs that some of the same plaintiffs' lawyers have filed in this district recently before it will even consider moving other dates, particularly the TPC and the four weeks we have blocked for your trial. As for footnote 2 to your motion, the Court will extend the page limits on defendants' class action response to 25 pages (top to bottom). The reason for this is twofold: plaintiffs exceeded the normal page limit (filing a total of 21 pages); and the Court requests that defendants include in their response their position as to how the a class action would affect or be affected by the myriad of other individual claims that plaintiffs have chosen to file in the 26 or so related cases. The Court |

| | | |
|---|---|---|
| | | advises the defendants to consider this carefully and not to make a knee-jerk, we oppose class certification no matter what, type response. The Court extends the plaintiff's reply brief to 12 pages (top to bottom) and requests that plaintiffs specifically address why a class action is necessary or desirable given counsel's obvious ability to file multiple non-class action cases involving thousands of individual plaintiffs. It might be a good idea to have a serious meet-and-confer before you file your briefs. Whatever tactics have been employed on either side, the Court requests and expects completely candid briefing of these issues by all parties. by Judge R. Brooke Jackson on 5/22/18. Text Only Entry (rbj) (Entered: 05/22/2018) |
| 05/30/2018 | 246 | NOTICE of Entry of Appearance by Joshua Dietrich Yount on behalf of 3M Company, TheAttorney Joshua Dietrich Yount added to party 3M Company, The(pty:dft) (Yount, Joshua) (Entered: 05/30/2018) |
| 05/30/2018 | 247 | NOTICE of Entry of Appearance by Timothy S. Bishop on behalf of 3M Company, TheAttorney Timothy S. Bishop added to party 3M Company, The (pty:dft) (Bishop, Timothy) (Entered: 05/30/2018) |
| 06/04/2018 | 248 | BRIEF in Opposition to 141 MOTION to Certify Class filed by Defendant 3M Company, The. (Bishop, Timothy) (Entered: 06/04/2018) |
| 06/04/2018 | 249 | DESIGNATION OF NON-PARTY by Defendants Kidde PLC, Inc., Kidde-Fenwal, Inc., UTC Fire & Security Americas Corporation, Inc.. (Handler, Jonathan) (Entered: 06/04/2018) |
| 06/04/2018 | 250 | DECLARATION of *Heather Carson Perkins* regarding Brief in Opposition to Motion 248 by Defendant 3M Company, The. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 3B, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 11, # 10 Exhibit 17, # 11 Exhibit 20, # 12 Exhibit 22, # 13 Exhibit 23, # 14 Exhibit 24, # 15 Exhibit 25, # 16 Exhibit 27, # 17 Exhibit 28, # 18 Exhibit 30, # 19 Exhibit 33, # 20 Exhibit 34, # 21 Exhibit 35, # 22 Exhibit 36)(Bishop, Timothy) (Entered: 06/04/2018) |
| 06/04/2018 | 251 | MOTION to Exclude *the Opinions of Plaintiffs' Expert Stephen King* by Defendant 3M Company, The. (Attachments: # 1 Declaration of Daniel L. Ring, # 2 Exhibit 1, # 3 Exhibit 1-A, # 4 Exhibit 1-B, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4)(Ring, Daniel) (Entered: 06/04/2018) |
| 06/04/2018 | 252 | MOTION to Exclude *the Opinions of Plaintiffs' Expert Kenneth Spaeth* by Defendant 3M Company, The. (Attachments: # 1 Declaration of Daniel L. Ring, # 2 Exhibit 1, # 3 Exhibit 1-A, # 4 Exhibit 1-B, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9)(Ring, Daniel) (Entered: 06/04/2018) |
| 06/04/2018 | 253 | NOTICE *of Filing Documents as Restricted* by Defendant 3M Company, The (Bishop, Timothy) (Entered: 06/04/2018) |
| 06/04/2018 | 254 | RESTRICTED DOCUMENT - Level 1: Declaration by Defendant 3M Company, The.. (Attachments: # 1 Exhibit 3-A, # 2 Exhibit 7-A, # 3 Exhibit 8, # 4 Exhibit 9, # 5 Exhibit 10, # 6 Exhibit 12, # 7 Exhibit 13, # 8 Exhibit 14, # 9 Exhibit 14-A, # 10 Exhibit 15, # 11 Exhibit 16, # 12 Exhibit 18, # 13 Exhibit 19, # 14 Exhibit 21, # 15 Exhibit 21-A, # 16 Exhibit 26, # 17 Exhibit 29, # 18 |

| | | |
|---|---|---|
| | | Exhibit 31, # 19 Exhibit 32)(Bishop, Timothy) Modified on 6/5/2018 to add text (dkals, ). (Entered: 06/04/2018) |
| 06/04/2018 | 255 | MOTION to Exclude *the Opinions of Plaintiffs' Experts Paul Rosenfeld and Matt Hagemann* by Defendant 3M Company, The. (Attachments: # 1 Affidavit Declaration of Christopher H. Dolan, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13)(Perkins, Heather) (Entered: 06/04/2018) |
| 06/04/2018 | 256 | MOTION to Exclude *the Opinions of Plaintiffs' Expert William James* by Defendant 3M Company, The. (Attachments: # 1 Affidavit Declaration of Christopher H. Dolan, # 2 Exhibit 1, # 3 Exhibit 2)(Perkins, Heather) (Entered: 06/04/2018) |
| 06/04/2018 | 257 | MOTION to Exclude *the Opinions of Plaintiffs' Class Certification Expert Witnesses* by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Ingebretsen, Stephen) (Entered: 06/04/2018) |
| 06/04/2018 | 258 | MOTION for Joinder re 252 MOTION to Exclude *the Opinions of Plaintiffs' Expert Kenneth Spaeth*, 255 MOTION to Exclude *the Opinions of Plaintiffs' Experts Paul Rosenfeld and Matt Hagemann*, 256 MOTION to Exclude *the Opinions of Plaintiffs' Expert William James*, 251 MOTION to Exclude *the Opinions of Plaintiffs' Expert Stephen King* by Defendants Kidde PLC, Inc., Kidde-Fenwal, Inc., UTC Fire & Security Americas Corporation, Inc.. (Handler, Jonathan) (Entered: 06/04/2018) |
| 06/04/2018 | 259 | MOTION to Exclude *the Opinions of Plaintiffs Class Certification Expert Witnesses* by Defendant National Foam, Inc.. (Smith, Keith) (Entered: 06/04/2018) |
| 06/05/2018 | 260 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 250 Declaration,, filed by attorneyHeather Carson Perkins.The s/signature did not match the filers name on the account for which the login and password are registered. **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (dkals, ) (Entered: 06/05/2018) |
| 06/05/2018 | 261 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 253 Notice (Other) filed by attorneyHeather Carson Perkins.The s/signature did not match the filers name on the account for which the login and password are registered. **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (dkals, ) (Entered: 06/05/2018) |
| 06/05/2018 | 262 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 254 Restricted Document - Level 1, filed by attorneyHeather Carson Perkins.The s/signature did not match the filers name on the account for which the login and password are registered. **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be |

| | | |
|---|---|---|
| | | filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (dkals, ) (Entered: 06/05/2018) |
| 06/05/2018 | 263 | MOTION to Exclude *Opinions of Plaintiffs' Class Certification Expert Witnesses* by Defendant Buckeye Fire Equipment Co., Consol Defendant Buckeye Fire Protection Co.. (Hellbusch, Ronald) (Entered: 06/05/2018) |
| 06/06/2018 | 264 | MINUTE ORDER re: Motions at ECF Nos. 251, 252, 255, 256, 257, 258, 259, and 263. A Rule 702 Hearing is set for August 2, 2018 at 9:00 a.m. in Courtroom A 902 before Judge R. Brooke Jackson. The parties may present such evidence as they feel they need to supplement their briefs, but they should advise the Court and all other parties whether they intend to present evidence and how much time they will need. The hearing on class certification [ECF No. 141] will follow the Rule 702 hearing, either on August 2 or 3. If that is not enough time, then the class certification hearing will continue on another date to be determined. By Judge R. Brooke Jackson on 6/6/18. Text Only Entry (rbjsec. ) (Entered: 06/06/2018) |
| 06/08/2018 | 265 | NOTICE of Change of Address/Contact Information by Mark S. Cheffo (Cheffo, Mark) (Entered: 06/08/2018) |
| 06/08/2018 | 266 | NOTICE of Change of Address/Contact Information by Douglas E. Fleming, III (Fleming, Douglas) (Entered: 06/08/2018) |
| 06/08/2018 | 267 | NOTICE of Change of Address/Contact Information by David S. Weinraub (Weinraub, David) (Entered: 06/08/2018) |
| 06/08/2018 | 268 | NOTICE of Change of Address/Contact Information by Jae Hong Lee (Lee, Jae) (Entered: 06/08/2018) |
| 06/08/2018 | 269 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 267 Notice of Change of Address/Contact Information, 265 Notice of Change of Address/Contact Information, 268 Notice of Change of Address/Contact Information, 266 Notice of Change of Address/Contact Information filed by attorney Mark S. Cheffo, Douglas E. Fleming, David S. Weinraub and Jae Hong Lee. **DO NOT REFILE THE DOCUMENT. Action to take -** counsel must submit a change of contact request through the **Attorney Services Portal Account** pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (evana, ) (Entered: 06/08/2018) |
| 06/15/2018 | 270 | STIPULATION for Extension of Time by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Attachments: # 1 Proposed Order (PDF Only))(Hersh, David) (Entered: 06/15/2018) |
| 06/15/2018 | 271 | Joint MOTION to Clarify re 245 Order on Motion to Amend/Correct/Modify,,,,,,, by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, |

| | | |
|---|---|---|
| | | Yvonne Strachan, Phyllis Taylor. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order (PDF Only))(Hersh, David) (Entered: 06/15/2018) |
| 06/19/2018 | 272 | MINUTE ORDER re: 270 Stipulation for Extension of Time, filed by Phyllis Taylor, Lorencio Atchley, Judy Barstad, David Bell, Walter Gale, Marilyn Bennett, Yvonne Strachan, Pennie Gale, Mary Niemetz, Janet Bahner, Carol Flathers, Marnello Boddie, Deanne Lopez, Patricia Atchley. The Plaintiffs deadline to file Responses to Defendant The 3M Companys Motions to Exclude the Opinions of Plaintiffs Experts Dr. Stephen King, Dr. Kenneth Spaeth, Dr. Paul Rosenfeld, Mr. Matthew Hagemann, and Mr. William James is extended up to and including July 11, 2018, and the Defendants deadline to file Replies to the same is extended up to and including July 27, 2018. By Judge R. Brooke Jackson on 6/19/18. Text Only Entry (rbjsec. ) (Entered: 06/19/2018) |
| 06/19/2018 | 273 | ORDER granting 271 Joint MOTION to Clarify re 245 Order on Motion to Amend/Correct/Modify. The Court agrees with your paragraph 6. By Judge R. Brooke Jackson on 6/19/18. Text Only Entry (rbjsec. ) (Entered: 06/19/2018) |
| 06/25/2018 | 274 | NOTICE of Change of Address/Contact Information by Emily L. Van Tuyl (Van Tuyl, Emily) (Entered: 06/25/2018) |
| 06/26/2018 | 275 | Unopposed MOTION for Leave to Restrict by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order)(Hersh, David) (Entered: 06/26/2018) |
| 06/27/2018 | 276 | NOTICE of Change of Address/Contact Information by Katherine Anne Armstrong (Armstrong, Katherine) (Entered: 06/27/2018) |
| 06/28/2018 | 277 | MOTION to Withdraw as Attorney *Kellen N. Wittkop* by Defendant 3M Company, The. (Attachments: # 1 Proposed Order (PDF Only) Granting Motion to Withdraw as Counsel)(Wittkop, Kellen) (Entered: 06/28/2018) |
| 06/29/2018 | 278 | ORDER granting 277 Motion to Withdraw as Attorney. Attorney Kellen N. Wittkop is withdrawn. By Judge R. Brooke Jackson on 6/29/18. Text Only Entry (rbjsec ) (Entered: 06/29/2018) |
| 06/29/2018 | 279 | ORDER granting 275 Motion for Leave to Restrict. Please file redacted versions for public view. By Judge R. Brooke Jackson on 6/29/18. Text Only Entry (rbjsec. ) (Entered: 06/29/2018) |
| 06/29/2018 | 280 | NOTICE of Change of Address/Contact Information by Jae Hong Lee (Lee, Jae) (Entered: 06/29/2018) |
| 07/02/2018 | 281 | NOTICE of Entry of Appearance by Matthew Dumont Clark on behalf of 3M Company, TheAttorney Matthew Dumont Clark added to party 3M Company, The(pty:dft) (Clark, Matthew) (Entered: 07/02/2018) |
| 07/02/2018 | 282 | NOTICE of Entry of Appearance by Heather Campbell Burgess on behalf of 3M Company, TheAttorney Heather Campbell Burgess added to party 3M Company, The(pty:dft) (Burgess, Heather) (Entered: 07/02/2018) |

| | | |
|---|---|---|
| 07/02/2018 | 283 | Joint MOTION for Hearing/Conference *Re Telephonic Discovery Conference by Plaintiffs' and Defendant Buckeye Fire Equipment Company* by Defendant Buckeye Fire Equipment Co., Consol Defendant Buckeye Fire Protection Co.. (Hellbusch, Ronald) (Entered: 07/02/2018) |
| 07/03/2018 | 284 | Unopposed MOTION to Supplement 142 Brief in Support of Motion,, 141 MOTION to Certify Class *(Unopposed Motion to Supplement the Class Certification Record with the Expert Reports of Dr. Kenneth R. Spaeth)* by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Attachments: # 1 Exhibit A Dr. Spaeth's April 26, 2018 Report, # 2 Exhibit B Dr. Spaeth's May 2, 2018 Amended Report, # 3 Proposed Order (PDF Only)) (Hersh, David) (Entered: 07/03/2018) |
| 07/06/2018 | 285 | ORDER granting 283 Joint Motion for Hearing/Conference. A Telephonic Discovery Hearing is set for 7/23/2018 at 8:30 AM in Courtroom A 902 before Judge R. Brooke Jackson for 30 minutes. Plaintiffs' counsel to provide dial-in conference call information to both the Court and opposing counsel by email. In addition, the Court directs the parties to meet and confer again before this hearing. With respect to interrogatories, requests for admissions, and requests for production the Court's practices are: 1. The Court does not accept pages of instructions and definitions at the beginning of such discovery papers.2. The Court does not accept general objections followed by incorporation of the general objections in all or most responses followed by "subject to those objections, [plaintiff] {defendant] responds as follows...."3. The Court expects the responding party either to object and not answer or to answer. No parsing words. No artful dodges. The Court will impose sanctions if there is any games playing. The court requests and expects that each question and each response be made in good faith, plain English, common sense, and in the spirit that the Court is liberal in permitting discovery. By Judge R. Brooke Jackson on 7/6/18. Text Only Entry (rbjsec.) (Entered: 07/06/2018) |
| 07/06/2018 | 286 | ORDER granting 284 Unopposed MOTION to Supplement 142 Brief in Support of Motion,, 141 MOTION to Certify Class (Unopposed Motion to Supplement the Class Certification Record with the Expert Reports of Dr. Kenneth R. Spaeth). By Judge R. Brooke Jackson on 7/6/18. Text Only Entry (rbjsec. ) (Entered: 07/06/2018) |
| 07/06/2018 | 287 | SUPPLEMENT/AMENDMENT to 250 Declaration,, *of Heather Perkins* by Defendant 3M Company, The. (Attachments: # 1 Exhibit 2-A)(Perkins, Heather) (Entered: 07/06/2018) |
| 07/11/2018 | 288 | REPLY to Response to 141 MOTION to Certify Class filed by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Attachments: # 1 Exhibit 1 to Plaintiffs' Reply in Support of Motion for Class Certification, # 2 Exhibit 2 to Plaintiffs' Reply in Support of Motion for Class Certification, # 3 Exhibit 3 to Plaintiffs' Reply in Support of Motion for Class Certification, # 4 Exhibit 4 to Plaintiffs' Reply in Support of Motion for Class Certification, # 5 |

| | | |
|---|---|---|
| | | Exhibit 5 to Plaintiffs' Reply in Support of Motion for Class Certification, # 6 Exhibit 6 to Plaintiffs' Reply in Support of Motion for Class Certification) (Hersh, David) (Entered: 07/11/2018) |
| 07/11/2018 | 289 | WITHDRAWN - RESPONSE to 256 MOTION to Exclude *the Opinions of Plaintiffs' Expert William James* filed by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Attachments: # 1 Exhibit 1 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert William James, # 2 Exhibit 2 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert William James, # 3 Exhibit 3 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert William James, # 4 Exhibit 4 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert William James, # 5 Exhibit 5 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert William James)(Hersh, David) Modified on 7/13/2018 to withdraw pursuant to 299 Order (dkals, ). (Entered: 07/11/2018) |
| 07/11/2018 | 290 | RESPONSE to 251 MOTION to Exclude *the Opinions of Plaintiffs' Expert Stephen King* filed by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Attachments: # 1 Exhibit 1 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert Dr. Stephen King, # 2 Exhibit 2 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert Dr. Stephen King, # 3 Exhibit 3 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert Dr. Stephen King, # 4 Exhibit 4 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert Dr. Stephen King)(Hersh, David) (Entered: 07/11/2018) |
| 07/11/2018 | 291 | RESPONSE to 256 MOTION to Exclude *the Opinions of Plaintiffs' Expert William James* filed by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Attachments: # 1 Exhibit 1 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert William James, # 2 Exhibit 2 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert William James, # 3 Exhibit 3 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert William James, # 4 Exhibit 4 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert William James, # 5 Exhibit 5 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert William James)(Hersh, David) (Entered: 07/11/2018) |
| 07/11/2018 | 292 | MOTION to Withdraw Document re 289 Response to Motion,,,, by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, |

| | | |
|---|---|---|
| | | Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Attachments: # 1 Proposed Order (PDF Only))(Hersh, David) (Entered: 07/11/2018) |
| 07/11/2018 | 293 | RESPONSE to 258 MOTION for Joinder re 252 MOTION to Exclude *the Opinions of Plaintiffs' Expert Kenneth Spaeth*, 255 MOTION to Exclude *the Opinions of Plaintiffs' Experts Paul Rosenfeld and Matt Hagemann*, 256 MOTION to Exclude , *255 MOTION to Exclude the Opinions of Plaintiffs' Experts Paul Rosenfeld and Matt Hagemann Attorney Louise Rita Caro added to party Jose Acevedo(pty:pla), Attorney Louise Rita Caro added to party Gregory Bell(pty:pla), Attorney Louise Rita Caro added to party Denise Durbin(pty:pla) filed by Plaintiffs Jose Acevedo, Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Gregory Bell, Marilyn Bennett, Marnello Boddie, Denise Durbin, Carol Flathers, Rose Francis, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Donald Taylor, Phyllis Taylor, Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Affidavit)(Caro, Louise) (Entered: 07/11/2018)* |
| 07/11/2018 | 294 | RESPONSE to 252 MOTION to Exclude *the Opinions of Plaintiffs' Expert Kenneth Spaeth* filed by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Attachments: # 1 Exhibit 1 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert Dr. Kenneth Spaeth, # 2 Exhibit 2 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert Dr. Kenneth Spaeth, # 3 Exhibit 3 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert Dr. Kenneth Spaeth, # 4 Exhibit 4 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert Dr. Kenneth Spaeth, # 5 Exhibit 5 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert Dr. Kenneth Spaeth, # 6 Exhibit 6 to Plaintiffs' Opposition to the 3M Company's Motion to Exclude the Opinions of Plaintiffs' Expert Dr. Kenneth Spaeth)(Hersh, David) (Entered: 07/11/2018) |
| 07/11/2018 | 295 | RESPONSE to 263 MOTION to Exclude *Opinions of Plaintiffs' Class Certification Expert Witnesses* filed by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Hersh, David) (Entered: 07/11/2018) |
| 07/11/2018 | 296 | RESPONSE to 257 MOTION to Exclude *the Opinions of Plaintiffs' Class Certification Expert Witnesses* filed by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Hersh, David) (Entered: 07/11/2018) |

| | | |
|---|---|---|
| 07/11/2018 | 297 | RESPONSE to 258 MOTION for Joinder re 252 MOTION to Exclude *the Opinions of Plaintiffs' Expert Kenneth Spaeth*, 255 MOTION to Exclude *the Opinions of Plaintiffs' Experts Paul Rosenfeld and Matt Hagemann*, 256 MOTION to Exclude *filed by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Hersh, David) (Entered: 07/11/2018)* |
| 07/11/2018 | 298 | RESPONSE to 259 MOTION to Exclude *the Opinions of Plaintiffs Class Certification Expert Witnesses* filed by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Hersh, David) (Entered: 07/11/2018) |
| 07/12/2018 | 299 | ORDER granting 292 Motion to Withdraw Document 289 Response to Motion. ECF No. 289 is withdrawn as a corrected response was filed at ECF No. 291. By Judge R. Brooke Jackson on 7/12/18. Text Only Entry (rbjsec. ) (Entered: 07/12/2018) |
| 07/12/2018 | 300 | NOTICE re 293 Response to Motion,,,,, *PLAINTIFFS NOTICE OF SUPPLEMENTAL FILING TO CORRECT EXHIBIT 14 OF PLAINTIFFS OPPOSITION TO THE 3M COMPANYS MOTION TO EXCLUDE THE OPINIONS OF DR. PAUL ROSENFELD AND MATT HAGEMANN* by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Rose Francis, Pennie Gale, Walter Gale, Deanne Lopez, Yvonne Strachan, Phyllis Taylor (Attachments: # 1 Exhibit Corrected Exhibit 14 to Rosenfeld/Hagemann Opposition)(Caro, Louise) (Entered: 07/12/2018) |
| 07/20/2018 | 301 | NOTICE of Entry of Appearance by Michael David Eric McDivitt on behalf of Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda SharkeyAttorney Michael David Eric McDivitt added to party Alan Davis(pty:conpla), Attorney Michael David Eric McDivitt added to party Leslie Davis(pty:conpla), Attorney Michael David Eric McDivitt added to party Donald Easter(pty:conpla), Attorney Michael David Eric McDivitt added to party Theresa Easter(pty:conpla), Attorney Michael David Eric McDivitt added to party Billy Long(pty:conpla), Attorney Michael David Eric McDivitt added to party Linda Long(pty:conpla), Attorney Michael David Eric McDivitt added to party Joyce Moore (pty:conpla), Attorney Michael David Eric McDivitt added to party Lonnie Rouser(pty:conpla), Attorney Michael David Eric McDivitt added to party Rhonda Sharkey(pty:conpla) (McDivitt, Michael) (Entered: 07/20/2018) |
| 07/23/2018 | 302 | NOTICE of Entry of Appearance by Joseph G Petrosinelli on behalf of Chemguard, Tyco Fire Products, L.P.Attorney Joseph G Petrosinelli added to party Chemguard(pty:condft), Attorney Joseph G Petrosinelli added to party Tyco Fire Products, L.P.(pty:dft) (Petrosinelli, Joseph) (Entered: 07/23/2018) |
| 07/23/2018 | 303 | |

| | | |
|---|---|---|
| | | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Telephone Discovery Hearing held on 7/23/2018. Court Reporter: Terri Lindblom. (jdyne, ) (Entered: 07/23/2018) |
| 07/27/2018 | 304 | NOTICE re 279 Order on Motion for Leave to Restrict *Notice of Filing Redacted Documents* by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor (Attachments: # 1 Exhibit 3A (Redacted), # 2 Exhibit 7A (Redacted), # 3 Exhibit 8 (Redacted), # 4 Exhibit 9 (Redacted), # 5 Exhibit 10 (Redacted), # 6 Exhibit 12 (Redacted), # 7 Exhibit 13 (Redacted), # 8 Exhibit 14 (Redacted), # 9 Exhibit 14A (Redacted), # 10 Exhibit 15 (Redacted), # 11 Exhibit 16 (Redacted), # 12 Exhibit 18 (Redacted), # 13 Exhibit 19 (Redacted), # 14 Exhibit 21 (Redacted), # 15 Exhibit 21A (Redacted), # 16 Exhibit 26 (Redacted), # 17 Exhibit 29 (Redacted), # 18 Exhibit 31 (Redacted), # 19 Exhibit 32 (Redacted))(Kube, Kirsten) (Entered: 07/27/2018) |
| 07/27/2018 | 305 | REPLY to Response to 255 MOTION to Exclude *the Opinions of Plaintiffs' Experts Paul Rosenfeld and Matt Hagemann* filed by Defendant 3M Company, The. (Attachments: # 1 Exhibit Declaration of Heather Carson Perkins in Support of 3Ms Reply to Motion to Exclude the Opinions of Plaintiffs Experts Dr. Paul Rosenfeld and Matt Hagemann, # 2 Exhibit 14 to Declaration of Heather Carson Perkins in Support of 3Ms Reply to Motion to Exclude the Opinions of Plaintiffs Experts Dr. Paul Rosenfeld and Matt Hagemann) (Perkins, Heather) (Entered: 07/27/2018) |
| 07/27/2018 | 306 | REPLY to Response to 252 MOTION to Exclude *the Opinions of Plaintiffs' Expert Kenneth Spaeth* filed by Defendant 3M Company, The. (Perkins, Heather) (Entered: 07/27/2018) |
| 07/27/2018 | 307 | REPLY to Response to 251 MOTION to Exclude *the Opinions of Plaintiffs' Expert Stephen King* filed by Defendant 3M Company, The. (Perkins, Heather) (Entered: 07/27/2018) |
| 07/27/2018 | 308 | REPLY to Response to 252 MOTION to Exclude *the Opinions of Plaintiffs' Expert Kenneth Spaeth* filed by Defendant 3M Company, The. (Perkins, Heather) (Entered: 07/27/2018) |
| 07/27/2018 | 309 | REPLY to Response to 256 MOTION to Exclude *the Opinions of Plaintiffs' Expert William James* filed by Defendant 3M Company, The. (Perkins, Heather) (Entered: 07/27/2018) |
| 07/27/2018 | 310 | NOTICE of Entry of Appearance by Andrew Christopher Efaw on behalf of Chemguard, Tyco Fire Products, L.P.Attorney Andrew Christopher Efaw added to party Chemguard(pty:condft), Attorney Andrew Christopher Efaw added to party Tyco Fire Products, L.P.(pty:dft) (Efaw, Andrew) (Entered: 07/27/2018) |
| 07/27/2018 | 311 | JOINDER re 307 Reply to Response to Motion, 308 Reply to Response to Motion, 305 Reply to Response to Motion,, 309 Reply to Response to Motion |

| | | |
|---|---|---|
| | | by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P.. (Ingebretsen, Stephen) (Entered: 07/27/2018) |
| 07/27/2018 | 312 | MOTION for Joinder re 307 Reply to Response to Motion, 308 Reply to Response to Motion, 305 Reply to Response to Motion,, 309 Reply to Response to Motion by Defendants Kidde PLC, Inc., Kidde-Fenwal, Inc., UTC Fire & Security Americas Corporation, Inc.. (Handler, Jonathan) (Entered: 07/27/2018) |
| 07/27/2018 | 313 | MOTION for Joinder re 307 Reply to Response to Motion, 308 Reply to Response to Motion, 305 Reply to Response to Motion,, 309 Reply to Response to Motion by Defendant National Foam, Inc.. (Smith, Keith) (Entered: 07/27/2018) |
| 07/30/2018 | 314 | NOTICE re 264 Minute Order,, by Consol Defendant Chemguard, Defendant Tyco Fire Products, L.P. (Fleming, Douglas) (Entered: 07/30/2018) |
| 07/30/2018 | 315 | MOTION for Joinder re 307 Reply to Response to Motion, 308 Reply to Response to Motion, 305 Reply to Response to Motion,, 309 Reply to Response to Motion by Defendant Buckeye Fire Equipment Co., Consol Defendant Buckeye Fire Protection Co.. (Rodgers, Jesse) (Entered: 07/30/2018) |
| 07/31/2018 | 316 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Telephone Status Conference held on 7/31/2018. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 07/31/2018) |
| 08/13/2018 | 317 | TRANSCRIPT of Telephone Hearing held on July 31, 2018 before Judge Jackson. Pages: 1-7. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 08/13/2018) |
| 08/17/2018 | 318 | NOTICE of Intent to Request Redaction by Kirsten N. Kube re 317 Transcript,,, (Kube, Kirsten) (Entered: 08/17/2018) |
| 08/20/2018 | 319 | MINUTE ORDER: The Daubert and Class Certification Hearings have been rescheduled for November 30, 2018 at 8:30 a.m. in Courtroom A 902 before Judge R. Brooke Jackson. By Judge R. Brooke Jackson on 8/20/18. Text Only Entry (rbjsec. ) (Entered: 08/20/2018) |
| 08/24/2018 | 320 | Unopposed MOTION to Redact 317 Transcript,,, by Plaintiffs Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, David Bell, Marilyn Bennett, Marnello Boddie, Carol Flathers, Pennie Gale, Walter Gale, Deanne Lopez, Mary Niemetz, Yvonne Strachan, Phyllis Taylor. (Attachments: # 1 Proposed Order (PDF Only))(Kube, Kirsten) (Entered: 08/24/2018) |

| | | |
|---|---|---|
| 08/24/2018 | 321 | ORDER granting 320 Motion to Redact 317 Transcript. By Judge R. Brooke Jackson on 8/24/18. Text Only Entry (rbjsec.) (Entered: 08/24/2018) |
| 08/24/2018 | 322 | REDACTED TRANSCRIPT of Telephone Hearing held on July 31, 2018 before Judge Jackson. Pages: 1-7. Redaction of 317 Transcript,,,. (smitc, ) (Entered: 08/24/2018) |
| 08/27/2018 | 323 | MOTION to Withdraw as Attorney *Kelly Hyman* by Consol Plaintiffs Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Billy Long, Linda Long, Joyce Moore, Lonnie Rouser, Rhonda Sharkey. (Attachments: # 1 Proposed Order (PDF Only))(Hyman, Kelly) (Entered: 08/27/2018) |
| 08/28/2018 | 324 | ORDER granting 323 Motion to Withdraw as Attorney. Attorney Kelly A. Hyman is withdrawn. By Judge R. Brooke Jackson on 8/28/18. Text Only Entry (rbjsec. ) (Entered: 08/28/2018) |


| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/24/2018 15:41:43 | | | |
| **PACER Login:** | wc0010:2660228:0 | **Client Code:** | 47429.0001 |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-cv-02351-RBJ |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |