**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| **IN RE: Aqueous Film Forming Foams (AFFF) Products Liability Litigation** | **MDL No. 2873**<br><br>**Relating to the Matter of:**<br><br>*Loachapoka Water Authority, Inc. et al. v. 3M Company et al.*, No. 3:26-CV-00376 (M.D. Ala.) |

**NOTICE OF OPPOSITION (CTO-308)**

COME NOW, Plaintiffs in the above-styled matter, and pursuant to Rule 7.1(c) of the Rules of Civil Procedure for the United States Judicial Panel on Multidistrict Litigation, respectfully file Plaintiffs' Notice of Opposition to Conditional Transfer Order 308 ("CTO-308"), as the proper federal venue of the above-styled case is in the Middle District of Alabama—although Plaintiffs assert that subject matter jurisdiction is appropriate in the Circuit Court of Lee County in Alabama State Court. As a result, Plaintiffs intend to file a Motion to Vacate CTO-308 pursuant to Rule 7.1(f), as well as a Motion for Oral Argument.

Respectfully Submitted,

 /s/ Matt Conn
Matt Conn
FRIEDMAN, DAZZIO & ZULANAS, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242
Tel: 205-278-7000
Fax: 205-278-7001
mconn@friedman-lawyers.com
*Counsel for Plaintiffs*