### BEFORE THE UNITED STATES JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION

```
------------------------------------------------------------- X
                                                              :
IN RE: AQUEOUS FILM-FORMING FOAMS          :  MDL NO. 2873
PRODUCTS LIABILITY LITIGATION              :
                                                              :
------------------------------------------------------------- X
```

## NOTICE OF OPPOSITION (CTO-1)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, plaintiff the State of New York submits this notice of opposition to conditional transfer order (CTO-1) as it relates to the following case.

*State of New York v. 3M Company et al.*, N.D.N.Y., Case No. 1:18-cv-01317.

Dated: New York, New York
       December 17, 2018

                                          Respectfully submitted,

                                          BARBARA D. UNDERWOOD
                                          Attorney General of the State of New York
                                          Attorney for Plaintiff

By:  /s/ Matthew J. Sinkman
     Matthew J. Sinkman
     Philip Bein
     Lisa M. Burianek
     Assistant Attorneys General
     Environmental Protection Bureau
     28 Liberty Street, 19th Floor
     New York, New York 10005
     Matthew.Sinkman@ag.ny.gov
     Philip.Bein@ag.ny.gov
     Lisa.Burianek@ag.ny.gov
     (212) 416-8446
     (518) 776-2400