**IN THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE:  AQUEOUS FILM-FORMING FOAMS<br>PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) | MDL Docket No. 2873 |

**NOTICE OF OPPOSITION TO CTO – 10**

Pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiff Ridgewood Water submits this notice of opposition to Conditional Transfer Order No. 10 (CTO-10) [Dkt. No. 404] as it pertains to the following action:

*Ridgewood Water v. 3M Company et al.,*
No. 1:19-cv-09651 (D. New Jersey).

Dated: April 24, 2019	**SHER EDLING LLP**

*/s/ Matthew K. Edling*
Matthew K. Edling
100 Montgomery St., Suite 1410
San Francisco, CA 94104
Tel: (628) 231-2500
Fax: (628) 231-2929
matt@sheredling.com

*Attorneys for Ridgewood Water*