IN THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2873 |

**PROOF OF SERVICE**

PLEASE TAKE NOTICE, in compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the Notice of Opposition to CTO – 10, filed on behalf of Plaintiff Ridgewood Water, was served via ECF and/or Mail on April 24, 2019:

The 3M Company
CSC
Princeton South Corporate CTR
Ste 160, 100 Charles Ewing Blvd
Ewing, NJ 08628

E. I. Du Pont De Nemours & Company
The Corporation Trust Company
820 Bear Tavern Road
West Trenton, NJ 08628

The Chemours Company
The Corporation Trust Company
820 Bear Tavern Road
West Trenton, NJ 08628

Honeywell International Inc
CSC
Princeton South Corporate CTR
Ste 160, 100 Charles Ewing Blvd
Ewing, NJ 08628

Tyco Fire Products LP
The Corporation Trust Company
820 Bear Tavern Road
West Trenton, NJ 08628

Chemguard Inc.
One Stanton Street
Marinette, WI 54143-2542

Buckeye Fire Equipment Company
Thomas J. Bower
110 Kings Road
Kings Mountain, NC 28086

National Foam, Inc.
The Corporation Trust Company
820 Bear Tavern Road
West Trenton, NJ 08628

Dated: April 24, 2019                    **SHER EDLING LLP**

*/s/ Matthew K. Edling*
Matthew K. Edling
100 Montgomery St., Suite 1410
San Francisco, CA 94104
Tel: (628) 231-2500
Fax: (628) 231-2929
matt@sheredling.com

*Attorneys for Ridgewood Water*