**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: AQUEOUS FILM FORMING FOAMS (AFFF) PRODUCTS LIABILITY LITIGATION | MDL No. 2873<br><br>This Document Relates to:<br><br>*State of New Mexico v. United States*, No. 1:19-cv-00178-KWR-JFR (D.N.M.) |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of Tyco Fire Products, LP, Chemguard, Inc., and 3M Company's Response in Opposition to State of New Mexico's Motion to Vacate Conditional Transfer Order No. 26 were served electronically on all counsel of record in the above-captioned matter via ECF on April 3, 2020. Copies were served on all parties in *State of New Mexico v. United States*, No. 1:19-cv-00178-KWR-JFR (D.N.M.) by email on April 3, 2020, as follows:

**Counsel for Plaintiffs**

Christopher N. Atencio
New Mexico Environment Department
christopher.atencio@state.nm.us

Jennifer Lynn Hower
New Mexico Environment Department
jennifer.hower@state.nm.us

Allison Brouk
Kanner & Whiteley
a.brouk@kanner-law.com

Allan Kanner
Kanner & Whiteley
a.kanner@kanner-law.com

Elizabeth Petersen
Kanner & Whiteley LLC
e.petersen@kanner-law.com

1

Anne Minard
New Mexico Office of the Attorney General
aminard@nmag.gov

William G. Grantham
New Mexico Office of the Attorney General
wgrantham@nmag.gov

Cholla Khoury
New Mexico Attorney Genderal's Office
ckhoury@nmag.gov


**Counsel for Defendants**

Shari Howard
USDOJ
shari.howard@usdoj.gov

Eileen McDonough
US Department of Justice, Environmental Defense Section
eileen.mcdonough@usdoj.gov

David D. Mitchell
USDOJ, ENRD
david.mitchell@usdoj.gov

Erica Zilioli
USDOJ, Environmental Defense Section
erica.zilioli@usdoj.gov


**Counsel for Amici**

Douglas Meiklejohn
NM Environmental Law Center
dmeiklejohn@nmelc.org

Charles de Saillan
NM Environmental Law Center
cdesaillan@nmelc.org

This 3rd day of April, 2020.

/s/ Stephen D. Raber
Stephen D. Raber
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: sraber@wc.com

Attorney for Tyco Fire Products, LP, and Chemguard, Inc.