# Exhibit B

# Excerpted Transcript of Dec. 13, 2019 MDL Status Conference (J. Gergel D.S.C.)

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

```
* * * * * * * * * * * * * * * *
IN RE:  AQUEOUS FILM-FORMING    *
FOAMS PRODUCTS LIABILITY        *    MDL No. 2:18-mn-2873
LITIGATION                      *
                                *    December 13, 2019
* * * * * * * * * * * * * * * *
```

REPORTER'S OFFICIAL TRANSCRIPT OF THE
STATUS CONFERENCE HELD BEFORE THE
HONORABLE RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE
DECEMBER 13, 2019

Appearances:

For the Plaintiffs:    Motley Rice LLC
 BY:  Fred Thompson III
 28 Bridgeside Boulevard
 Mount Pleasant, SC  29464
 843.216.9000

 Douglas and London PC
 BY:  Michael A. London
 59 Maiden Lane
 6th Floor
 New York, NY  10038
 212.566.7500

 Baron & Budd PC
 BY:  Scott Summy
 3102 Oak Lawn Avenue
 Suite 1100
 Dallas, TX  75219
 214-521-3605

```
For the Defendants:        Duffy and Young LLC
                           BY:  Brian C. Duffy
                           96 Broad Street
                           Charleston, SC  29401
                           843.720.2044

                           Nelson Mullins Riley & Scarborough
                           BY:  David Eidson Dukes
                           1310 Main Street, Suite 17
                           Columbia, SC  29201
                           803.255.9451

                           Williams & Connolly LLP DC
                           BY:  Joseph G. Petrosinelli
                           725 12th Street NW
                           Washington, DC  20005
                           202.434.5547

                           Mayer Brown LLP
                           BY:  Michael A. Olsen
                           71 S. Wacker Drive
                           Chicago, IL  60606
                           312.701.7120

For the United States      US Department of Justice
of America:                BY:  Christina M. Falk
                           Environmental Torts, Civil Div.
                           175 N Street NE
                           Washington, DC  20002
                           202.616.4216


Also Appearing:
                           Dan Ring
                           David Hoyle
                           Nancy Christensen
                           Justin Arenas
                           Christian Marcum
                           Patrick Lanciotti
                           Nick Mino
                           Chin-Zen Plotner
                           Gary Douglas
                           Rebecca Newman
                           Gabrielle Sulpizio
                           Allison Brouk
                           Gregory Cook
                           Christina Cossich
                           Phil Cossich
                           Jonathan Handler
```

```
Also Appearing:
                        John Moylan
                        Joseph Feliciani
                        Kevin McKie
                        Gary Anderson
                        Delia Frazier
                        Matt Holian
                        Amy Kendall
                        Charles Schaffer
                        Fred Longer
                        Carla Burke Pickrel
                        Cristina Sanchez
                        Staci J. Olsen
                        Stephanie Biehl
                        Sarah Hansel
                        Gale Pearson
                        Louise R. Caro
                        Esther Berezofsky
                        Rebecca Fonseca
                        Liat Rome
                        Frederick Hall
                        Wes Moran
                        Tate Kunkle
                        John Gilmour
                        David Reap
                        Lana Rowenko
                        Lawrence Cohan
                        Robert Jordan
                        Maja Eaton
                        Ken Reilly
                        Brent Dwerlkotte
                        Viola Vetter
                        Amanda Kitts
                        Bill Jackson
                        Roe Frazer
                        Elizabeth Knauer
                        Molly Craig
                        Michael Carpenter
                        Addie Ries

Official Court Reporter:   Tana J. Hess, CRR, FCRR, RMR
                           U.S. District Court Reporter
                           85 Broad Street
                           Charleston, SC  29401
                           843.779.0837
                           tana_hess@scd.uscourts.gov

Proceedings recorded by mechanical stenography using
computer-aided transcription software.
```

10:17AM 1    and we're in the process of doing that.
10:17AM 2            **THE COURT:** Good. I think she could be of help.
10:18AM 3                    I've told you before that in terms of -- in my
10:18AM 4    head, the order of things that kind of makes sense is Number 1,
10:18AM 5    we got to deal -- got to get the discovery finished on immunity
10:18AM 6    issues. We need to address governmental immunity, governmental
10:18AM 7    contractor immunity, et cetera. And then, you know, I think
10:18AM 8    the water districts are the first place we should focus,
10:18AM 9    because to the extent that the water districts cannot make out
10:18AM 10   a case, I think it's going to be very hard for anybody to make
10:18AM 11   out a case because of the nature of what they would have to
10:18AM 12   prove. And to the extent they -- there is the potential -- a
10:18AM 13   basis for claim there, then we can build on that to look at
10:18AM 14   some of these other claims. So I don't want to spend a lot of
10:18AM 15   time early on chasing, you know, does -- the 1290 people with
10:18AM 16   the personal injury claims chasing, "We want liver reports. We
10:18AM 17   want --" I mean, I just -- I think that that's probably not the
10:19AM 18   best productive use of our time right now. I think what we
10:19AM 19   need to find is, you know, some of these issues that go to
10:19AM 20   whether, in fact, the plaintiffs' claims have some scientific
10:19AM 21   merit that there is a toxic effect that has an adverse effect
10:19AM 22   and the extent of it and what levels are potentially toxic, and
10:19AM 23   how do we go about establishing that level? What level is out
10:19AM 24   there in these particular water districts? Some of them may go
10:19AM 25   away because the levels aren't high enough or whatever.

10:19AM 1            And the best I can tell -- I haven't figured
10:19AM 2 out -- I mean, I think a lot of these questions we're literally
10:19AM 3 at the cusp of understanding these issues, and probably our
10:19AM 4 knowledge is going to evolve over this litigation.
10:19AM 5            I know a lot of -- where are we on sort of local
10:19AM 6 governments, state governments establishing levels of toxicity?
10:19AM 7 Where are we on that now?  Is that a -- is that ongoing?
10:19AM 8 Anybody give me a report on that?  Yes, sir?
10:20AM 9            **MR. JACKSON:**  Your Honor, Bill Jackson.
10:20AM 10           **THE COURT REPORTER:**  I'm sorry, could you come
10:20AM 11 forward to the microphone?
10:20AM 12           **THE COURT:**  Come forward, if you could, please.
10:20AM 13           **MR. JACKSON:**  Good morning, Your Honor.
10:20AM 14           **THE COURT:**  Good morning.
10:20AM 15           **MR. JACKSON:**  Bill Jackson with Kelley Drye and
10:20AM 16 Warren.  We represent New Jersey, New Hampshire and various
10:20AM 17 other sovereign states.
10:20AM 18           **THE COURT:**  Yes.
10:20AM 19           **MR. JACKSON:**  And across the country right now, what
10:20AM 20 you're seeing is that the states are in varying degrees going
10:20AM 21 through rulemaking processes and setting drinking water
10:20AM 22 standards.  So, for example, in New Jersey, standards have
10:20AM 23 already been set for some perfluorinated compounds such as
10:20AM 24 PFNA, and rules have been published, and the processes should
10:20AM 25 be complete this spring with respect to PFOA and PFOS.