# Exhibit C

# Excerpted Transcript of Jan. 10, 2020 MDL Status Conference (J. Gergel D.S.C.)

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

```
* * * * * * * * * * * * * * * *
IN RE:  AQUEOUS FILM-FORMING   *
FOAMS PRODUCTS LIABILITY       *     MDL No. 2:18-mn-2873
LITIGATION                     *
                               *     January 10, 2020
* * * * * * * * * * * * * * * *
```

REPORTER'S OFFICIAL TRANSCRIPT OF THE
STATUS CONFERENCE HELD BEFORE THE
HONORABLE RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE
JANUARY 10, 2020

Appearances:

For the Plaintiffs:   Motley Rice LLC
                      BY:  Fred Thompson III
                      28 Bridgeside Boulevard
                      Mount Pleasant, SC  29464
                      843.216.9000

                      Douglas and London PC
                      BY:  Michael A. London
                      59 Maiden Lane
                      6th Floor
                      New York, NY  10038
                      212.566.7500

                      Napoli Shkolnik PLLC
                      BY:  Paul J. Napoli
                      360 Lexington Avenue
                      11th Floor
                      New York, NY  10017
                      212.397.1000

Tana J. Hess, CRR, RMR, FCRR
U.S. District Court Reporter
District of South Carolina

| | |
|---|---|
| For the Plaintiffs: | Baron and Budd<br>BY:  Scott Summy<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX  75219<br>866.723.1890 |
| For the Defendants: | Duffy and Young LLC<br>BY:  Julie Moore<br>96 Broad Street<br>Charleston, SC  29401<br>843.720.2044 |
| | Nelson Mullins Riley & Scarborough<br>BY:  David Eidson Dukes<br>1310 Main Street, Suite 17<br>Columbia, SC  29201<br>803.255.9451 |
| | Williams & Connolly LLP DC<br>BY:  Joseph G. Petrosinelli<br>725 12th Street NW<br>Washington, DC  20005<br>202.434.5547 |
| | Mayer Brown LLP<br>BY:  Michael A. Olsen<br>71 S. Wacker Drive<br>Chicago, IL  60606<br>312.701.7120 |
| For the United States<br>of America: | US Department of Justice<br>BY:  Christina M. Falk<br>Environmental Torts, Civil Div.<br>175 N Street NE<br>Washington, DC  20002<br>202.616.4216 |
| Also Appearing: | Stephanie Biehl<br>David Hoyle<br>Nancy Christensen<br>Justin Arenas<br>Alan Knauf<br>Christian Marcum<br>John Cerreta<br>Nicholas Mino<br>Liam Montgomery<br>Dan Ring |

Also appearing:
    Chin-Zen Plotner
    Bill Jackson
    Gale Pearson
    Rob Bilott
    David Hammack
    Liat Rome
    Mihir Desai
    Brandon McGrath
    Rebecca Fonseca
    Tope Leyimu
    Phil Cossich
    Janpaul Portal
    Fred Longer
    Tate Kunkle
    Keith Smith
    Michael Carpenter
    Elizabeth Knauer
    Keith Bensten
    Robert Jordan
    Steve Weber
    Larry Cohan
    Delia Frazier
    Clifton Brinson
    Stephen Bell
    Dave Erickson
    Jamie Hood
    Brent Dwerlkotte
    Dan Spira
    Viola Vetter
    Christina Cossich

Official Court Reporter:    Tana J. Hess, CRR, FCRR, RMR
    U.S. District Court Reporter
    85 Broad Street
    Charleston, SC  29401
    843.779.0837
    tana_hess@scd.uscourts.gov

Proceedings recorded by mechanical stenography using computer-aided transcription software.

Case MDL No. 2873   Document 625-4   Filed 04/03/20   Page 5 of 6

distracting and complicated, and obviously -- I mean, I have sensed that the government is trying to cooperate. There's limited staff, right? That's part of the problem is we have an army of lawyers here, but the DOJ just have very limited staff assigned to this, and they're having to implore other overworked people in various agencies to cooperate with them. I know how important this information is to your clients, okay? And I'm going to work with you to do everything we can to get it. The Court needs to address some of these governmental contractor immunity issues, so we need to get to it, and -- but I think working with DOJ, I know in the last hearing we talked about prioritizing and help them, but I haven't sensed a reluctance to produce. It's just a bit overwhelmed, and everybody wants this stuff yesterday, and they send out requests, and nobody responds to them. I've been in there where I was -- yes, ma'am?

        **MS. FALK:** Thank you, Your Honor.

        **THE COURT:** Am I echoing what the reality is?

        **MS. FALK:** Absolutely, Your Honor. Christina Falk on behalf of the United States. I just want to point out that I appreciate Your Honor's recognition that typically we're raising discretionary function. It's not our burden. Typically we're not required to produce it, because the value of sovereign immunity declines with the amount of time, labor, and effort that has to go into these productions and discovery.

```
9:36AM   1              Second, I'd like everybody to be acutely aware
9:36AM   2   that the United States has produced 1.23 million documents in
9:36AM   3   this case.  We've produced 30 percent of the documents that
9:36AM   4   have been produced.  We are doing our best to continue to
9:36AM   5   produce documents.
9:36AM   6              I really do believe that -- as the Court has
9:36AM   7   echoed, that you would like to address sovereign immunity
9:36AM   8   issues and the Boyle defense issues up front.  So we had
9:37AM   9   previously offered to the parties to go into the Federal
9:37AM  10   Records Center and the National Archives and look with us.
9:37AM  11   They found that too onerous on themselves.  The Department of
9:37AM  12   Justice, not even the agencies involved, has taken upon itself
9:37AM  13   to hire historians to review the existing indices and make
9:37AM  14   recommendations for documents to locate.
9:37AM  15              THE COURT:  That's going to be helpful.  I know
9:37AM  16   they've gotten just tens of thousands of things that could mean
9:37AM  17   nothing to them.
9:37AM  18              MS. FALK:  Exactly, Your Honor, nor do they mean
9:37AM  19   anything necessarily to the records custodians that exist
9:37AM  20   today.
9:37AM  21              THE COURT:  Yes.
9:37AM  22              MS. FALK:  Because the most important documents I
9:37AM  23   believe we all agree are from the sixties, seventies, perhaps
9:37AM  24   fifties.
9:37AM  25              THE COURT:  Right.  The Naval Research
```