# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) MDL No. 2:18-mn-2873-RMG<br><br>**CASE MANAGEMENT ORDER NO. 10.A**<br><br>**This Order Relates to All Actions.** |

**Appointment of Additional Counsel to**
**Plaintiffs' Executive Committee**
**For the March 2020 through March 2021 Term**

1. In CMO No. 10, the Court appointed, *inter alia*, counsel as Plaintiffs' Co-Lead Counsel, Liaison Counsel, and to Plaintiffs' Executive Committee ("PEC") for the March 2020 through March 2021 term.

2. The Court hereby also appoints to the PEC:

   J. Edward Bell, III
   Bell Legal Group
   219 Ridge Street
   Georgetown, SC 29440

3. This designation is of a personal nature. Accordingly, the Court looks to this counsel to undertake personal responsibility to perform the designated functions and, should he become unable to do so, the Court reserves the discretion to replace counsel on the PEC's request or on the Court's own motion.

4. This designation is for a period of one year. The appointee must apply for continued service thereafter.

2:18-mn-02873-RMG     Date Filed 03/30/20    Entry Number 536    Page 2 of 2
Case MDL No. 2873   Document 675   Filed 07/31/20   Page 2 of 2

2

**AND IT IS SO ORDERED.**

          s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

March 30, 2020
Charleston, South Carolina