BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: Aqueous Film-Forming Foams (AFFF)  
Products Liability Litigation

MDL Docket No. 2873

NOTICE OF POTENTIAL TAG-ALONG ACTION
**SCHEDULE OF ACTION**

| Case Caption | Court and Division | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Attorney General Dana Nessel, on behalf of the People of the State of Michigan, and the State of Michigan<br><br>**Defendants:** Chemguard, Inc., Tyco Fire Products, LP, National Foam, Inc., Angus Fire Armour Corporation, Kidde P.L.C., Inc., Kidde-Fenwal, Inc., Raytheon Technologies Corporation, UTC Fire & Security Americas Corporation, Inc., Vulcan Fire Systems, Inc., Huntington Laboratories, Inc., Ecolab Inc., Mine Safety Appliances Company, LLC, Verde Environmental, Inc., a/k/a Microblaze, Inc., Hartford Chemical Sales Corporation, G.V.C. Chemical Corporation, Stevens Company, Inc., Hazard Control Technologies, Inc., Fire-Ade, Inc., Rockwood Systems, Inc., f/k/a Rockwood Systems Corporation, Cobra Fire Protection, Inc., Broco Products, Inc., Pioneer Products, Inc., Denko, Inc., a/k/a Denko Foam, Inc., Russell Martin Industries, Inc., Dawn Chemical Corporation of Wisconsin, Inc., Amerex Corporation, Perimeter Solutions LP, Noble Industrial Supply Corporation, Royal Chemical Company, VST Chemical Corporation, Summit Environmental Corporation, Inc., Fire Services Plus, Inc., Buckeye Fire Equipment Company | Western District of Michigan | 1:20-cv-01080 | Not Assigned |