BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: AQUEOUS FILM-FORMING FOAMS (AFFF)
PRODUCTS LIABLITY LITIGATION

MDL DOCKET No. 2873

This Document Relates to:

*Nessel et al v. Chemguard, Inc. et al.*, C.A. No. 1:20-01080 (W.D. Michigan)

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-39)

Pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Attorney General Dana Nessel, on behalf of the People of the State of Michigan, and the State of Michigan hereby submit this Notice of Opposition to the Conditional Transfer Order (CTO-39) as it pertains to the following action:

*Nessel et al v. Chemguard, Inc. et al.*, C.A. No. 1:20-01080 (W.D. Michigan)

Pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs will timely file a motion to vacate the Conditional Transfer Order (CTO-39) and a supporting brief.

Dated: November 19, 2020            Respectfully submitted,

**Attorney General Dana Nessel, on behalf of the People of the State of Michigan, and the State of Michigan**

By: */s/ Amy E. Keller*
Amy E. Keller (P74015)
Adam J. Levitt
Special Assistant Attorneys General
Daniel R. Flynn

1

Laura E. Reasons
Mary McKenna
Adam Prom
DiCello Levitt Gutzler LLC
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
(312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
dflynn@dicellolevitt.com
lreasons@dicellolevitt.com
mmckenna@dicellolevitt.com
aprom@dicellolevitt.com

Gregory M. Utter
Joseph M. Callow, Jr.
Special Assistant Attorneys General
Matthew M. Allen
Sarah V. Geiger
Collin L. Ryan
Joseph B. Womick
Keating Muething & Klekamp PLL
1 East 4th Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6400
gmutter@kmklaw.com
jcallow@kmklaw.com
mallen@kmklaw.com
sgeiger@kmklaw.com
cryan@kmklaw.com
jwomick@kmklaw.com

Richard W. Fields
Special Assistant Attorney General
Martin F. Cunniff
Fields, PLLC
1901 L St., N.W. Suite 700
Washington, D.C. 20036
(800) 878-1432
fields@fieldslawpllc.com
martincunniff@fieldslawpllc.com

Polly A. Synk (P63473)
Danielle Allison-Yokom (P70950)

2

Assistant Attorneys General
Michigan Department of Attorney General
Environment, Natural Resources, and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
synkp@michigan.gov
allisonyokomd@michigan.gov

*Counsel for Plaintiffs Attorney General Dana Nessel, on behalf of the People of the State of Michigan, and the State of Michigan*