## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: AQUEOUS FILM-FORMING FOAMS (AFFF)
PRODUCTS LIABLITY LITIGATION

**MDL DOCKET No. 2873**

**This Document Relates to:**

***Nessel et al v. Chemguard, Inc. et al.*, C.A. No. 1:20-01080 (W.D. Michigan)**

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Opposition to Conditional Transfer Order (CTO-39) was served on the following parties in the above-captioned case electronically via ECF, or as indicated below, on November 19, 2020.

**Counsel for Parties Served via Email and/or ECF**

Jennifer A. Simon
KAZMAREK MOWREY CLOUD LASETER LLP
1230 Peachtree Street N.E., Suite 900
Atlanta, Georgia 30309
(404) 812-0126
jsimon@kmcllaw.com

Scott M. Watson
WARNER NORCROSS & JUDD
1500 Warner Building
150 Ottawa Avenue, NW
Grand Rapids, MI 49503-2832
(616) 805-9459
swatson@wnj.com
***Counsel for Amerex Corporation***

1

Michael L. Carpenter
GRAY, LAYTON, KERSH, SOLOMON, FURR & SMITH, P.A.
516 South New Hope Road
Post Office Box 2636
Gastonia, NC 28053
(704) 865-4400
(704) 866-8010 facsimile
mcarpenter@gastonlegal.com
*Counsel for Buckeye Fire Equipment Company*

Shauna M. Kramer
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(P) 202-434-5632
skramer@wc.com

Ann Marie Uetz
Nicholas J. Ellis
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100
auetz@foley.com
nellis@foley.com

Peter A. Tomasi
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue, Suite 3800
Milwaukee, WI 53202-5306
(414) 297-5621
ptomasi@foley.com
*Counsel for Chemguard, Inc. and Tyco Fire Products, LP*

Daniel W. Boocher
KREIS, ENDERLE, HUDGINS & BOROS, P.C.
40 Pearl Street NW, 5th Floor
Grand Rapids, MI 49503
(616) 254-8423
DBoocher@KreisEnderle.com
*Counsel for Cobra Fire Protection*

Sarah J. Brutman
DEAN & FULKERSON
801 W. Big Beaver Road
Suite 500,
Troy, Michigan 48084
248-362-1300
SBrutman@DFLaw.com
**Counsel for Dawn Chemical Corporation of Wisconsin**

Mary Rose Alexander
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
(312) 876-7672
mary.rose.alexander@lw.com
**Counsel for Ecolab, Inc. and Huntington Laboratories, Inc.**

Moheeb Murray
BUSH SEYFERTH PLLC
100 W Big Beaver Rd, Ste 400
Troy, MI 48084
(248) 822-7809
murray@bsplaw.com
**Counsel for Fire Services Plus, Inc.**

C. Wilson DuBose
Brittain Z. Hunt
DUBOSE LAW GROUP LLC
1511 Eatonton Road, Suite 200
Madison, Georgia 30650
(706) 342-7900
WDubose@duboselawgroup.net
bhunt@duboselawgroup.net
**Counsel for Hazard Control Technologies, Inc.**

Jonathan I. Handler
DAY PITNEY LLP
One Federal Street
Boston, MA 02110
(617) 345-4734
jihandler@daypitney.com

Keith H. Bensten
John W. Cerreta
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
(617) 345-4600
kbensten@daypitney.com
jcerreta@daypitney.com
***Counsel for Kidde Fenwal, Inc., Kidde P.L.C., Inc.,
and UTC Fire & Security Americas Corporation, Inc.***

Charles M. Denton
BARNES & THORNBURG LLP
171 Monroe Avenue N.W.
Suite 1000
Grand Rapids, MI 49503-2694
cdenton@BTLaw.com
***Counsel for Mine Safety Appliances Company***

Keith Edward Smith
GREENBERG TRAURIG
1717 Arch Street
Suite 400
Philadelphia, PA 19103
(215) 988-7843
smithkei@gtlaw.com
***Counsel for National Foam, Inc.***

James N. Joseph
JOSEPH, TERRACCIANO & LYNAM, LLP
2 Roosevelt Avenue - Suite 200
Syosset, New York 11791
(516) 496-0202
jjoseph@jtesqs.com
***Counsel for Noble Industrial Supply Corporation and
Pioneer Products, Inc.***

Matthew D. Thurlow
Renee M. Knudsen
BAKER HOSTETLER
1050 Connecticut Avenue, NW
Suite 1100
Washington, D.C. 20036
(202) 861-1681
mthurlow@bakerlaw.com
rknudsen@bakerlaw.com
***Counsel for Perimeter Solutions LP***

Patrick C. Lannen
PLUNKETT COONEY
38505 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304
(248) 901-4027
PLannen@plunkettcooney.com
***Counsel for Royal Chemical Co.***

Rita Bolt Barker
WYCHE
200 East Camperdown Way
Greenville, SC 29601-2972
(864) 242-8235
rbarker@wyche.com
***Counsel for Verde Environmental, Inc. (a/k/a Micro-Blaze)***

Irwin G. Klein, Esq.
HEIN, WATERS & KLEIN
825 East Gate Boulevard
Suite 308
Garden City, N.Y. 11530
(516) 374-6600
igk@hwk-law.com
***Counsel for VST Chemical Corporation***

D. Brett Burro
Burrow Lee, PLCC
611 Commerce Street, Suite 2603
bburrow@burrowlee.com
***Counsel for Vulcan Fire Systems, Inc.***

**Parties Served via First Class Mail**

**Angus Fire Armour Corporation**
c/o The Prentice-Hall Corporation System, Inc.
251 Little Falls Drive
Wilmington, Delaware 19808

**BroCo Products, Inc.**
18624 Syracuse Avenue
Cleveland, OH  44110

**Denko, Inc., a/k/a Denko Foam Inc.**
272 South Ocean Ave.
Patchogue, New York 11772

**G.V.C. Chemical Corporation**
c/o Leventhal, Cursio, Mullaney & Sliney, LLP
15 Remsen Ave.
Roslyn, New York 11576

**Hartford Chemical Sales Corporation**
c/o Lipkowitz & Plaut, registered agent
1290 Ave. of Americas
New York, New York 10104

**Russell Martin Industries, Inc.**
888 Ocean Street
Baldwin Harbor, New York 14410

**Stevens Company (USA), a/k/a Stevens Fire Chemicals**
5650 W. Central Ave. St. C
Toledo, Ohio 43615

**Summit Environmental Corporation, Inc.**
16610 Dallas Parkway, Suite 2100
Dallas, Texas 75248

**Raytheon Technologies Corporation**
c/o The Corporation Company
40600 Ann Arbor Road East, Suite
201, Plymouth, Michigan 48170

Dated: November 19, 2020             Respectfully submitted,

**Attorney General Dana Nessel, on behalf of the People of the State of Michigan, and the State of Michigan**


By: */s/ Amy E. Keller* _____
Amy E. Keller (P74015)
Adam J. Levitt
Special Assistant Attorneys General
Daniel R. Flynn
Laura E. Reasons
Mary McKenna
Adam Prom
DiCello Levitt Gutzler LLC
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
(312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
dflynn@dicellolevitt.com
lreasons@dicellolevitt.com
mmckenna@dicellolevitt.com
aprom@dicellolevitt.com

Gregory M. Utter
Joseph M. Callow, Jr.
Special Assistant Attorneys General
Matthew M. Allen
Sarah V. Geiger
Collin L. Ryan
Joseph B. Womick
Keating Muething & Klekamp PLL
1 East 4th Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6400
gmutter@kmklaw.com
jcallow@kmklaw.com
mallen@kmklaw.com
sgeiger@kmklaw.com
cryan@kmklaw.com
jwomick@kmklaw.com

Richard W. Fields
Special Assistant Attorney General
Martin F. Cunniff
Fields, PLLC
1901 L St., N.W. Suite 700
Washington, D.C. 20036
(800) 878-1432
fields@fieldslawpllc.com
martincunniff@fieldslawpllc.com

Polly A. Synk (P63473)
Danielle Allison-Yokom (P70950)
Assistant Attorneys General
Michigan Department of Attorney General
Environment, Natural Resources, and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
synkp@michigan.gov

*Counsel for Plaintiffs Attorney General Dana
Nessel, on behalf of the People of the State of
Michigan, and the State of Michigan*