BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: Aqueous Film-Forming Foams (AFFF) Products Liability Litigation

MDL Docket No. 2873

### NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants Tyco Fire Products LP and Chemguard, Inc. write to notify the Clerk of the Panel of the potential tag-along actions listed in the attached Schedule of Actions.

Docket sheets and complaints are attached.

Respectfully submitted,

**Tyco Fire Products LP and Chemguard, Inc.**

Dated: January 14, 2021

/s/ Stephen D. Raber
Stephen D. Raber
Joseph G. Petrosinelli
Liam J. Montgomery
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
sraber@wc.com
jpetrosinelli@wc.com
lmontgomery@wc.com

*Attorneys for Tyco Fire Products LP and Chemguard, Inc.*