**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: AQUEOUS FILM-FORMING FOAMS
PRODUCTS LIABILITY LITIGATION

MDL No. 2873

**MARATHON PETROLEUM COMPANY LP'S MOTION TO VACATE
CONDITIONAL TRANSFER ORDER (CTO-78)**

In accordance with Rule 7.1(f) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, plaintiff Marathon Petroleum Company LP hereby moves to vacate the conditional transfer order (CTO-78) as it relates to the following case: *Marathon Petroleum Company LP v. 3M Company et al.*, 2:22-cv-10117 (E.D. Mich.).

Dated: February 14, 2022

Respectfully submitted,

/s/ *Carter F. Thurman*
Carter F. Thurman
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
cthurman@hollingsworthllp.com

*Attorney for Plaintiff
Marathon Petroleum Company LP*