**Schedule of Action**

| Case Caption | Court and Division | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff**: Marathon Petroleum Company LP<br><br>**Defendants:**<br>3M COMPANY (f/k/a MINNESOTA MINING AND MANUFACTURING CO.); NATIONAL FOAM, INC.; TYCO FIRE PRODUCTS, LP; CHEMGUARD, INC.; HAYDEN & COMPANY; WILLFIRE LLC | Eastern District of Michigan | Case No.: 2:22-cv-10117 (E.D. Mich.) | Presiding Judge: Mark A. Goldsmith<br><br>Presiding Magistrate Judge: Jonathan J.C. Grey |