**IN THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 2873<br><br>This Document Relates To:<br><br>*Marathon Petroleum Company v. 3M Company et al.,* Case No. 2:22-cv-10117, (E.D. Mich.) |

**AFFIRMATION OF CARTER F. THURMAN, ESQ. IN SUPPORT OF MOTION TO**
**VACATE CONDITIONAL TRANSFER ORDER (CTO– 78)**

I, Carter F. Thurman, am an attorney duly admitted to practice law in District of Columbia, the District of Nebraska, and the District of Colorado. I hereby affirm as follows:

1. I am a partner at the law firm Hollingsworth LLP, attorneys for Plaintiff Marathon Petroleum Company LP ("Marathon"). I am fully familiar with the facts and circumstances set forth herein and know them to be true, except for those stated to be upon information and belief, and as to those matters, I believe them to be true.

*2.* I submit this affirmation in support of Marathon's Motion to Vacate the Conditional Transfer Order (CTO-78) (the "Motion").

3. The following documents annexed to the Motion are true and correct copies of the referenced documents:

Exhibit A: Marathon's Complaint, filed December 16, 2021;

Exhibit B: Defendants' Notice of Removal, filed January 19, 2022;

Exhibit C: Marathon's Motion to Remand, filed January 31, 2022;

Exhibit D:  Docket Sheet for *Marathon Petroleum Company v. 3M Company et al.,* Case No. 2:22-cv-10117, (E.D. Mich.)

Exhibit E:  Orders for In re AFFF Prods. Liab. Litig., MDL No. 2:18-mn-2873-RMG (D.S.C. May 24, 2019), ECF No. 103; In re AFFF Prods. Liab. Litig., MDL No. 2:18-mn-2873-RMG (D.S.C. Sept. 27, 2019), ECF No. 320; Order, In re AFFF Prods. Liab. Litig., MDL No. 2:18- mn-2873-RMG (D.S.C. Oct. 1, 2019), ECF No. 325

I declare under penalty of perjury under the laws of the United States and the District of

Columbia that the foregoing information is true and complete to the best of my knowledge.

Executed at Washington, D.C..

Dated: February 14, 2022

Respectfully submitted,

/s/ *Carter F. Thurman*
Carter F. Thurman
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
cthurman@hollingsworthllp.com

*Attorney for Plaintiff*
*Marathon Petroleum Company LP*