BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: AQUEOUS FILM-FORMING FOAMS
PRODUCTS LIABILITY LITIGATION

MDL No. 2873

## PROOF OF SERVICE

PLEASE TAKE NOTICE, in compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the following documents filed on behalf of Plaintiff Marathon Petroleum Company LP, was served via ECF on February 14, 2022:

- Motion to Vacate Conditional Transfer Order (CTO – 78)

- Memorandum of Law in Support of Marathon Petroleum Company's Motion to Vacate Conditional Transfer Order (CTO-78)

- Affidavit of Carter F. Thurman, Esq. in Support of Motion to Vacate Conditional Transfer Order (CTO – 78) and Exhibits

- Notice of Appearance of Carter F. Thurman, Esq.

- Schedule of Action

Chemguard, Inc.
Tyco Fire Products, L.P.
Willfire LLC
Nicholas J. Ellis
Foley & Lardner LLP
One Detroit Center500
Woodward Avenue, Suite 2700
Detroit, MI 48226-3489

Hayden & Company
2604-B West 83rd Street
Darien, IL 60561

Chemguard, Inc.
Tyco Fire Products, L.P.
Liam J Montgomery
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005

3M Company
Daniel L Ring
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606

National Foam, Inc.
Keith E. Smith
Greenberg Traurig, LLP
1717 Arch Street, Suite  0
Philadelphia, PA 19103

National Foam, Inc.
Brian D Straw
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601

Dated: February 14, 2022

/s/ *Carter F. Thurman*
Carter F. Thurman
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
cthurman@hollingsworthllp.com

*Attorney for Plaintiff*
*Marathon Petroleum Company LP*