BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Aqueous Film-Forming Foams (AFFF) Products Liability Litigation | MDL No. 2873<br>This Document Relates To:<br><br>*Fleming et al. v. 3M Company et al.*,<br>No. 6:22-cv-00285-LSC (N.D. Ala.) |

## DEFENDANT 3M COMPANY'S MOTION TO TRANSFER TAG-ALONG ACTION *FLEMING V. 3M CO.* TO THE *IN RE AFFF* MDL

Pursuant to Judicial Panel on Multi-District Litigation Rule 7.1(b)(i), Defendant 3M Company respectfully moves the Panel for an Order transferring *Fleming et al. v. 3M Company et al.*, No. 6:22-cv-00285-LSC (N.D. Ala.) as a tag-along action to the United States District Court for the District of South Carolina for inclusion in MDL No. 2873. The motion is supported by the accompanying memorandum of law, exhibits (which include copies of the docket sheet and complaint), schedule of action, and proof of service.

Respectfully submitted,

DATED: September 1, 2022

/s/ *Daniel L. Ring*
Daniel L. Ring
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois  60606
Tel: (312) 782-0600
Fax: (312) 701-7711
dring@mayerbrown.com

Attorney for 3M Company