BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Aqueous Film-Forming Foams Products
       Liability Litigation                          MDL No. 2873

                                                     **This Document Relates To**:

                                                     *City of Newburgh v. AGC, Inc., et al.*
                                                     7:23-cv-07370 (S.D.N.Y.)

## AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United State Judicial Panel on Multidistrict Litigation, I certify that on August 22, 2023, copies of the Notice for Potential Tag-Along, Schedule of Actions, Proof of Service, and Case Docket Sheet and Complaint were filed electronically with the Clerk of the Judicial Panel on Multidistrict Litigation's CM/ECF system, and copies were served by First-Class Mail on August 24, 2023 to the following:

KNAUF SHAW LLP
Alan J. Knauf, Esq.,
Amy K. Kendall, Esq., and
Melissa Valle, Esq., of Counsel
2600 Innovation Square
100 South Clinton Avenue
Rochester, New York 14604
Tel: (585) 546-8430
aknaufamvenvlaw.corn
akendalanvenvlaw.com
mvallePrivenvlaw.com

*Attorneys for Plaintiff*

AGC, INC.
1-5-1, Marunouchi, Chiyoda-ku
Tokyo 100-8405 Japan

*Registered Agent of Defendant AGC, Inc.*

AGC CHEMICALS AMERICAS INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*Registered Agent of Defendant AGC Chemicals Americas Inc.*

AMEREX CORPORATION
c/o James M. Proctor II
2900 Highway 280
Suite 300
Birmingham, AL 35223

*Registered Agent of Defendant Amerex Corporation*

ARCHROMA U.S. INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*Registered Agent of Defendant Archroma U.S. Inc.*

ARKEMA INC.
900 First Avenue
King of Prussia, PA 19406

*Registered Agent of Defendant Arkema Inc.*

BASF CORPORATION
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*Registered Agent of Defendant BASF Corporation*

CARRIER GLOBAL CORPORATION
c/o United Agent Group Inc.
3411 Silverside Road, Tatnall Building #104
Wilmington, DE 1981

*Registered Agent of Defendant Carrier Global Corporation*

CHEMDESIGN PRODUCTS INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, New Castle, DE, 19808

*Registered Agent of Defendant Chemdesign Products Inc.*


CHEMICALS, INC.
c/o Ashok K. Moza
12321 Hatcherville
Baytown, TX 77520

*Registered Agent of Defendant Chemicals, Inc.*


CLARIANT CORPORATION
c/o Corporation Service Company
8040 Excelsior Drive, Suite 400
Madison, WI 53717

*Registered Agent of Defendant Clariant Corporation*


Julie Barry
CORTEVA AGRISCIENCE
PO BOX 30649
974 CENTRE RD
WILMINGTON, DE 19805-7649

*Registered Agent of Defendant Corteva, Inc.*


DEEPWATER CHEMICALS, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*Registered Agent of Defendant Deepwater Chemicals, Inc.*


Stephen Rahaim
DUPONT SPECIALTY PRODUCTS USA, LLC
974 Centre Rd
Wilmington, DE 19805-1269

*Registered Agent of Defendant DuPont de Nemours, Inc.*

DYNAX CORPORATION
c/o Corporate Systems LLC
3500 S. Dupont Highway
Dover, DE 19901

*Registered Agent of Defendant Dynax Corporation*


NATION FORD CHEMICAL COMPANY
c/o John A. Dickson, IV
2300 Bank Street
Fort Mill, SC 29715

*Registered Agent of Defendant Nation Ford Chemical Company*


Dated: August 24, 2023

    Respectfully submitted,

    */s/ Brent Dwerlkotte*
    Brent Dwerlkotte
    SHOOK, HARDY & BACON L.L.P.
    2555 Grand Blvd.
    Kansas City, Missouri 64108
    Phone: (816) 474-6550
    Fax: (816) 421-5547
    Ddbwerlkotte@shb.com

    *Attorney for Defendants EIDP, Inc. (formerly known as "E. I. du Pont de Nemours and Company"), The Chemours Company, and The Chemours Company FC, LLC*