**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**IN RE: AQUEOUS FILM–FORMING FOAMS
PRODUCTS LIABILITY LITIGATION**                    MDL No. 2873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –150)**

On December 7, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 357 F.Supp.3d 1391 (J.P.M.L. 2018). Since that time, 496 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M. Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to the Honorable Richard M. Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Tiffaney D. Pete

Tiffaney D. Pete
Clerk of the Panel

**IN RE: AQUEOUS FILM–FORMING FOAMS**
**PRODUCTS LIABILITY LITIGATION**                    MDL No. 2873

## SCHEDULE CTO–150 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 23–01058 | Bane et al v. 3M Company |
| ALN | 2 | 23–01059 | DeBoer et al v. 3M Corporation et al |
| ALN | 2 | 23–01060 | Palmer et al v. 3M Company et al |
| ALN | 2 | 23–01061 | Tabb et al v. 3M Company et al |
| ALN | 2 | 23–01062 | CASTOR v. 3M Company et al |
| **DISTRICT OF COLUMBIA** | | | |
| DC | 1 | 23–02387 | DISTRICT OF COLUMBIA v. 3M COMPANY et al |
| **MARYLAND** | | | |
| MD | 8 | 23–02108 | Washington Suburban Sanitary Commission V. 3M Company et al |
| **MASSACHUSETTS** | | | |
| MA | 1 | 23–11840 | Town of Groton et al v. Angus Fire et al |
| MA | 1 | 23–11841 | Town of Plymouth v. The 3M Company et al |
| MA | 1 | 23–11842 | RAS Trust v. The 3M Company et al |
| MA | 1 | 23–11847 | Seekonk Water District v. The 3M Company et al |
| MA | 1 | 23–11849 | City of Woburn v. The 3M Company et al |
| **NEW JERSEY** | | | |
| NJ | 3 | 23–04812 | BOROUGH OF GLEN GARDNER v. 3M COMPANY et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 23–07160 | Young et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing, Co) et al |
| NYS | 1 | 23–07171 | Schofield et al v. The 3M Company et al |
| NYS | 7 | 23–07057 | City of Eagan v. The 3M Company et al |
| NYS | 7 | 23–07062 | Central Texas Water Supply Corporation v. The 3M Company et al |
| NYS | 7 | 23–07076 | City of Fairhope v. The 3M Company et al |
| NYS | 7 | 23–07125 | Corning Municipal Utilities v. The 3M Company et al |
| NYS | 7 | 23–07161 | Town of Dover v. The 3M Company et al |
| NYS | 7 | 23–07185 | City of Mayville W.W. v. The 3M Company et al |

| | | | |
|---|---|---|---|
| NYS | 7 | 23–07207 | Town of Lakeville v. The 3M Company et al |
| NYS | 7 | 23–07237 | Eastmoreland W.S.A. Inc. v. The 3M Company et al |
| NYS | 7 | 23–07370 | City of Newburgh v. AGC Inc. et al |

**OHIO NORTHERN**

| | | | |
|---|---|---|---|
| OHN | 4 | 23–01557 | Mahoning Valley Sanitary District v. 3M Company et al. |

**OHIO SOUTHERN**

| | | | |
|---|---|---|---|
| OHS | 1 | 23–00508 | Village of New Richmond v. 3M Company et al |
| OHS | 1 | 23–00512 | Board of County Commissioners of Warren County, Ohio v. 3M Company et al |