**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: AQUEOUS FILM–FORMING FOAMS**
**PRODUCTS LIABILITY LITIGATION**                                      MDL No. 2873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –157)**

On December 7, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 357 F.Supp.3d 1391 (J.P.M.L. 2018). Since that time, 597 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M. Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to the Honorable Richard M. Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

**IN RE: AQUEOUS FILM–FORMING FOAMS**
**PRODUCTS LIABILITY LITIGATION**                          MDL No. 2873

### SCHEDULE CTO–157 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **NEW YORK NORTHERN** | | | |
| NYN | 1 | 23–01248 | Village of South Glens Falls v. The 3M Company et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 23–08900 | Braselton et al v. The 3M Company et al |
| NYS | 7 | 23–08661 | Laurens County WSC v. The 3M Company et al |
| NYS | 7 | 23–08664 | Whiting Waterworks v. The 3M Company et al |
| NYS | 7 | 23–08676 | Durkin Water Company v. The 3M Company et al |
| NYS | 7 | 23–08680 | City of Foley v. The 3M Company et al |
| NYS | 7 | 23–08682 | Saukville Municipal Water Utility v. The 3M Company et al |
| NYS | 7 | 23–08697 | Dover Plains Water Company v. The 3M Company et al |
| NYS | 7 | 23–08730 | Plover Waterworks v. The 3M Company et al |
| NYS | 7 | 23–08746 | City of Clare v. The 3M Company et al |
| NYS | 7 | 23–08833 | Newtown Artesian Water Company v. The 3M Company et al |
| NYS | 7 | 23–08860 | Mukwonago Water Works v. The 3M Company et al |
| NYS | 7 | 23–08863 | East Rio Hondo Water Supply Corporation v. The 3M Company et al |
| NYS | 7 | 23–08907 | Belton–Honea Path Water Authority v. The 3M Company et al |
| NYS | 7 | 23–08936 | West Bend Water Utility v. The 3M Company et al |
| **NORTH CAROLINA EASTERN** | | | |
| NCE | 7 | 23–01453 | Brookins et al v. 3M Company et al |
| NCE | 7 | 23–01454 | Kurre et al v. 3M Company et al |
| NCE | 7 | 23–01457 | Jacobus et al v. 3M Company et al |