BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: Aqueous Film-Forming Foams (AFFF) Products Liability Litigation

MDL Docket No. 2873

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS
## SCHEDULE OF ACTIONS

| Case Caption | Court and Division | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>SHAWN ACHS;<br>CHAD PURDON;<br>LEAH PURDON;<br>ROGER BAILEY;<br>MARY LOU KREUSCH;<br>KEVIN MCLAUGHLIN;<br>ERIC HEYNE;<br>NANCY WEISNER;<br>MIKEL HAYS;<br>PAMELA HAYS;<br>JANET HAMILTON;<br>HEATHER HOKE;<br>JASON HOKE;<br>DOUGLAS FINK;<br>CATHERINE HAUSER;<br>JAMES CARTER;<br>DANIEL CALLAHAN;<br>BENJAMIN JONES; and<br>CHRISTY JONES<br><br>**Defendants:**<br>3M COMPANY;<br>E.I. DUPONT DE NEMOURS AND COMPANY;<br>THE CHEMOURS COMPANY;<br>THE CHEMOURS COMPANY FC, LLC;<br>DUPONT DE NEMOURS, INC.;<br>CORTEVA, INC.;<br>TYCO FIRE PRODUCTS LP;<br>CHEMGUARD, INC.;<br>KIDDE PLC, INC.;<br>CHUBB FIRE, LTD.; | Southern District of Ohio | 3:24-cv-00093 | Assigned to Judge Michael J. Newman; referred to Magistrate Judge Peter B. Silvain, Jr. |

| | | | |
|---|---|---|---|
| UTC FIRE & SECURITY AMERICAS CORPORATION, INC.; RAYTHEON TECHNOLOGIES CORPORATION; CARRIER GLOBAL CORPORATION; NATIONAL FOAM, INC.; BUCKEYE FIRE EQUIPMENT COMPANY; ARKEMA, INC.; BASF CORPORATION; CHEMDESIGN PRODUCTS, INC.; DYNAX CORPORATION; CLARIANT CORPORATION; CHEMICALS INCORPORATED; NATION FORD CHEMICAL COMPANY; AGC, INC.; AGC CHEMICALS AMERICAS, INC.; DEEPWATER CHEMICALS, INC.; ARCHROMA MANAGEMENT, LLC; ARCHROMA U.S., INC.; JOHN DOE DEFENDANTS 1-49 | | | |
| **Plaintiff:** TOWN OF CORTLANDT<br><br>**Defendants:**<br>AGC CHEMICALS AMERICAS INC.;<br>AMEREX CORPORATION;<br>ARKEMA INC.;<br>ARCHROMA U.S. INC.;<br>BASF CORPORATION, individually and as successor in interest to Ciba Inc.;<br>BUCKEYE FIRE EQUIPMENT COMPANY;<br>CHEMDESIGN PRODUCTS INC.;<br>CHEMGUARD INC.;<br>CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation;<br>DEEPWATER CHEMICALS, INC.;<br>DYNAX CORPORATION;<br>NATION FORD CHEMICAL COMPANY;<br>TYCO FIRE PRODUCTS LP, individually and as successor in interest to The Ansul Company;<br>DOE DEFENDANTS 1-20, fictitious names whose present identities are unknown; and CHEMICALS, INC. | Southern District of New York | 7:24-cv-02051 | Judge Nelson Stephen Roman |

2

| | | | |
|---|---|---|---|
| **Plaintiff:** CITY OF BELMONT<br><br>**Defendants:**<br>AGC CHEMICALS AMERICAS INC.;<br>AMEREX CORPORATION;<br>ARKEMA INC.;<br>ARCHROMA U.S. INC.;<br>BASF CORPORATION, individually and as successor in interest to Ciba Inc.;<br>BUCKEYE FIRE EQUIPMENT COMPANY;<br>CHEMDESIGN PRODUCTS INC.;<br>CHEMGUARD INC.;<br>CHEMICALS, INC.;<br>CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation;<br>DEEPWATER CHEMICALS, INC.;<br>DYNAX CORPORATION;<br>NATION FORD CHEMICAL COMPANY;<br>TYCO FIRE PRODUCTS LP, individually and as successor in interest to The Ansul Company; and<br>DOE DEFENDANTS 1-20, fictitious names whose present identities are unknown | Southern District of New York | 7:24-cv-02046 | Judge Kenneth M. Karas |
| **Plaintiff:** CITY OF WAUSAU<br><br>**Defendants:**<br>AGC CHEMICALS AMERICAS INC.;<br>AMEREX CORPORATION;<br>ARKEMA INC.;<br>ARCHROMA U.S., INC.;<br>BASF CORPORATION, individually and as successor in interest to Ciba Inc.;<br>BUCKEYE FIRE EQUIPMENT COMPANY;<br>CHEMDESIGN PRODUCTS INC.;<br>CHEMGUARD INC.;<br>CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation;<br>DEEPWATER CHEMICALS, INC.;<br>DYNAX CORPORATION;<br>NATION FORD CHEMICAL COMPANY; | Western District of Wisconsin | 3:24-cv-00170 | Assigned to Judge William M. Conley; referred to Magistrate Judge Stephen L. Crocker |

| | | | |
|---|---|---|---|
| TYCO FIRE PRODUCTS LP, individually and as successor in interest to The Ansul Company; ACE AMERICAN INSURANCE COMPANY; ACE PROPERTY AND CASUALTY INSURANCE COMPANY; AETNA CASAULTY AND SURETY COMPANY; AFFILIATED FM INSURANCE COMPANY; AGRICULTURAL INS. CO., d/b/a American Agricultural Insurance Company; AIG SPECIALITY INSURANCE COMPANY, d/b/a Chartis Speciality Insurance Company; AIG SPECIALITY INSURANCE GROUP; ALLIANZ GLOBAL RISK US INSURANCE COMPANY; ALLIED WORLD NATIONAL ASSURANCE COMPANY; ALTERRA AMERICA INSURANCE COMPANY; AMERICAN CENTENNIAL INSURANCE COMPANY; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; AMERICAN HOME ASSURANCE COMPANY; AMERICAN REINSURANCE COMPANY; AMERICAN ZURICH INSURANCE COMPANY; ARCH INSURANCE COMPANY; ASPEN AMERICAN INSURANCE COMPANY; BERKLEY NATIONAL INSURANCE COMPANY; CITY INSURANCE COMPANY; COLONY INSURANCE COMPANY; COLUMBIA CASUALTY COMPANY; CONTINENTAL CASUALTY COMPANY; CONTINENTAL INSURANCE COMPANY; EMPLOYERS MUTUAL CASUALTY COMPANY; | | | |

| | | | |
|---|---|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; ENDURANCE RISK SOLUTIONS ASSURANCE CO.; EXECUTIVE RISK INDEMNITY INC., f/k/a American Excess Insurance Company; FEDERAL INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA; GIBRALTAR INSURANCE COMPANY; GOODRICH & WATSON INSURERS, INC., f/k/a Insco Insurance Group; GRANITE STATE INSURANCE COMPANY; GREAT AMERICAN E&S INSURANCE COMPANY; GREAT AMERICAN SPIRIT INSURANCE COMPANY; HARBOR INSURANCE COMPANY; ILLINOIS UNION INSURANCE COMPANY; INSURANCE COMPANY OF NORTH AMERICA; INTERSTATE FIRE & CASUALTY COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY, f/k/a TIG Specialty Insurance Company; LEXINGTON INSURANCE COMPANY; LIBERTY INSURANCE UNDERWRITERS, INC.; LIBERTY MUTUAL INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE COMPANY; LUMBERMENS MUTUAL CASUALTY COMPANY; NATIONAL FIRE & MARINE INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA; NEW ENGLAND INSURANCE COMPANY; NEW HAMPSHIRE INSURANCE COMPANY; | | | |

5

| | | | |
|---|---|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY; OAKWOOD INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY; OLD REPUBLIC RISK MANAGEMENT, INC.; RSUI INDEMNITY COMPANY; STARR INDEMNITY & LIABILITY COMPANY; THE HOME INSURANCE COMPANY; THE TRAVELERS INDEMNITY COMPANY; WESTCHESTER SURPLUS LINES INSURANCE COMPANY; XL INSURANCE AMERICA, INC.; and JOHN DOE 1-20 | | | |
| **Plaintiff:** NORTHERN WESTCHESTER JOINT WATER WORKS<br><br>**Defendants:**<br>AGC CHEMICALS AMERICAS INC.;<br>AMEREX CORPORATION;<br>ARKEMA INC.;<br>ARCHROMA U.S. INC.;<br>BASF CORPORATION, individually and as successor in interest to Ciba Inc.;<br>BUCKEYE FIRE EQUIPMENT COMPANY;<br>CHEMDESIGN PRODUCTS INC.;<br>CHEMGUARD INC.;<br>CHEMICALS, INC.;<br>CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation;<br>DEEPWATER CHEMICALS, INC.;<br>DYNAX CORPORATION;<br>NATION FORD CHEMICAL COMPANY;<br>TYCO FIRE PRODUCTS LP, individually and as successor in interest to The Ansul Company; and<br>DOE DEFENDANTS 1-20, fictitious names whose present identities are unknown | Southern District of New York | 7:24-cv-02049 | Judge Cathy Seibel |
| **Plaintiff:** TOWN OF BRAINTREE | District of Massachusetts | 1:24-cv-10658 | Judge George A. O'Toole Jr. |

| | | | |
|---|---|---|---|
| **Defendants:**<br>AGC CHEMICAL AMERICAS, INC.;<br>AGC INC., f/k/a Asahi Glass Co.;<br>ARCHROMA U.S., INC.;<br>ARKEMA INC.;<br>BASF CORPORATION;<br>BUCKEYE FIRE DEPARTMENT COMPANY;<br>CARRIER GLOBAL CORPORATION;<br>CHEMDESIGN PRODUCTS, INC.;<br>CHEMGUARD, INC.;<br>CHEMICALS INCORPORATED;<br>CHUBB FIRE, LTD.;<br>CLARIANT CORPORATION;<br>DEEPWATER CHEMICALS, INC.;<br>DOE DEFENDANTS, JOHN 1-49;<br>DYNAX CORPORATION;<br>KIDDE PLC, INC.;<br>NATIONAL FOAM, INC.;<br>NATION FORD CHEMICAL COMPANY;<br>RAYTHEON TECHNOLOGIES CORPORATION, f/k/a United Technologies Corporation;<br>TYCO FIRE PRODUCTS LP; and<br>UTC FIRE & SECURITY AMERICAS CORPORATION | | | |
| **Plaintiff:** CITY OF GASTONIA<br><br>**Defendants:**<br>AGC CHEMICALS AMERICAS INC.;<br>AMEREX CORPORATION;<br>ARKEMA INC.;<br>ARCHROMA U.S. INC.;<br>BASF CORPORATION, individually and as successor in interest to Ciba Inc.;<br>BUCKEYE FIRE EQUIPMENT COMPANY;<br>CHEMDESIGN PRODUCTS INC.;<br>CHEMGUARD INC.;<br>CHEMICALS, INC.;<br>CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation;<br>DEEPWATER CHEMICALS, INC.;<br>DYNAX CORPORATION;<br>NATION FORD CHEMICAL COMPANY; | Southern District of New York | 7:24-cv-02044 | Judge Cathy Seibel |

| | | | |
|---|---|---|---|
| TYCO FIRE PRODUCTS LP, individually and as successor in interest to The Ansul Company; and<br>DOE DEFENDANTS 1-20, fictitious names whose present identities are unknown | | | |