BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| ------------------------------------------------------X | : | **MDL NO. 2873** |
| IN RE: AQUEOUS FILM-FORMING | : | |
| FOAMS (AFFF) PRODUCTS LIABILITY | : | This Document Relates To: |
| LITIGATION | : | *Certain Underwriters at Lloyd's London, et al. v. BASF Corporation, et al.,* |
| | : | |
| ------------------------------------------------------X | | Case No 1:24-cv-01684 (S.D.N.Y.). |

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 180 (CTO-180)

Pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned Insurer Parties, each of which is alleged to insure BASF Corporation, individually and/or as alleged successor-in-interest of Ciba-Geigy Corporation, Ciba Corporation, and/or Ciba Specialty Chemicals Corporation, respectfully move to vacate Conditional Transfer Order No. 180 (CTO – 180) for the reasons explained in the accompanying brief.

Dated: April 19, 2024

                                                    Respectfully submitted,

                                                    **MENDES & MOUNT, LLP**

                                                    */s/ Matthew B. Anderson*
                                                    Matthew B. Anderson (MA-9145)
                                                    750 Seventh Avenue
                                                    New York, New York 10019
                                                    T: (212) 261-8000
                                                    F: (212) 261-8750
                                                    Matthew.anderson@mendes.com
                                                    *Attorneys for Plaintiffs*
                                                    *Certain Underwriters at Lloyd's, London,*
                                                    *and Certain London Market Insurance Companies*

                                                    **CLYDE & CO US LLP**

                                                    */s/ Seth M. Jaffe*
                                                    Seth M. Jaffe
                                                    30 S. Wacker Dr., Suite 2600
                                                    Chicago, IL 60606-7512

Telephone: (312) 635-7000
seth.jaffe@clydeco.us
*Counsel for Defendant Coliseum Reinsurance Company, as successor by merger to AXA Insurance Company, formerly known as Colonia Insurance Company, a New York Corporation*

**ALSTON & BIRD LLP**

*/s/ Elizabeth A. Buckel*
Elizabeth A. Buckel
90 Park Avenue, 15th Floor
New York, NY 10016
T: (212) 210-9400
F: (212) 210-9444
elizabeth.buckel@alston.com
*Attorney for Defendants AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA*

**KENNEDYS LAW LLP**

*/s/ Benjamin A. Blume*
Benjamin A. Blume
Benjamin.blume@kennedyslaw.com
30 South Wacker Drive
Suite 3650
Chicago, Illinois 60606
T: (312) 800-5021
F: (312) 207-2110
*Attorney for Defendants Westport Insurance Company as successor-in-interest to Puritan Insurance Company f/k/a Manhattan Fire & Marine Insurance Company*

**WINDELS MARX LANE & MITTENDORF, LLP**

*/s/ Stefano V. Calogero*
Stefano V. Calogero (SC-0611)
One Giralda Farms
Madison, New Jersey 07940
T: (973) 966-3205
F: (973) 966-3250

2

scalogero@windelsmarx.com
*Attorney for Defendant Allstate Insurance Company, solely as successor in interest to Northbrook Excess & Surplus Insurance Company, formerly Northbrook Insurance Company*

**MURPHY & GRANTLAND, P.A.**

*/s/ Thomas McBratney*
J. Thomas McBratney III
Murphy & Grantland, P.A.
Post Office Box 6648
Columbia, SC 29260
T: (803) 454-1250
F: (803) 782-4140
tmcbratney@murphygrantland.com
*Attorneys for Defendants Everest Reinsurance Company (f/k/a Prudential Reinsurance Company) and TIG Insurance Company, as successor-in-interest by merger to Mt. McKinley Insurance Company (f/k/a Gibraltar Casualty Company)*

**RIVKIN RADLER LLP**

*/s/Anne M. Murray*
Anne M. Murray
Rivkin Radler LLP
926 RXR Plaza
Uniondale, NY 11556
T: (516) 357-3108
F: (516) 357-3333
anne.murray@rivkin.com
*Attorneys for Defendants*
*Allianz Versicherungs-AG*
*Interstate Fire & Casualty Company*
*Fireman's Fund Insurance Company, incorrectly sued herein as Allianz Global Risks US Insurance Company*

**WHITE AND WILLIAMS LLP**

*/s/ Robert F. Walsh*
Robert F. Walsh
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103

T: (215) 864-7045
F: (215) 399-9618
walshr@whiteandwilliams.com
*Attorneys for Defendants Insurance Company of North America, Oakwood Insurance Company, as successor to Central National Insurance Company of Omaha (named herein as Central National Insurance Company of Omaha), and ACE American Insurance Company*

**GOLDBERG SEGALLA LLP**

*/s/ Michael T. Glascott*
Michael T. Glascott
665 Main Street, Suite 200
Buffalo, N.Y. 14203-1425
T: (716) 566-5400
F: (716) 566-5401

mglascott@goldbergsegalla.com
*Attorneys for Defendant National Casualty Insurance Company*

**KARBAL, COHEN, ECONOMOU, SILK & DUNNE LLC**

*/s/ Wayne S. Karbal*
Wayne S. Karbal, Esq.
200 S. Wacker Drive
Suite 2550
Chicago, IL 60606
312-431-3610
wkarbal@karballaw.com
*Attorneys for Defendants Insurers First State Insurance Company; New England Reinsurance Corporation, Twin City Insurance Company*