BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

```
-------------------------------------------------------X
                                                       :   MDL NO. 2873
IN RE: AQUEOUS FILM-FORMING                            :
FOAMS (AFFF) PRODUCTS LIABILITY                        :   This Document Relates To:
LITIGATION                                             :
                                                       :   Certain Underwriters at Lloyd's London, et
                                                       :   al. v. BASF Corporation, et al.,
-------------------------------------------------------X   Case No 1:24-cv-01684 (S.D.N.Y.).
```

## SCHEDULE OF ACTION

| Case Caption | Court and Division | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; and CERTAIN LONDON MARKET INSURANCE COMPANIES<br><br>**Defendants:**<br>BASF CORPORATION, as alleged successor-in-interest of Ciba-Geigy Corporation, Ciba Corporation, and/or Ciba Specialty Chemicals Corporation; INSURANCE COMPANY OF NORTH AMERICA; CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA; HDI GLOBAL INSURANCE COMPANY; HDI GLOBAL SE; ACE AMERICAN INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a Aetna Casualty and Surety Company); ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; AIU INSURANCE COMPANY; MUNICH REINSURANCE AMERICA, INC. (f/k/a American Re-Insurance Company); LEXINGTON INSURANCE COMPANY; | United States District Court for the Southern District of New York | 1:24-cv-01684 | Judge Colleen McMahon |

| | | | |
|---|---|---|---|
| ALLSTATE INSURANCE COMPANY (as successor-in-interest to Northbrook Excess and Surplus Insurance Company); AXA GROUP AG; AXA INSURANCE COMPANY; ZURICH INTERNATIONAL (Bermuda) LIMITED; ALLIANZ VERSICHERUNGS-AG; EVEREST REINSURANCE COMPANY (f/k/a Prudential Reinsurance Company); TIG INSURANCE COMPANY, as successor in-interest by merger of Mt. McKinley Insurance Company (f/k/a Gibraltar Casualty Company); TWIN CITY FIRE INSURANCE COMPANY; NEW ENGLAND REINSURANCE CORPORATION; NATIONAL CASUALTY COMPANY; EMPLOYERS MUTUAL CASUALTY COMPANY; GRANITE STATE INSURANCE COMPANY; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; INTERSTATE FIRE & CASUALTY COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; RSA INSURANCE GROUP LIMITED; WESTPORT INSURANCE CORPORATION; and JOHN DOE INSURERS 1 – 50 | | | |