BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

```
-------------------------------------------------------X
                                                       :    MDL NO. 2873
IN RE: AQUEOUS FILM-FORMING                            :
FOAMS (AFFF) PRODUCTS LIABILITY                        :    This Document Relates To:
LITIGATION                                             :
                                                       :    Certain Underwriters at Lloyd's London, et
                                                       :    al. v. BASF Corporation, et al.,
-------------------------------------------------------X    Case No 1:24-cv-01684 (S.D.N.Y.).
```

## PROOF OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that, on April 19, 2024, copies of the foregoing Motion To Vacate Conditional Transfer Order No. 180 (CTO-180), the Brief In Support of Motion to Vacate the Conditional Transfer Order No. 180 (CTO-180), accompanying Schedule of Action (collectively, the "Motion"), dated April 19, 2024, was served on all parties in the manner described below.

Today, April 19, 2024, the following parties' counsel were served with the Motion via E-mail and/or ECF:

Lynda A. Bennett
Eric Jesse
Heather Weaver
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (973) 597-6339
lbennett@lowenstein.com
ejesse@lowenstein.com
hweaver@lowenstein.com
*Attorneys for Defendant BASF Corporation*

Anne Murray
Morgan Miller
**RIVKIN RADLER LLP**
926 RXR Plaza

1

Uniondale, NY 11556
T: (516) 357-3108
F: (516) 357-3333
anne.murray@rivkin.com
morgan.miller@rivkin.com
*Attorneys for Defendants*
*Allianz Versicherungs-AG Interstate Fire & Casualty Company*
*Fireman's Fund Insurance Company, incorrectly sued herein as Allianz Global Risks US Insurance Company*

Stefano V. Calogero
**WINDELS MARX LANE & MITTENDORF, LLP**
One Giralda Farms
Madison, NJ 07940
T: (973) 966-3205
F: (973) 966-3250
scalogero@windelsmarx.com
*Attorney for Defendant Allstate Insurance Company, solely as successor in interest to Northbrook Excess & Surplus Insurance Company, formerly Northbrook Insurance Company*

I. Jordan Lowe
**BATESCAREY LLP**
191 N. Upper Wacker Dr., Suite #2400
Chicago, IL 60606
T: (312) 762-3100
F: (312) 762-3200
ilowe@batescarey.com
*Attorneys for Defendants Munich Reinsurance America, Inc. (f/k/a American Re-Insurance Company)*

Elizabeth A. Buckel
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
T: (212) 210-9400
F: (212) 210-9444
elizabeth.buckel@alston.com
*Attorney for Defendants AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA*

Robert F. Walsh
**WHITE AND WILLIAMS LLP**
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103

T: (215) 864-7045
F: (215) 399-9618
walshr@whiteandwilliams.com

*Attorneys for Defendants Insurance Company of North America, Oakwood Insurance Company, as successor to Central National Insurance Company of Omaha (named herein as Central National Insurance Company of Omaha), and ACE American Insurance Company*

| | |
|---|---|
| J. Thomas McBratney III<br>**MURPHY & GRANTLAND, P.A.**<br>Post Office Box 6648<br>Columbia, SC 29260<br>T: (803) 454-1250<br>F: (803) 782-4140<br>tmcbratney@murphygrantland.com | Katie Falkenberg (*pro hac forthcoming*)<br>**AMUNDSEN DAVIS LLC**<br>150 North Michigan Avenue<br>Suite 3300<br>Chicago, IL 60601<br>T: (312) 894-3236<br>F: (312) 997-1752<br>kfalkenberg@amundsendavislaw.com |

*Attorneys for Defendants Everest Reinsurance Company (f/k/a Prudential Reinsurance Company) and TIG Insurance Company, as successor-in-interest by merger to Mt. McKinley Insurance Company (f/k/a Gibraltar Casualty Company)*

| | |
|---|---|
| Michael J. Tricarico<br>**KENNEDYS CMK LLP**<br>570 Lexington Avenue<br>8th Floor<br>New York, New York 10022<br>T : (646) 625-3952<br>F : (212) 832-4920<br>Michael.tricarico@kennedyslaw.com | Benjamin A. Blume<br>Benjamin.blume@kennedyslaw.com<br>Karen Andersen Moran<br>Karen.andersenmoran@kennedyslaw.com<br>**KENNEDYS CMK LLP**<br>30 South Wacker Drive<br>Suite 3650<br>Chicago, Illinois 60606<br>T: (312) 800-5021<br>F: (312) 207-2110 |

*Attorney for Defendants Westport Insurance Company as successor-in-interest to Puritan Insurance Company f/k/a Manhattan Fire & Marine Insurance Company*

Michael T. Glascott
**GOLDBERG SEGALLA LLP**
665 Main Street, Suite 200
Buffalo, N.Y. 14203-1425
T: (716) 566-5400
F: (716) 566-5401
mglascott@goldbergsegalla.com
*Attorneys for Defendant National Casualty Insurance Company*

Wayne S. Karbal, Esq.
Gerald Ziebell, Esq.
Maria Dodona, Esq.
**KARBAL, COHEN, ECONOMOU, SILK & DUNNE LLC**
200 S. Wacker Drive, Suite 2550
Chicago, IL 60606

T: (312) 413-3610
F: (312) 431-3670
wkarbal@karballaw.com
gziebell@karballaw.com
mdodona@karballaw.com
*Attorneys for Defendants First State Insurance Company; New England Reinsurance Corporation; Twin City Fire Insurance Company*

Suzanne Midlige
William Metcalf
**COUGHLIN MIDLIGE & GARLAND LLP**
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, NJ 07962
smidlige@cmg.law
wmetcalf@cmg.law
*Attorneys for Defendants HDI Global Insurance Company and HDI Global SE.*

Lynn K. Neuner
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
T: (212) 455-2696
F: (212) 455-2502
lneuner@stblaw.com
*Attorneys for Defendant Travelers Casualty and Surety Company (f/k/a Aetna Casualty and Surety Company)*

Seth Jaffe
Jamie Sanders
**CLYDE & CO, LLP**
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 635-7000
F: (312) 635-6950
seth.jaffe@clydeco.us
james.sanders@clydeco.us
*Counsel for Defendant Coliseum Reinsurance Company, as successor by merger to AXA Insurance Company, formerly known as Colonia Insurance Company, a New York Corporation*

Matthew Antonelli
Clarence Lee
**SAUL EWING LLP**
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, DC  20006
T: (202) 295-6608

matt.antonelli@saul.com
clarence.lee@saul.com
*Attorneys for Defendant Zurich International (Bermuda) Limited*

Today, April 19, 2024, the following parties were served with the Motion via Federal Express:

**EMPLOYERS MUTUAL CASUALTY COMPANY**
ATTN: Legal Department
**717 Mulberry St**
**Des Moines, IA 50309**
*Via FedEx*

**RSA INSURANCE GROUP LIMITED**
ATTN: Legal Department
**Floor 8 22 Bishopsgate**
**London, United Kingdom, EC2N 4BQ**
*Via FedEx*

**JOHN DOE INSURERS 1-50 -** *Not Applicable*

Dated: April 19, 2024

    Respectfully submitted,

    MENDES & MOUNT, LLP

By:   */s/ Matthew B. Anderson*
    Matthew B. Anderson (MA-9145)
    750 Seventh Avenue
    New York, New York 10019
    T: (212) 261-8000
    F: (212) 261-8750
    Matthew.anderson@mendes.com
    *Attorneys for Plaintiffs*
    *Certain Underwriters at Lloyd's, London,*
    *and Certain London Market Insurance Companies*