BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Aqueous Film-Forming Foams (AFFF) Products Liability Litigation | MDL No. 2873<br><br>*Jenkins-Griffin v. 3M Co., et al.,*<br>*No. 2:24-cv-00600 (E.D. VA)* |

## AMENDED CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Appearance and Corporate Disclosure Statement was served upon all counsel of record electronically via ECF on October 24, 2024, and via First Class Mail on the parties listed below on October 25, 2024.

*Via First Class Mail:*

JOHNSON CONTROLS, INC.
5757 N. Green Bay Ave.
P.O. Box 591
Milwaukee, WI 53201

MALLORY SAFETY AND SUPPLY LLC.
3241 NW Industrial St.
Portland, OR 97210

MUNICIPAL EMERGENCY SERVICES, INC.
12 Turnberry Lane, Second Floor
Sandy Hook, CT 06482

TEN CATE PROTECTIVE FABRICS USA D/B/A SOUTHERN MILLS INC.
74 Andrews Parkway
Senoia, Georgia 30276

4895-5245-1387.1
693466.1

Dated: October 25, 2024      Respectfully Submitted,

*/s/ Peter J. Van Zandt*
Peter J. Van Zandt (CA Bar No. 152321)
Kelsey J. Moe (CA Bar No. 328815)
ALLEN, GLAESSNER, HAZELWOOD &WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045
Pvanzandt@aghwlaw.com
Kmoe@aghwlaw.com
*Attorneys for Defendant PBI Performance Products, Inc.*