UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AQUEOUS FILM−FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                                MDL No. 2873

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −274)

On December 7, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 357 F.Supp.3d 1391 (J.P.M.L. 2018). Since that time, 1,114 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M. Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to the Honorable Richard M. Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

James V. Ingold
Clerk of the Panel

IN RE: AQUEOUS FILM−FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                                                 MDL No. 2873

### SCHEDULE CTO−274 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 25−01290 | Watson et al v. 3M Company et al |
| ALN | 2 | 25−01308 | Arnett et al v. 3M Company et al |
| ALN | 2 | 25−01309 | Kathleen Martinez et al v. 3m Company, et al |
| ALN | 2 | 25−01310 | McCurry et al v. 3M Company et al |
| ALN | 2 | 25−01313 | Mark Lee Caton et al v. 3m Company, et al |
| ALN | 2 | 25−01335 | Bolton et al v. 3M Company et al |
| ALN | 2 | 25−01336 | Clay et al v. 3M Company et al |
| ALN | 2 | 25−01337 | Brantley et al v. 3M Company et al |
| ALN | 2 | 25−01338 | Browning et al v. 3M Company et al |
| ALN | 2 | 25−01359 | Archuleta et al v. 3m Company et al |
| ALN | 2 | 25−01360 | Huckaby et al v. 3m Company et al |
| ALN | 2 | 25−01373 | Rains et al v. 3M Company et al |
| FLORIDA SOUTHERN | | | |
| FLS | 1 | 25−23732 | Antwine Jr et al v. 3M Company et al |
| FLS | 9 | 25−80960 | Bellinger et al v. The 3M Company et al |
| ILLINOIS SOUTHERN | | | |
| ILS | 3 | 25−01553 | Castro et al v. 3M Company et al |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 25−06724 | Benner et al v. The 3M Company et al |
| NYS | 1 | 25−06740 | Williams et al v. The 3M Company et al |