**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Aqueous Film-Forming Foams (AFFF) Products Liability Litigation | MDL No. 2873 |

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the Notice of Potential Tag-Along Actions for the following cases were served electronically on all counsel of record in the above-captioned matter via ECF by September 11, 2025 and that copies were also served by First Class Mail and/or Email on all parties in the following cases by September 11, 2025 as indicated below.

***Newsom, et al. v. 3M Co., et al.,* 2:25-cv-01506-MHH (N.D. Ala);**
***Njigha, et al. v. 3M Co., et al.*, 2:25-cv-01518-GMB (N.D. Ala);**
***Durante, et al. v. 3M Co., et al.*, 2:25-cv-01526-MHH (N.D. Ala)**

**By Mail and Email:**

Gregory A. Cade
Gary A. Anderson
Kevin B. McKie
Yahn Eric Olson
ENVIRONMENTAL LITIGATION GROUP, P.C.
2160 Highland Avenue South
Birmingham, AL 35205
Telephone: 205-328-9200
Facsimile: 205-328-9456
gregc@elglaw.com
gary@elglaw.com
kmckie@elglaw.com
yolson@elglaw.com

**Newsom, et al. v. 3M Co., et al., *2:25-cv-01506-MHH (N.D. Ala)*, Njigha, et al. v. 3M Co., et al., *2:25-cv-01518-GMB (N.D. Ala)*, Durante, et al. v. 3M Co., et al., *2:25-cv-01526-MHH (N.D. Ala)***

**By Email:**

David R. Erickson
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108
derickson@shb.com

***Counsel for Defendants E.I. Du Pont De Nemours and Company; The Chemours Company; and Chemours Company FC, LLC***

Katherine L.I. Hacker
Bartlit Beck LLP
1801 Wewatta St., 12th Floor
Denver, CO 80202
kat.hacker@bartlitbeck.com

***Counsel for Defendants Du Pont de Nemours, Inc. f/k/a DowDuPont Inc.; and Corteva, Inc.***

Daniel A. Spira
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
dspira@sidley.com

***Counsel for Defendant Arkema, Inc.***

Jonathan Blakley
Gordon Rees Scully Mansukhani, LLP
1 N. Franklin St., Suite 800
Chicago, IL 60606
jblakley@grsm.com

***Counsel for Defendant ChemDesign Products, Inc.***

Oliver E. Twaddell
Goldberg Segalla, LLP
711 Third Avenue, Suite 1900
New York, NY 10017
otwaddell@goldbergsegalla.com

***Counsel for Defendant Chemicals, Inc.***

Liam J. Montgomery
Williams & Connolly LLP

725 12th Street, N.W.
Washington, DC 20005
lmontgomery@wc.com

***Counsel for Defendants Tyco Fire Products LP, as successor-in-interest to The Ansul Company; and Chemguard, Inc.***

Scott Winkelman
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
swinkelman@crowell.com

***Counsel for Defendant AGC Chemicals Americas Inc.***

J Alan Truitt
Kazmarek Mowrey Cloud Laseter LLP
1914 4th Avenue N, Suite 400
Birmingham, AL 35203
atruitt@kmcllaw.com

***Counsel for Defendant Amerex Corporation***

Melanie Black Dubis
Charles Raynal
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 400
Raleigh, NC 27601
melaniedubis@parkerpoe.com
charlesraynal@parkerpoe.com

***Counsel for Defendants Archroma U.S., Inc.; and Clariant Corp.***

Kurt D. Weaver
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
kurt.weaver@wbd-us.com

***Counsel for Defendant Deepwater Chemicals, Inc.***

Addie K.S. Ries
Kirk G. Warner
Clifton L. Brinson
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P.
P.O. Box 2611

Raleigh, NC 27602-2611
aries@smithlaw.com
kwarner@smithlaw.com
cbrinson@smithlaw.com

***Counsel for Defendant Dynax Corporation***

Matt Holian
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
matt.holian@us.dlapiper.com

John Wellschlager
DLA PIPER LLP (US)
The Marbury Building
6224 Smith Avenue
Baltimore, MD 21209-3600
john.wellschlager@dlapiper.com

***Counsel for Defendant BASF Corporation***

Ruth A. Levy
Womble Bond Dickinson (US) LLP
1221 Main Street, Suite 1600
Columbia, SC 29201
ruth.levy@wbd-us.com

***Counsel for Defendant Nation Ford Chemical Company***

Jonathan I. Handler
Day Pitney LLP
One Federal Street, 29th Floor
Boston, MA 02110
jihandler@daypitney.com

***Counsel for Defendants Buckeye Fire Equipment Company; Carrier Global Corporation; Carrier Fire & Security Americas, LLC; and Carrier Fire & Security Corporation, LLC; Chubb Fire, Ltd.; Kidde PLC; UTC Fire & Security Americas Corporation, Inc., f/k/a GE Interlogix, Inc.; and United Technologies Corporation***

Christopher L Yeilding
BALCH & BINGHAM
1901 Sixth Avenue North, Ste. 1500
Birmingham, AL 35201
Email: cyeilding@balch.com

***Counsel for Defendant Daikin America, Inc.***

Keith E. Smith
GREENBERG TRAURIG, LLP
Three Logan Square
1717 Arch Street, Suite 400
Philadelphia, PA 19103
smithkei@gtlaw.com

***Counsel for Defendant National Foam, Inc.***

Colin K. Kelly
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Colin.kelly@alston.com

***Counsel for Defendant Fire Service Plus, Inc.***

Lynn Kanaga Brugh, IV
Williams Mullen (Richmond)
200 South 10th Street
Suite 1600
PO Box 1320
Richmond, VA 23219
Email: lbrugh@williamsmullen.com

James L. Stengel
Paige Pavone
Orrick Herrington and Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
Email: jstengel@orrick.com
Email: ppavone@orrick.com

***Counsel for Defendant Globe Manufacturing Company LLC***

Stephen D Feldman
Robinson Bradshaw and Hinson PA
434 Fayetteville Street
Suite 1600
Raleigh, NC 27601
Email: sfeldman@robinsonbradshaw.com

Amanda Pickens Nitto

Gregory Lee Skidmore
Robinson Bradshaw and Hinson PA
101 N Tryon Street
Suite 1900
Charlotte, NC 28246
Email: anitto@robinsonbradshaw.com
Email: gskidmore@robinsonbradshaw.com

***Counsel for Defendant Honeywell Safety Product USA, Inc.***

Glenn A. Friedman
Paul A. Desrochers
LEWIS BRISBOIS BISGAARD & SMITH LLP
333 Bush Street, Suite 1100
San Francisco, CA 94104-2872
Glenn.Friedman@lewisbrisbois.com
Paul.Desrochers@lewisbrisbois.com

***Counsel for Defendant Lion Group, Inc.***

Barbara J Wagner
Morris Dawes Cooke, Jr
Barnwell Whaley Patterson and Helms (Cha)
PO Drawer H
211 King Street
Suite 300
Charleston, SC 29402
Email: bwagner@barnwell-whaley.com
Email: mdc@barnwell-whaley.com

Rachael Lewis Anna
Wyche, P.A.
P.O. Box 728
Greenville, SC 29602
Email: ranna@wyche.com

***Counsel for Defendant Milliken & Company***

Kelsey J Moe
Peter James Van Zandt
Allen Glaessner Hazelwood and Werth LLP
180 Montgomery Street
Suite 1200
San Francisco, CA 94104-4272
Email: kmoe@aghwlaw.com
Email: pvanzandt@aghwlaw.com

***Counsel for Defendant PBI Performance Products, Inc.***

Andre Hunter, Jr
Y'Noka Bass
Jessica Gutierrez
Gordon Rees Scully Mansukhani (Chi IL)
1 N Franklin Street
Suite 800
Chicago, IL 60606
Email: aahunter@grsm.com
Email: ybass@grsm.com
Email: jxgutierrez@grsm.com

Jonathan B Blakley
Gordon Rees Scully Mansukhani LLP (IL)
1 North Wacker
Suite 1600
Chicago, IL 60606
Email: jblakley@grsm.com

***Counsel for Defendant Safety Components Fabric Technologies, Inc.***

Mark Steven Cheffo
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Email: mark.cheffo@dechert.com

***Counsel for Defendant W.L. Gore & Associates Inc.***

**By Mail:**

JOHNSON CONTROLS, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

PERIMETER SOLUTIONS, LP
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

ALLSTAR FIRE EQUIPMENT
c/o Joseph A Sposato
12328 Lower Azusa Road
Arcadia, CA 91006

CB GARMENT, INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

FIRE-DEX, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

INNOTEX CORP.
c/o Corporation Service Company
251 Little Falls Dr
Wilmington, DE 19808

L.N. CURTIS & SONS
c/o Paul F. Curtis
185 Lennon Lane, Suite 110
Walnut Creek, CA 94598

MINE RESPIRATOR COMPANY LLC f/k/a MINE SAFETY APPLIANCES CO., LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

MSA SAFETY INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

MUNICIPAL EMERGENCY SERVICES, INC.
c/o National Registered Agents, Inc.
701 S Carson St, Ste. 200
Carson City, NV 89701

NARCOTE LLC d/b/a STEDFAST USA, INC.
c/o Corporation Service Company

2908 Poston Ave
Nashville, TN 37203

RICOCHET MANUFACTURING CO., INC.
4700 Wissahickon Ave.
Bldg. 1 Box 112
Philadelphia, PA 19144

SOUTHERN MILLS, INC. d/b/a TENCATE PROTECTIVE FABRICS
c/o Mark D. Christman
6501 Mall Boulevard
Union City, GA 30290

SPRINGFIELD LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

VERIDIAN LIMITED
c/o William A. Van Lent
3710 W. Milwaukee St.
Spencer, IA 51301

WITMER PUBLIC SAFETY GROUP
101 Independence Way
Coatesville, PA 19320

***Defendants***

Respectfully submitted,
**Defendant 3M Company**

DATED: September 11, 2025

*/s/ Daniel L. Ring*

Daniel L. Ring
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2625
Fax: (312) 527-0484
dring@jenner.com

*Counsel for Defendant 3M Company*