# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |
|---|---|

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
| Defendant 2 | AGC CHEMICALS AMERICAS, INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S., INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant I0 | CHEMGUARD, INC. |
| Defendant 11 | CHUBB FIRE, LTD. |
| Defendant 12 | CLARIANT CORPORATION |
| Defendant 13 | CORTEVA, INC. |
| Defendant 14 | DUPONT DE NEMOURS INC. (f/k/a DOWDUPONT, INC.) |
| Defendant 15 | DYNAX CORPORATION |
| Defendant 16 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 17 | KIDDE PLC |
| Defendant 18 | NATIONAL FOAM, INC. |
| Defendant 19 | RAYTHEON TECHNOLOGIES CORPORATION |
| Defendant 20 | THE CHEMOURS COMPANY, individually and as successor in interest to Dupont Chemical Solutions Enterprise |
| Defendant 21 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 22 | TYCO FIRE PRODUCTS L.P. |
| Defendant 23 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 24 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

☐ Diversity

☐ Federal Question

☒ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐ Other: ____________________

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer
Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

Count I – Defective Design
Count II – Failure to Warn
Count III – Negligence
Count IV – Negligence Per Se
Count V – Trespass and Battery
Count VI – Strict Product Liability
Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
Count VIII – Concealment, Misrepresentation, and Fraud
Count IX – Conspiracy
Count X – Wrongful Death
Count XI – Loss of Consortium

Other Causes of Action:
Count XII – ____________________
Count XIII – ____________________
Count XIV – ____________________
Count XV – ____________________
Count XVI – ____________________
Count XVII – ____________________
Count XVIII – ____________________
Count XIX – ____________________
Count XX – ____________________

Others

____________________
____________________
____________________

## Jm;y_Demand

10. Plaintiffs demand a trial by jmy as to all claims in this action.

Dated: September 3, 2025

Respectfully submitted,

*Isl Wesley A. Bowden, Esq.*

Wesley A. Bowden, Esq.
Matthew P. Marcin, Esq.
J. Caleb Cunningham, Esq.
**Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
P: (850) 435-7186 / F: (850) 436-6186
wbowden@levinlaw.com
IIIIlarcin@levinlaw.com
ccunningham@levinlaw.com
***Counsel for Plai11tiffs***

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Danny Abrams Jr. | 4/4/1970 | IN | Middle District of Florida | No | Clearwater Water System (FL6520336) | No | Kidney Cancer | 1-9 |
| 2 | Alice Achtzehn | 2/10/1942 | CA | Central District of California | No | Eastern Municipal Water District (CA3310009) | No | Kidney Cancer | 1-9 |
| 3 | Charles Adams | 9/16/1981 | CA | Eastern District of California | No | San Gabriel Valley Water Company - Fontana (CA3610041) | No | Kidney Cancer | 1-9 |
| 4 | Markus Aguirre | 3/25/1977 | TX | Western District of Texas | No | El Paso Water Utilities Public Service (TX0710002) | No | Testicular Cancer | 1-9 |
| 5 | Kari Allen | 12/16/1964 | FL | Middle District of Florida | No | Sunrise Springtree (FL4061410) | No | Kidney Cancer | 1-9 |
| 6 | Ralph Altamirano | 1/19/1968 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 7 | Jose Alvarado Rodriguez | 11/22/1945 | TX | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 8 | Brenda Amos | 10/9/1953 | WV | Southern District of West Virginia | No | Parkersburg Utility Board (WV3305407) | No | Kidney Cancer | 1-9 |
| 9 | Daniel Arruda | 4/29/1972 | FL | Middle District of Florida | No | PCUD - Pasco County Regional PWS (FL6511361) | No | Testicular Cancer | 1-9 |
| 10 | Ralph Barrera | 1/13/1968 | TX | Western District of Texas | No | San Antonio Water System (TX0150018) | No | Kidney Cancer | 1-9 |
| 11 | Noah A Bedwell | 2/16/2001 | IL | Southern District of Illinois | No | Bethalto (IL1190150) | No | Testicular Cancer | 1-9 |
| 12 | James Blackburn | 3/20/1983 | IN | Southern District of Indiana | No | City of Avon Park (FL6280049) | No | Testicular Cancer | 1-9 |
| 13 | Larry Blevins | 2/25/1941 | VA | Western District of Virginia | No | Western Virginia Water Authority (VA2770900) | No | Kidney Cancer | 1-9 |
| 14 | Mary Boney | 1/31/1951 | TX | Southern District of Texas | No | City Of Crowley (TX2200034) | No | Kidney Cancer | 1-9 |
| 15 | Christine Bonsel | 4/7/1948 | FL | Middle District of Florida | No | Pinellas County Utilities (FL6521405) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 16 | Leon Breckenridge | 10/13/1947 | MA | District of Massachusetts | No | Peabody Water Dept. (MA3229000) | No | Kidney Cancer | 1-9 |
| 17 | Barry Brooks | 11/20/1954 | CO | District of Colorado | No | Parker WSD (CO0118040) | No | Kidney Cancer | 1-9 |
| 18 | Robert Brown | 5/17/1960 | NY | Eastern District of New York | No | City of Richmond (VA4760100) | No | Kidney Cancer | 1-9 |
| 19 | Caleb Butler | 10/4/1997 | AL | Southern District of Alabama | No | Birmingham Water Works Board (AL0000738) | No | Ulcerative Colitis | 1-9 |
| 20 | Luisa Carrasquillo | 4/1/1971 | FL | Southern District of Florida | No | City of North Bay Village (FL4130970) | No | Kidney Cancer | 1-9 |
| 21 | Caroline M Cravens | 1/14/1975 | OH | Southern District of Ohio | No | Columbus Public Water System (OH2504412) | No | Ulcerative Colitis | 1-9 |
| 22 | Erik Faries | 11/20/1982 | LA | Eastern District of Louisiana | No | New Orleans Carrollton WW (LA107009) | No | Ulcerative Colitis | 1-9 |
| 23 | Dannie Gray | 4/25/1977 | VA | Eastern District of Virginia | No | City of Norfolk (VA3710100) | No | Kidney Cancer | 1-9 |
| 24 | Lacee Harper | 11/6/1996 | NJ | District of New Jersey | No | City of Baltimore (MD0300002) | No | Ulcerative Colitis | 1-9 |
| 25 | Adam Hibner | 6/3/1986 | IN | District of Alaska | No | Eielson - Air Force Base (AK2370625) | No | Testicular Cancer | 1-9 |
| 26 | Adam Horning | 10/3/1977 | CO | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Testicular Cancer | 1-9 |
| 27 | Joshua Kimes | 7/26/1988 | OH | Southern District of Ohio | No | Middleport Village PWS (OH5300112) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 28 | Andrew Kolkiewicz | 8/24/1990 | AK | District of Alaska | No | MOA Municipality of Anchorage (AK2210906) | No | Testicular Cancer | 1-9 |
| 29 | Diann Lancaster | 1/2/1960 | AR | Eastern District of Arkansas | No | Dermott Waterworks (AR0000082) | No | Kidney Cancer | 1-9 |
| 30 | Gail E Lusane | 4/6/1959 | MI | Eastern District of Michigan | No | Indiana American Water - Northwest (IN5245015) | No | Kidney Cancer | 1-9 |
| 31 | Kathleen McArdle | 4/7/2005 | PA | Eastern District of Pennsylvania | No | WEAVERLAND VALLEY AUTHORITY – TERRE HILL SYSTEM (PA7360119) | No | Ulcerative Colitis | 1-9 |
| 32 | Tyler J McKiney | 8/29/1991 | IA | Northern District of Iowa | No | Waterloo Water Works (IA0790074) | No | Ulcerative Colitis | 1-9 |
| 33 | John Miller | 1/17/1990 | NC | Middle District of North Carolina | No | Town of Wingate (NC0190030) | No | Testicular Cancer | 1-9 |
| 34 | Frank Moshman | 12/1/1962 | NY | Southern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 35 | Luella Murray | 11/27/1944 | CA | Northern District of California | No | US Naval Base Guam (GU0000010) | No | Kidney Cancer | 1-9 |
| 36 | Sheryl Pauli | 7/28/1972 | OH | Northern District of Ohio | No | Winter Garden Water Dept (3 Wps) (FL3481481) | No | Kidney Cancer | 1-9 |
| 37 | Daniel Pierini | 10/10/1986 | TX | Central District of California | No | Pomona-City Water Department (CA1910126) | No | Ulcerative Colitis | 1-9 |
| 38 | River Robles | 1/22/2003 | SC | District of Arizona | No | Town of Gilbert (AZ0407092) | No | Ulcerative Colitis | 1-9 |
| 39 | Tijhera Rogers | 1/18/1994 | NV | Central District of California | No | Ontario Municipal Utilities Company (CA3610034) | No | Kidney Cancer | 1-9 |
| 40 | Gary Rosenfeld | 3/1/1956 | FL | Southern District of Georgia | No | Augusta-Richmond County WS (GA2450000) | No | Kidney Cancer | 1-9 |
| 41 | Talia Rosner | 6/7/1988 | FL | Southern District of New York | No | Suffern Village (NY4303675) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 42 | Stephen Rotz | 10/23/1980 | OH | Southern District of Ohio | No | Columbus Public Water System (OH2504412) | No | Testicular Cancer | 1-9 |
| 43 | Dana Rouse | 7/25/1972 | TX | Western District of Louisiana | No | South Rayne Water Corporation (LA1001022) | No | Kidney Cancer | 1-9 |
| 44 | Dennis Rowe | 12/21/1971 | AZ | Central District of California | No | Elsinore Valley MWD (CA3310012) | No | Kidney Cancer | 1-9 |
| 45 | Jorge Sanchez | 1/28/1971 | AZ | Central District of California | No | Inglewood City Water Department (CA1910051) | No | Kidney Cancer | 1-9 |
| 46 | James Sanders | 10/14/1969 | TN | Middle District of Illinois | No | Schiller Park (IL0312850) | No | Ulcerative Colitis | 1-9 |
| 47 | Jackie Santistevan | 7/26/1961 | NM | District of New Mexico | No | El Paso Water Utilities Public Service (TX0710002) | No | Testicular Cancer | 1-9 |
| 48 | Mary Sapp | 2/27/1943 | TN | Middle District of North Carolina | No | City of Winston-Salem (NC0234010) | No | Liver Cancer | 1-9 |
| 49 | Antonio Saucedo | 8/13/1961 | WA | Middle District of Alabama | No | Enterprise Water Works (AL0000296) | No | Testicular Cancer | 1-9 |
| 50 | Michael Scott | 9/19/1977 | MD | Southern District of West Virginia | No | City of Vienna (WV3305411) | No | Kidney Cancer | 1-9 |
| 51 | Vincent Sedillo | 10/18/1976 | NM | District of New Mexico | No | City of Thornton (CO0101150) | No | Testicular Cancer | 1-9 |
| 52 | Norma Senes | 2/16/1963 | TX | Southern District of Florida | No | City of North Miami (FL4130977) | No | Kidney Cancer | 1-9 |
| 53 | Julie Sha | 10/11/1976 | OR | Northern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Kidney Cancer | 1-9 |
| 54 | Kevin Shaw | 8/25/1958 | TX | Western District of Texas | No | Oklahoma City (OK1020902) | No | Testicular Cancer | 1-9 |
| 55 | James Shelton | 12/12/1975 | TN | Western District of Missouri | No | Fort Leonard Wood (MO3079500) | No | Ulcerative Colitis | 1-9 |
| 56 | Todd Sherman Sr. | 12/7/1960 | LA | Western District of Louisiana | No | City of Mount Clemens (MI0004510) | No | Kidney Cancer | 1-9 |
| 57 | Diane Sherrill | 3/14/1966 | IA | Northern District of Iowa | No | Clayton County Water Authority (GA0630000) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 58 | Sean A. Shields | 5/21/1968 | MO | Western District of Missouri | No | Honolulu-Windward-Pearl Harbor Water Company (HI0000331) | No | Kidney Cancer | 1-9 |
| 59 | Shawn Sigmon | 7/28/1971 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 60 | Cynthia Simmons | 10/12/1964 | KY | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Ulcerative Colitis | 1-9 |
| 61 | Teri Singer | 5/27/1984 | OH | Southern District of West Virginia | No | Parkersburg Utility Board (WV3305407) | No | Ulcerative Colitis | 1-9 |
| 62 | Brian Smith | 5/5/1973 | TN | Northern District of Alabama | No | Muscle Shoals Utility Board (AL0000321) | No | Kidney Cancer | 1-9 |
| 63 | Johntay Smith | 5/3/2004 | CA | Central District of California | No | City of Glendale (AZ0407093) | No | Ulcerative Colitis | 1-9 |
| 64 | Mary Smith | 2/20/1954 | IN | Western District of North Carolina | No | Kings Mountain, Town Of (NC0123020) | No | Kidney Cancer | 1-9 |
| 65 | Matthew Smith | 1/5/1981 | MD | District of Maryland | No | Stafford County Utilities (VA6179100) | No | Kidney Cancer | 1-9 |
| 66 | Brian Soby | 11/5/1961 | KS | District of Kansas | No | MOA Municipality of Anchorage (AK2210906) | No | Kidney Cancer | 1-9 |
| 67 | Debra Solesbee | 4/11/1953 | SC | Southern District of Georgia | No | Augusta-Richmond County WS (GA2450000) | No | Kidney Cancer | 1-9 |
| 68 | Sandra Soriano | 6/13/1982 | CA | Central District of California | No | Hesperia Water District (CA3610024) | No | Ulcerative Colitis | 1-9 |
| 69 | Eric Soucy | 8/16/1974 | NH | Southern District of Florida | No | Palm Springs, Village Of (FL4501058) | No | Testicular Cancer | 1-9 |
| 70 | James Spradling | 9/12/1947 | TN | Eastern District of North Carolina | No | Cape Fear Public Utilities Authority - Wilmington (NC0465010) | No | Kidney Cancer | 1-9 |
| 71 | Michael Stanton | 8/26/1961 | TX | Central District of California | No | City of Huntington Beach (CA3010053) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 72 | Jamie R Statler | 8/12/1968 | NE | Central District of California | No | Lynwood City Water Department (CA1910079) | No | Kidney Cancer | 1-9 |
| 73 | Shannon Stewart | 3/28/1968 | TX | Southern District of Mississippi | No | City Of Philadelphia (MS0500008) | No | Kidney Cancer | 1-9 |
| 74 | Andrew Stolze | 11/5/1986 | NE | Northern District of Iowa | No | Sioux City Water Supply (IA9778054) | No | Testicular Cancer | 1-9 |
| 75 | Albert Sturtz | 7/20/1979 | TN | Norhtern District of Ohio | No | Aqua Ohio - Massillon Pws (OH7604512) | No | Testicular Cancer | 1-9 |
| 76 | Johnnie Sullivan | 2/6/1967 | TX | Eastern District of Texas | No | Edmond Pwa - Arcadia (OK1020723) | No | Kidney Cancer | 1-9 |
| 77 | Steven Sumner | 2/13/1967 | FL | Northern District of Georgia | No | City of Woodstock (GA0570003) | No | Kidney Cancer | 1-9 |
| 78 | Joshua Sutherland | 2/6/1982 | VA | Northern District of Texas | No | City Of Richardson (TX0570015) | No | Kidney Cancer | 1-9 |
| 79 | Benjamine Tarquinio | 9/1/1973 | TX | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Kidney Cancer | 1-9 |
| 80 | Stephen Taubel | 10/31/1982 | MN | District of Minnesota | No | Eden Prairie (MN1270010) | No | Ulcerative Colitis | 1-9 |
| 81 | Glenn Taylor | 9/16/1969 | TX | Eastern District of North Carolina | No | Greenville Utilities Commission (NC0474010) | No | Testicular Cancer | 1-9 |
| 82 | Syiaa Taylor | 12/10/1986 | FL | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Liver Cancer | 1-9 |
| 83 | Brian Teed | 11/19/1972 | WA | Southern District of California | No | Camp Pendleton (North) (CA3710700) | No | Testicular Cancer | 1-9 |
| 84 | Stephen Teuton | 2/3/1994 | OR | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Testicular Cancer | 1-9 |
| 85 | Amal Thomas | 8/19/1993 | TX | Northern District of Texas | No | Bellevue City Of (WA5305575) | No | Testicular Cancer | 1-9 |
| 86 | Charles Stephen Thomas | 12/16/1956 | KY | Eastern District of Kentucky | No | WVAWC - Huntington District (WV3300608) | No | Kidney Cancer | 1-9 |
| 87 | Dustin Thomas | 1/5/1981 | TN | Middle District of North Carolina | No | City of Greensboro (NC0241010) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 88 | Jonathon Thomas | 5/9/1991 | NJ | Eastern District of Pennsylvania | No | PA American Water - Norristown (PA1460046) | No | Testicular Cancer | 1-9 |
| 89 | Matthew Thomas | 4/21/1973 | TX | Eastern District of Tennessee | No | Tennessee American Water - Chattanooga (TN0000107) | No | Testicular Cancer | 1-9 |
| 90 | Theresa Thorley | 4/2/1949 | FL | District of Massachusetts | No | Quincy Water Dept. (Mwra) (MA3243000) | No | Kidney Cancer | 1-9 |
| 91 | Mason Throneburg | 11/6/1989 | NC | Central District of California | No | Rancho California Water District (CA3310038) | No | Testicular Cancer | 1-9 |
| 92 | Charles Tipton | 5/27/1964 | TN | Eastern District of Tennessee | No | Arlington County (VA6013010) | No | Testicular Cancer | 1-9 |
| 93 | Cory Torbitt | 12/19/1984 | NY | Northern District of New York | No | OCWA (NY3304336) | No | Kidney Cancer | 1-9 |
| 94 | Luis Torres | 12/4/1979 | FL | Eastern District of Pennsylvania | No | Wyomissing Borough Water System (PA3060083) | No | Testicular Cancer | 1-9 |
| 95 | Richard E Tostenson | 7/2/1989 | AL | Southern District of Georgia | No | Augusta-Richmond County WS (GA2450000) | No | Testicular Cancer | 1-9 |
| 96 | Michael T Trapp | 3/12/1974 | OH | Middle District of Florida | No | Ocud/Western Regional Wtr Sys (4 Wps) (FL3481546) | No | Ulcerative Colitis | 1-9 |
| 97 | Ben Traughber | 5/28/1983 | IN | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Ulcerative Colitis | 1-9 |
| 98 | Raymond Trevena | 6/30/1963 | WY | District of Wyoming | No | Tarpon Springs Water System (FL6521784) | No | Kidney Cancer | 1-9 |
| 99 | Brandon Ulry | 9/19/1973 | TX | District of Kansas | No | Manhattan, City Of (KS2016112) | No | Testicular Cancer | 1-9 |
| 100 | Marie Valentine | 5/29/1942 | FL | Eastern District of New York | No | Town Of Hempstead Water Department (NY2900000) | No | Kidney Cancer | 1-9 |
| 101 | Mary Vance | 11/22/1962 | OH | Middle District of Florida | No | Orlando Utilities Commission (FL3480962) | No | Kidney Cancer | 1-9 |
| 102 | Orlando Vargas | 8/25/1962 | TX | Northern District of Texas | Yes | Oklahoma City (OK1020902) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 103 | Lon Varns | 3/4/1975 | TX | Western District of Texas | No | Birmingham Water Works (AL0000738) | No | Kidney Cancer | 1-9 |
| 104 | Richard Vasquez Sr | 2/23/1961 | MO | Eastern District of California | No | Modesto Irrigation District;Modesto, City Of (CA5010038) | No | Kidney Cancer | 1-9 |
| 105 | Esther Vassar | 4/2/1939 | TX | Eastern District of North Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 106 | James Vaughan | 9/6/1973 | CO | Southern District of Florida | No | Seacoast Utilities Authority (FL4501124) | No | Testicular Cancer | 1-9 |
| 107 | Linda Vetrano | 1/27/1954 | AZ | Central District of California | No | Glendale-City, Water Dept. (CA1910043) | No | Kidney Cancer | 1-9 |
| 108 | Antonio Villarreal | 8/22/1996 | SD | District of South Dakota | No | Town Of Little Elm (TX0610035) | No | Testicular Cancer | 1-9 |
| 109 | Ronni R Wagnon | 9/29/1977 | OK | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 110 | Anthony Michael Wallace | 6/17/1961 | SD | Western District of North Carolina | No | Union County Water System (NC0190413) | No | Kidney Cancer | 1-9 |
| 111 | William Wallcoen | 11/16/1952 | NC | Eastern District of California | No | City Of Atwater (CA2410001) | No | Kidney Cancer | 1-9 |
| 112 | David Walsh | 8/13/1978 | OH | Southern District of West Virginia | No | WVAWC - Huntington District (WV3300608) | No | Testicular Cancer | 1-9 |
| 113 | Raymond Walter | 3/1/1954 | MO | Central District of Illinois | No | Quincy (IL0010650) | No | Kidney Cancer | 1-9 |
| 114 | Kevin Wang | 2/26/1968 | IN | Middle District of Florida | No | Naples Water Department (FL5110198) | No | Testicular Cancer | 1-9 |
| 115 | Joshua Ward | 4/23/1980 | SC | Southern District of Florida | No | Riviera Beach Utility District (FL4501229) | No | Testicular Cancer | 1-9 |
| 116 | Robert Warren | 10/26/1949 | SC | Middle District of Georgia | No | Usaf-Moody Air Force Base-Main (GA1850125) | No | Kidney Cancer | 1-9 |
| 117 | Linda Waters | 5/26/1950 | FL | Southern District of Alabama | No | Saraland Water & Sewer Service (AL0001021) | No | Kidney Cancer | 1-9 |
| 118 | Roger Wazen | 8/22/1964 | VA | District of Maryland | No | Maryland American Water Company (MD0120003) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 119 | Cynthia Webb | 4/17/1972 | AZ | Northern District of Illinois | No | Bartlett (IL0314120) | No | Ulcerative Colitis | 1-9 |
| 120 | Angela Weldon | 11/10/1966 | TX | Western District of Louisiana | No | Ruston Water System (LA1061017) | No | Kidney Cancer | 1-9 |
| 121 | Barbara Werner | 2/28/1946 | WY | District of Wyoming | No | Iowa-American Water Co-Davenport (IA8222001) | No | Kidney Cancer | 1-9 |
| 122 | Thomas I. West | 1/27/1992 | CO | District of Colorado | No | City Of Alexandria (VA6510010) | No | Testicular Cancer | 1-9 |
| 123 | Melissa White | 4/24/1982 | TX | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Ulcerative Colitis | 1-9 |
| 124 | Tanya White | 3/15/1977 | VA | District of Maryland | No | City of Baltimore (MD0300002) | No | Kidney Cancer | 1-9 |
| 125 | James Willbanks | 7/15/1970 | AE | Northern District of Georgia | No | Dalton Utilities (GA3130000) | No | Kidney Cancer | 1-9 |
| 126 | Edward C Willhoite | 6/8/1974 | TX | Central District of California | No | Santa Clarita Valley W.A. - Santa Clarita (CA1910017) | No | Kidney Cancer | 1-9 |
| 127 | Charles Williams | 6/10/1964 | TX | Eastern District of North Carolina | No | Franklin County Water & Sewer (NC0235030) | No | Kidney Cancer | 1-9 |
| 128 | Maurice Williams | 7/13/1968 | TX | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Kidney Cancer | 1-9 |
| 129 | Michael Wilson | 8/5/1975 | OR | Northern District of California | No | Cal Am Water - Monterey (CA2710004) | No | Testicular Cancer | 1-9 |
| 130 | Skye Wilson | 3/5/1982 | OR | Eastern District of California | No | Sacramento County Water Authority - Laguna/Vineyard (CA3410029) | No | Ulcerative Colitis | 1-9 |
| 131 | Stanley Wilson | 2/12/1951 | OH | Northern District of Georgia | No | Buford (GA1350000) | No | Kidney Cancer | 1-9 |
| 132 | Stephen Wilson | 1/30/1956 | SC | Northern District of Alabama | No | Shelby County Water System (AL0001671) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 133 | Thomas L Wilson | 1/15/1945 | AL | Northern District of Georgia | No | Paulding County Water System;Cobb County (GA2230002) | No | Kidney Cancer | 1-9 |
| 134 | Steven Wolfe | 8/29/1965 | MS | Eastern District of California | No | Modesto Irrigation District;Modesto, City Of (CA5010038) | No | Kidney Cancer | 1-9 |
| 135 | Ronald D. Wolowicz | 5/27/1971 | OH | Middle District of North Carolina | No | City of Winston-Salem (NC0234010) | No | Testicular Cancer | 1-9 |
| 136 | Michael Wood | 8/2/1963 | MD | District of New Jersey | No | Aberdeen Water Department - Cliffwood/Cliffwood Beach System (NJ1330002) | No | Kidney Cancer | 1-9 |
| 137 | Robert Woodstock | 6/12/1957 | OH | Western District of Michigan | No | Kalamazoo (MI0003520) | No | Kidney Cancer | 1-9 |
| 138 | Michael Worlow | 9/14/1972 | VA | Northern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Testicular Cancer | 1-9 |
| 139 | Fredrick Wright | 3/13/1963 | OH | Southern District of Ohio | No | Clarksville Water Department (TN0000116) | No | Testicular Cancer | 1-9 |
| 140 | Angela Yancy | 12/3/1971 | AL | Northern District of Georgia | No | City of Calhoun (GA1290000) | No | Kidney Cancer | 1-9 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described herein.
2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S., INC. |
| Defendant 5 | ARKEMA, INC. |
| Defendant 6 | BUCK EYE FIRE EQUIPMENT |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 9 | CHEMGUARD, INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP. |
| Defendant 14 | CORTEVA, INC. |
| Defendant 15 | DEEPWATER CHEMICALS INC. |
| Defendant 16 | DU PONT DE NEMOURS INC. (f/k/a DOWDUPONT INC. |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | NATION FORD CHEMICALCOMPANY |
| Defendant 20 | NATIONAL FOAM, INC. |
| Defendant 21 | THE CHEMOURS COMPANY |
| Defendant 22 | TYCO FIRE PRODUCTS LP |
| Defendant 23 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 24 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

☒ Diversity

☐ Federal Question

☒ The “Mass Action” provisions of the Class Action Fairness Act (“CAFA”), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐ Other: ______________________________________________.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS as a result of:

- Exposure to drinking water contaminated with PFAS as a result of AFFF

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer
Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

Count I - Defective Design
Count II - Failure to Warn
Count III - Negligence
Count IV - Negligence Per Se
Count V - Trespass and Battery
Count VI - Strict Product Liability
Count VII - Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
Count VIII - Concealment, Misrepresentation, and Fraud
Count IX - Conspiracy
Count X - Wrongful Death
Count XI - Loss of Consortium

Other Causes of Action:
Count XII – Breach of Express and Implied Warranties
Count XIII – Wantonness
Count XIV - ______________________________
Count XV- ______________________________
Count XVI- ______________________________
Count XVII- ______________________________
Count XVIII - ______________________________
Count XIX- ______________________________
Count XX- ______________________________
Others
______________________________________________
______________________________________________
______________________________________________

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: September 10, 2025

Respectfully Submitted,

*/s/ David R. Buchanan*
David R. Buchanan
*(Pro Hac Vice forthcoming)*
Shauna Itri
*(Pro Hac Vice forthcoming)*
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656
Email: dbuchanan@seegerweiss.com
Email: sItri@seegerweiss.com

Attorneys for Plaintiff(s)

# EXHIBIT A

EXHIBIT A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) – NOT NECESSARY FOR COURTESY SFC | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Abarca, Pierre | 7/15/1979 | WI | | No | WI MADISON WATER UTILITY WI1130224 | No | Kidney cancer | I-IX, XII-XIII |
| 2 | Abbott Jr., David | 8/12/1981 | FL | | No | FL EMERALD COAST UTILITIES AUTHORITY (ECUA) FL1170525 | No | Testicular cancer | I-IX, XII-XIII |
| 3 | Abbott, Maureen | 11/20/1949 | CA | | No | CA CITY OF FRESNO | No | Kidney cancer | I-IX, XII-XIII |
| 4 | Adamson, Faye E. | 10/11/1973 | ID | | No | NC FAYETTEVILLE PUBLIC WORKS COMM NC0326010 | No | Thyroid Cancer | I-IX, XII-XIII |
| 5 | Alexander, Wayne | 11/7/1983 | AK | | No | AL MOBILE BOARD OF WATER AND SEWER COMM. | No | Testicular cancer | I-IX, XII-XIII |
| 6 | Alzate, Carlos | 5/19/1990 | PA | | No | PA READING AREA WATER AUTHORITY P A3060059 | No | Thyroid Cancer | I-IX, XII-XIII |
| 7 | Arnesman, Kevin | 4/1/1982 | NJ | | No | NJ NEWARK WATER DEPARTMENT NJ0714001 | No | Testicular cancer | I-IX, XII-XIII |
| 8 | Arrington, Troy | 4/6/1971 | MI | | No | MI GREAT LAKES WATER AUTHORITY | No | Kidney cancer | I-IX, XII-XIII |
| 9 | Baksa, Michael | 10/30/1956 | MA | | No | MA DENNIS WATER DISTRICT MA4075000***NEED HIPPA FORM TO REQUEST RECORDS | No | Thyroid Cancer | I-IX, XII-XIII |
| 10 | Balderston, Kelly | 4/20/1979 | CO | | No | CO BRIGHTON CITY OF CO0101025 | No | Ulcerative Colitis | I-IX, XII-XIII |
| 11 | Baldridge, Kirk | 5/28/1970 | TX | | No | TX DALLAS WATER UTILITY | No | Ulcerative Colitis | I-IX, XII-XIII |
| 12 | Balser, Benjamin | 7/21/1969 | LA | | No | TX DALLAS WATER UTILITY | No | Testicular cancer | I-IX, XII-XIII |
| 13 | Bangari, Sunil | 2/14/1974 | NY | | No | NY NEW WINDSOR CONSOLIDATED WD NY3503580 | No | Thyroid Cancer | I-IX, XII-XIII |
| 14 | Barreto, Marisol | 3/30/1963 | NY | | No | NY SUFFOLK COUNTY WATER AUTHORITY NY5110526 | No | Kidney cancer | I-IX, XII-XIII |
| 15 | Bartlett, Richard | 9/1/1969 | NJ | | No | NJ SAYREVILLE W DEPT | No | Kidney cancer | I-IX, XII-XIII |
| 16 | Benson, Joseph | 12/28/1978 | VA | | No | VA NEWPORT NEWS, CITY OF V A3700500 | No | Ulcerative Colitis | I-IX, XII-XIII |
| 17 | Boneta, John | 12/14/1946 | NY | | No | NY NEW YORK CITY SYSTEM NY7003493 | No | Kidney cancer | I-IX, XII-XIII |
| 18 | Brett, David | 10/12/1977 | NY | | No | NY CORTLANDVILLE TOWN WATER NY1101755 | No | Ulcerative Colitis | I-IX, XII-XIII |
| 19 | Brinser, Krista | 7/9/1990 | TX | | No | TX CITY OF HOUSTON | No | Ulcerative Colitis | I-IX, XII-XIII |
| 20 | Broadie, Joshlin | 10/16/1995 | TX | | No | TX CITY OF ABILENE TX2210001 | No | Ulcerative Colitis | I-IX, XII-XIII |

EXHIBIT A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) – NOT NECESSARY FOR COURTESY SFC | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 21 | Bryant, Jimmy | 1/10/1965 | GA | | No | NY NEW YORK CITY SYSTEM NY7003493 | No | Testicular cancer | I-IX, XII-XIII |
| 22 | Buczek, Shane | 2/24/1970 | NY | | No | NY BUFFALO WATER AUTHORITY NY1400422 | No | Thyroid Cancer | I-IX, XII-XIII |
| 23 | Capwell, Courtland | 10/13/1964 | WA | | No | WI MARSHFIELD UTILITIES WI7720165 | No | Testicular cancer | I-IX, XII-XIII |
| 24 | Carr, Donald | 8/23/1954 | AZ | | No | NC CHARLOTTE WATER | No | Kidney cancer | I-IX, XII-XIII |
| 25 | Cecca, Brian | 6/7/1955 | MA | | No | MA WRENTHAM WATER DIVISION MA4350000 | No | Kidney cancer | I-IX, XII-XIII |
| 26 | Childers, Anthony | 1/22/1981 | SC | | No | SC GAFFNEY BPW (1110001) | No | Testicular cancer | I-IX, XII-XIII |
| 27 | Childs, Angela | 11/16/1987 | DE | | No | DE NEWARK WATER DEPARTMENT | No | Thyroid Cancer | I-IX, XII-XIII |
| 28 | Collins, Quenna | 8/17/1979 | WI | | No | WI MILWAUKEE WATERWORKS WI SOUTH MILWAUKEE WATERWORKS | No | Kidney cancer | I-IX, XII-XIII |
| 29 | Crianza, April | 3/12/1960 | NY | | No | NY SUFFOLK COUNTY WATER AUTHORITY NY5110526 | No | Thyroid Cancer | I-IX, XII-XIII |
| 30 | Crosby, Jennifer | 8/29/1982 | IL | | No | IL DECATUR IL1150150 | No | Thyroid Cancer | I-IX, XII-XIII |
| 31 | Crouch, Diane | 10/26/1973 | NY | | No | NY SUFFOLK COUNTY WATER AUTHORITY NY5110526 | No | Thyroid Cancer | I-IX, XII-XIII |
| 32 | Davis, Bethann | 4/19/1969 | NY | | No | NY SUFFOLK COUNTY WATER AUTHORITY | No | Thyroid Cancer | I-IX, XII-XIII |
| 33 | Denis, Danielle | 9/23/1969 | CA | | No | CA CITY OF GARDEN GROVE CA3010062 | No | Thyroid Cancer | I-IX, XII-XIII |
| 34 | DeRoche, James | 1/5/1955 | NY | | No | NY NEW YORK CITY SYSTEM NY7003493 | No | Kidney cancer | I-IX, XII-XIII |
| 35 | Ditullio, Phillip | 10/10/1992 | NC | | No | MA HANOVER WATER DEPT MA4122000 | No | Testicular cancer | I-IX, XII-XIII |
| 36 | Donnelly, Alicia | 8/27/1987 | WA | | No | WA KENT WATER DEPARTMENT | No | Thyroid Cancer | I-IX, XII-XIII |
| 37 | Evensky, Cole | 12/23/1995 | LA | | No | TX DALLAS WATER UTILITY TX0570004 | No | Testicular cancer | I-IX, XII-XIII |
| 38 | Feltz, Elijah | 8/16/2008 | WI | | No | WI PLOVER WATERWORKS WI7500726 | No | Ulcerative Colitis | I-IX, XII-XIII |
| 39 | Fusco, Angela | 12/25/1964 | NJ | | No | NJ MIDDLESEX WATER COMPANY NJ1225001 | No | Kidney cancer | I-IX, XII-XIII |

EXHIBIT A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) – NOT NECESSARY FOR COURTESY SFC | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 40 | Gannon, Avi | 5/26/1971 | NY | | No | NY NEW YORK CITY SYSTEM NY7003493 | No | Kidney cancer | I-IX, XII-XIII |
| 41 | Gloster, Joseph | 7/22/1993 | NY | | No | NY NEW YORK CITY SYSTEM NY7003493 | No | Ulcerative Colitis | I-IX, XII-XIII |
| 42 | Goodin, John | 12/11/1961 | NC | | No | NC RALEIGH, CITY OF NC0392010 | No | Testicular cancer | I-IX, XII-XIII |
| 43 | Gottlieb, Sidney | 12/22/1948 | FL | | No | VA FAIRFAX COUNTY WATER AUTHORITY | No | Kidney cancer | I-IX, XII-XIII |
| 44 | Green, Chase | 9/8/1992 | UT | | No | UT OGDEN CITY WATER SYSTEM | No | Testicular cancer | I-IX, XII-XIII |
| 45 | Guzzo, Melissa | 6/15/1988 | NY | | No | NY TOWN OF HEMPSTEAD WATER DEPARTMENT NY2900000 | No | Thyroid Cancer | I-IX, XII-XIII |
| 46 | Hale, Raelyn | 7/17/1967 | AZ | | No | AZ TOWN OF PRESCOTT VALLEY AZ0413048 | No | Kidney cancer | I-IX, XII-XIII |
| 47 | Hand, Aaron | 1/4/1980 | OR | | No | CA REDLANDS CITY MUD-WATER DIV CA3610037 | No | Testicular cancer | I-IX, XII-XIII |
| 48 | Harris, Donald O. | 1/13/1945 | GA | | No | CA ALAMEDA COUNTY WATER DISTRICT CA0110001 | No | Kidney cancer | I-IX, XII-XIII |
| 49 | Hearst, Adam | 2/17/1975 | NV | | No | WA HIGHLINE WATER DISTRICT W A5340650 | No | Testicular cancer | I-IX, XII-XIII |
| 50 | Henry-Brown, Brenda | 7/14/1949 | CA | | No | CA LONG BEACH CITY, WATER DEPT. CA1910065 | No | Thyroid Cancer | I-IX, XII-XIII |
| 51 | Hodgdon, Kelly | 4/23/1973 | MA | | No | MA DRACUT WATER SUPPLY DISTRICT MA3079000 | No | Thyroid Cancer | I-IX, XII-XIII |
| 52 | Hospedales, Christopher | 7/7/1965 | MD | | No | MD CITY OF BALTIMORE | No | Ulcerative Colitis | I-IX, XII-XIII |
| 53 | Hume Jr., David William | 6/24/1957 | NC | | No | NY ENDICOTT MUNICIPAL WATER WORKS | No | Kidney cancer | I-IX, XII-XIII |
| 54 | Iannuzzi, Joanne | 2/20/1955 | NY | | No | NY SUFFOLK COUNTY WATER AUTHORITY | No | Kidney cancer | I-IX, XII-XIII |
| 55 | Israel, Moses | 12/30/1966 | KY | | No | TN METRO WATER SERVICES TN0000494 | No | Ulcerative Colitis | I-IX, XII-XIII |
| 56 | Jackson, Lawrence | 12/8/1970 | WI | | No | WI BELOIT CITY OF | No | Ulcerative Colitis | I-IX, XII-XIII |
| 57 | Johns, Donald | 4/30/1966 | NJ | | No | NJ MERCHANTVILLE PENNSAUKEN NJ0424001 | No | Ulcerative Colitis | I-IX, XII-XIII |
| 58 | Jones, Michael | 3/31/1958 | WI | | No | WI SHEBOYGAN TN WATERWORKS | No | Kidney cancer | I-IX, XII-XIII |

EXHIBIT A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) – NOT NECESSARY FOR COURTESY SFC | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 59 | Jones, Robert | 12/14/1952 | MD | | No | VA ALEXANDRIA, CITY OF V A6510010 | No | Kidney cancer | I-IX, XII-XIII |
| 60 | Joy, Jennifer | 9/16/1967 | WA | | No | WA LAKEWOOD WATER DISTRICT | No | Ulcerative Colitis | I-IX, XII-XIII |
| 61 | Kagan, William | 10/30/1974 | NJ | | No | NV TRUCKEE MEADOWS WATER AUTHORITY NV0000190 | No | Thyroid Cancer | I-IX, XII-XIII |
| 62 | Keltz, Angelia | 2/21/1960 | LA | | No | GA COLUMBUS GA2150000 | No | Ulcerative Colitis | I-IX, XII-XIII |
| 63 | Knight, Eric | 9/14/1973 | MA | | No | RI NORTH KINGSTOWN TOWN OF | No | Kidney cancer | I-IX, XII-XIII |
| 64 | Lassen, Richard | 12/18/1967 | SC | | No | NY TOWN OF HEMPSTEAD WATER DEPARTMENT NY2900000 | No | Testicular cancer | I-IX, XII-XIII |
| 65 | Lent, Deborah | 7/19/1967 | NY | | No | NY SUFFOLK COUNTY WATER AUTHORITY | No | Thyroid Cancer | I-IX, XII-XIII |
| 66 | Levine, Martin | 8/5/1949 | FL | | No | FL POMPANO BEACH, CITY OF | No | Kidney cancer | I-IX, XII-XIII |
| 67 | Lichtenthal, Eileen | 1/9/1951 | NY | | No | NY TOWN OF HEMPSTEAD WATER DEPARTMENT NY2900000 | No | Kidney cancer | I-IX, XII-XIII |
| 68 | Lincoln, Michael | 5/12/1979 | MA | | No | MA CITY OF NEW BEDFORD DPI MA4201000 | No | Testicular cancer | I-IX, XII-XIII |
| 69 | Lisak, Barry | 2/4/1947 | FL | | No | NY WA OF GREAT NECK NORTH | No | Kidney cancer | I-IX, XII-XIII |
| 70 | London, Susan | 7/25/1946 | CA | | No | CA GLENDALE-CITY, WATER DEPT. CA1910043 | No | Kidney cancer | I-IX, XII-XIII |
| 71 | Lundi, Eykeina | 3/9/1986 | FL | | No | TX SAN ANTONIO WATER SYSTEM TX0150018 | No | Ulcerative Colitis | I-IX, XII-XIII |
| 72 | Maddox, Shelly | 9/22/1983 | CO | | No | CO AURORA CITY OF CO0103005 | No | Kidney cancer | I-IX, XII-XIII |
| 73 | Maglio, Catherine | 9/24/1957 | MA | | No | MA WATERTOWN WATER DEPT. (MWRA) MA3314000 | No | Kidney cancer | I-IX, XII-XIII |
| 74 | Main, John | 2/8/1968 | NY | | No | NY OGDENSBURG CITY | No | Kidney cancer | I-IX, XII-XIII |
| 75 | Malsbury, Erick | 10/29/1978 | TX | | No | TX SAN ANTONIO WATER SYSTEM | No | Testicular cancer | I-IX, XII-XIII |
| 76 | Marron, Juan | 2/26/1978 | MO | | No | KY KENTUCKY AMERICAN WATER CO KY0340250 | No | Ulcerative Colitis | I-IX, XII-XIII |
| 77 | Mastrogiannis, Nick | 8/10/1959 | NY | | No | NY SUFFOLK COUNTY WATER AUTHORITY | No | Ulcerative Colitis | I-IX, XII-XIII |

EXHIBIT A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) – NOT NECESSARY FOR COURTESY SFC | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 78 | McKenna, Edward M. | 11/11/1970 | NY | | No | NY SUFFOLK COUNTY WATER AUTHORITY | No | Ulcerative Colitis | I-IX, XII-XIII |
| 79 | Meyers, Pete | 9/21/1971 | WA | | No | WA CAMAS MUNICIPAL WATER SEWER SYSTEM W A5310800 | No | Testicular cancer | I-IX, XII-XIII |
| 80 | Miller, Stephen T. | 2/2/1946 | FL | | No | Suffolk County Water Authority: SCWA | No | Kidney cancer; Thyroid Cancer | I-IX, XII-XIII |
| 81 | Moncada, Maria | 5/20/1962 | FL | | No | FL NORTH MIAMI, CITY OF FL4130977 | No | Ulcerative Colitis | I-IX, XII-XIII |
| 82 | Monteleone, Thomas J. | 1/12/1944 | NY | | No | NY WA OF WESTERN NASSAU | No | Kidney cancer | I-IX, XII-XIII |
| 83 | Montgomery Schuler, Brett | 11/7/1957 | OR | | No | WA PUD #1 OF ASOTIN COUNTY W A5393343 | No | Kidney cancer | I-IX, XII-XIII |
| 84 | Morgan, Kevin | 4/16/1972 | WV | | No | WV WILLIAMSTOWN WATER DEPT WV3305412 | No | Thyroid Cancer | I-IX, XII-XIII |
| 85 | Moses, Matthew | 6/4/1969 | WV | | No | WV POINT PLEASANT WATER WORKS WV3302710 | No | Kidney cancer | I-IX, XII-XIII |
| 86 | Nunn, Carolyn | 9/17/1946 | AL | | No | AL SHELBY COUNTY COMMISSION-WATER SERVICES AL0001671 | No | Kidney cancer | I-IX, XII-XIII |
| 87 | Osborne, Jo Ann | 2/24/1957 | KY | | No | KY KENTUCKY-AMERICAN WATER CO KY0340250 | No | Thyroid Cancer | I-IX, XII-XIII |
| 88 | Pace, William F | 4/14/1956 | KY | | No | KY LOUISVILLE WATER COMPANY KY0560258 | No | Kidney cancer | I-IX, XII-XIII |
| 89 | Parchman, Deborah | 9/21/1961 | NV | | No | CA BELLFLOWER - SOMERSET MWC CA1910013 | No | Ulcerative Colitis | I-IX, XII-XIII |
| 90 | Parham, Andrea | 2/19/1966 | NC | | No | NC RALEIGH, CITY OF NC0392010 | No | Thyroid Cancer | I-IX, XII-XIII |
| 91 | Parisi, Darlene | 5/10/1951 | MA | | No | MA GARDNER WATER DEPARTMENT MA2103000 | No | Kidney cancer | I-IX, XII-XIII |
| 92 | Peebles, Theresa | 2/11/1959 | NY | | No | NY CORTLANDVILLE TOWN WATER NY1101755 | No | Kidney cancer | I-IX, XII-XIII |
| 93 | Porcelli, Thomas | 2/8/1950 | NY | | No | NY VEOLIA WATER NEW YORK NY4303673 | No | Thyroid Cancer | I-IX, XII-XIII |
| 94 | Rice, Joy | 3/24/1975 | AZ | | No | AZ MESA CITY OF | No | Thyroid Cancer | I-IX, XII-XIII |
| 95 | Ricotta, Tracy | 11/12/1974 | NJ | | No | NJ OLD BRIDGE MUA NJ1209002 | No | Thyroid Cancer | I-IX, XII-XIII |
| 96 | Robbins, Jack | 8/6/1957 | TN | | No | MI WYOMING MI0007220 | No | Kidney cancer | I-IX, XII-XIII |

EXHIBIT A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) – NOT NECESSARY FOR COURTESY SFC | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 97 | Rosales, Oscar | 10/25/1959 | CA | | No | CA VALENCIA HEIGHTS WATER CO. | No | Kidney cancer | I-IX, XII-XIII |
| 98 | Schneider, Holly A. | 9/9/1961 | AZ | | No | WI MILWAUKEE WATERWORKS WI2410100 | No | Kidney cancer | I-IX, XII-XIII |
| 99 | Shelby, Carol Ann | 1/16/1956 | MD | | No | MD ELKTON WEST MD0070015 | No | Kidney cancer | I-IX, XII-XIII |
| 100 | Smith, Barry | 6/18/1955 | FL | | No | TX CITY OF FORT WORTH TX2200012 | No | Kidney cancer | I-IX, XII-XIII |
| 101 | Smith, Daniel | 1/30/1962 | NC | | No | NC CHARLOTTE WATER NC0160010 | No | Testicular cancer | I-IX, XII-XIII |
| 102 | Smith, Karen | 9/20/1955 | NY | | No | NY SUFFOLK COUNTY WATER AUTHORITY NY5110526 | No | Kidney cancer | I-IX, XII-XIII |
| 103 | Soderberg, Jon | 4/27/1967 | MA | | No | MA SANDWICH WATER DISTRICT MA4261000 | No | Testicular cancer | I-IX, XII-XIII |
| 104 | Sosa, Manuel | 12/18/1955 | TX | | No | IL BLOOMINGTON IL1130200 | No | Kidney cancer | I-IX, XII-XIII |
| 105 | Tartt, Angela | 1/29/1965 | AL | | No | AL MOBILE BOARD OF WATER AND SEWER COMM. | No | Kidney cancer | I-IX, XII-XIII |
| 106 | Tennell, Carolyn | 8/18/1952 | OK | | No | OK BARTLESVILLE | No | Kidney cancer | I-IX, XII-XIII |
| 107 | Terranova, Jack | 10/19/1965 | NY | | No | NY FRANKLIN SQUARE WD | No | Testicular cancer | I-IX, XII-XIII |
| 108 | Thomas, Deborah | 6/5/1968 | NJ | | No | NJ MAHWAH WATER DEPARTMENT | No | Kidney cancer | I-IX, XII-XIII |
| 109 | Thompson-Bey, Eric | 2/20/1974 | MD | | No | MD CITY OF BALTIMORE MD0300002 | No | Kidney cancer | I-IX, XII-XIII |
| 110 | Torres, Austin | 9/11/1999 | CA | | No | CA LONG BEACH-CITY, WATER DEPT. CA1910065 | No | Testicular cancer | I-IX, XII-XIII |
| 111 | Tutt, Jeffrey | 6/15/1961 | OK | | No | OK BROKEN ARROW MUNICIPAL AUTHORITY OK1021508 | No | Kidney cancer | I-IX, XII-XIII |
| 112 | Urys, Jacob Torleiv | 8/7/1994 | NY | | No | NY SCHENECTADY CITY WATER WORKS NY4600070 | No | Testicular cancer | I-IX, XII-XIII |
| 113 | Valle, Reylynn | 1/31/2005 | CA | | No | CA SAN GABRIEL VALLEY WC - FONTANA CA3610041 | No | Thyroid Cancer | I-IX, XII-XIII |
| 114 | Vargas, Yaneidy | 9/6/1987 | OH | | No | NY NEW YORK CITY SYSTEM NY7003493 | No | Ulcerative Colitis | I-IX, XII-XIII |
| 115 | Wagenhoffer, Frank | 7/21/1940 | FL | | No | NJ PASSAIC VALLEY WATER COMMISSION NJ1605002 | No | Kidney cancer | I-IX, XII-XIII |
| 116 | Walsh, Joan | 3/22/1930 | NY | | No | NY LIBERTY UTILITIES NEW YORK - MERRICK NY2902840 | No | Kidney cancer | I-IX, XII-XIII |

EXHIBIT A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) – NOT NECESSARY FOR COURTESY SFC | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 117 | Ward, Joshua | 4/23/1980 | SC | | No | IL NORTH CHICAGO IL0971250 | No | Testicular cancer | I-IX, XII-XIII |
| 118 | Wood, David K. | 4/7/1961 | CA | | No | CA SANTA CLARA VALLEY WATER DISTRICT CA4310027 | No | Testicular cancer | I-IX, XII-XIII |
| 119 | Yard III, Philip | 4/8/1961 | NM | | No | NH PORTSMOUTH WATER WORKS NH1951010 | No | Kidney cancer | I-IX, XII-XIII |
| 120 | | | | | | | | | |
| 121 | | | | | | | | | |
| 122 | | | | | | | | | |
| 123 | | | | | | | | | |
| 124 | | | | | | | | | |
| 125 | | | | | | | | | |
| 126 | | | | | | | | | |
| 127 | | | | | | | | | |
| 128 | | | | | | | | | |
| 129 | | | | | | | | | |
| 130 | | | | | | | | | |
| 131 | | | | | | | | | |
| 132 | | | | | | | | | |
| 133 | | | | | | | | | |
| 134 | | | | | | | | | |
| 135 | | | | | | | | | |
| 136 | | | | | | | | | |
| 137 | | | | | | | | | |
| 138 | | | | | | | | | |
| 139 | | | | | | | | | |
| 140 | | | | | | | | | |
| 141 | | | | | | | | | |
| 142 | | | | | | | | | |
| 143 | | | | | | | | | |
| 144 | | | | | | | | | |
| 145 | | | | | | | | | |
| 146 | | | | | | | | | |
| 147 | | | | | | | | | |
| 148 | | | | | | | | | |
| 149 | | | | | | | | | |
| 150 | | | | | | | | | |

EXHIBIT A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) – NOT NECESSARY FOR COURTESY SFC | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |