**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Aqueous Film-Forming Foams (AFFF) Products Liability Litigation | MDL No. 2873 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendant 3M Company writes to notify the Clerk of the Panel of the potential tag-along action listed in the attached Schedule. The docket sheets, complaints, and notices of removal for the action are attached collectively as Exhibit 1. The First Circuit mandate returning case No. 2:23-cv-00210-JAW to the District of Maine, issued on December 11, 2025, is attached as Exhibit 2.

This action[1] to recover for the alleged contamination of the State of Maine's natural resources (including drinking water) relates to aqueous film-forming foams ("AFFF") for the reasons explained in the attached notices of removal (*See* Notice of Removal ¶¶ 1–2, 20–32, No. 2:23-cv-00210-JAW, ECF No. 1 (D. Me.); Supplemental Notice of Removal ¶¶ 1–4, 27–47, No. 2:25-cv-00453-JAW, ECF No. 32 (D. Me.)) and involves issues and discovery that overlap cases pending in MDL No. 2873 related to alleged AFFF contamination of the natural resources and property at issue in the State's complaint, including municipal water supplies and wastewater treatment facilities. For these reasons, transfer of this action to MDL No. 2873 is appropriate. *See* Transfer Order at 2, ECF No. 3869 (Oct. 9, 2025); Transfer Order at 2–3, ECF No. 3526 (J.P.M.L. June 2, 2025).

---

[1] 3M first removed this action to federal court on May 17, 2023. *See* Notice of Removal, No. 2:23-cv-00210-JAW, ECF No. 1 (D. Me.). After the district court remanded the case to state court, 3M appealed, and the First Circuit reversed the remand, holding that the case belongs in federal court. *See Maine v. 3M*

1

Respectfully submitted,

**Defendant 3M Company**

DATED: December 11, 2025

/s/ *Daniel L. Ring*
Daniel L. Ring
Jenner & Block LLP
353 N. Clark St.
Chicago, Illinois  60654
Tel: (312) 222-9350
Fax: (312) 527-0484
dring@jenner.com

*Counsel for Defendant 3M Company*

---

*Company, Inc.*, 159 F.4th 129 (1st Cir. 2025). While the appeal was pending, the case proceeded in state court. On September 8, 2025, before the First Circuit issued its opinion, 3M again removed the case to federal court based on new information provided in the State's responses to 3M's interrogatories. *See* Notice of Removal, No. 2:25-cv-00453-JAW, ECF No. 1 (D. Me.). 3M supplemented its second notice of removal on September 24, 2025. *See id.*, ECF No. 32. Both removals concern the same lawsuit, which is referred to herein as the "action."