**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**FIRST AMENDMENT TO THE HEARING SESSION ORDER AND**
**ATTACHED SCHEDULE FILED DECEMBER 19, 2025**

IT IS ORDERED that the Notice of Hearing Session and Hearing Session Order for the hearing session on January 29, 2026, in San Diego, California filed by the Judicial Panel on Multidistrict Litigation on December 19, 2025, are amended to update the following:

LOCATION OF HEARING SESSION:    James M. Carter and Judith N. Keep U.S. Courthouse
333 W. Broadway, Courtroom 15B[1]
San Diego, CA 92101

FOR THE PANEL:

*Marcella R. Lockert*

Marcella Lockert
Acting Clerk of the Panel

cc: Clerk, United States District for the Southern District of California

---

[1] Please note this change from the Panel's December 19, 2025, order.