**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Aqueous Film Forming Foams (AFFF) Products Liability Litigation | MDL No. 2873<br>This Document Relates To:<br><br>*State of Maine v. 3M Company, et al.*, Case No. 2-25-cv-00453 (D. Me.)<br><br>*State of Maine v. 3M Company, et al.*, Case No. 2-23-cv-00210 (D. Me.) |

**MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-293)**

In accordance with Rule 7.1(f) of the Rules of Procedure of the United States Judicial

Panel on Multidistrict Litigation, Plaintiff the State of Maine respectfully moves the Panel for an

order vacating the Conditional Transfer Order (CTO-293) as it pertains to the following actions:

*State of Maine v. 3M Company, et al.*, **No. 2-25-cv-00453 (D. Me.)**

*State of Maine v. 3M Company, et al.*, **No. 2-23-cv-00210 (D. Me.)**.

This Motion is based on the accompanying Brief and exhibits, such further papers as may be

presented to this Panel in accordance with its Rules, and the arguments of counsel at any hearing.

Dated: January 22, 2026

Respectfully Submitted,

STATE OF MAINE

AARON M. FREY
ATTORNEY GENERAL

/s/ Matthew F. Pawa
Matthew F. Pawa
Benjamin A. Krass
Gillian C.A. Cowley
Pawa Law Group, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA  02459
(617) 641-9550

1

mp@pawalaw.com
bkrass@pawalaw.com
gcowley@pawalaw.com

Scott Boak (Bar No. 009150)
Mark Bower (Bar No. 4132)
Assistant Attorneys General
6 State House Station
Augusta, Maine 04333
(207) 626-8566
scott.boak@maine.gov
mark.bower@maine.gov

Kyle J. McGee
Viola Vetter
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
kmcgee@gelaw.com
vvetter@gelaw.com

2