**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Aqueous Film-Forming Foams (AFFF) Products Liability Litigation | MDL No. 2873<br>This Document Relates To:<br><br>*State of Maryland v. 3M Company, et al.*,<br>No. 1:23-cv-01836 (D. Md.) |

**DEFENDANT 3M COMPANY'S MOTION TO TRANSFER
TAG-ALONG ACTION *MARYLAND* TO THE *IN RE AFFF* MDL**

Pursuant to Judicial Panel on Multi-District Litigation Rule 7.1(b)(i), Defendant 3M Company respectfully moves the Panel for an Order transferring the above-captioned action as a tag-along action to the United States District Court for the District of South Carolina for inclusion in MDL No. 2873. The motion is supported by the accompanying memorandum of law, exhibits (including the docket sheet and complaint), schedule of action, and proof of service.

Respectfully submitted,

**Defendant 3M Company**

DATED: March 18, 2026

/s/ *Daniel L. Ring*
Daniel L. Ring
Jenner & Block LLP
353 N. Clark St.
Chicago, Illinois 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
dring@jenner.com

*Counsel for Defendant
3M Company*